IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>          Plaintiff,<br><br>v.<br><br>P.T. MORGAN PAPER COMPANY, an affiliate of P.T. MORGAN PACKAGING COMPANY,<br><br>          Defendant. | Civil Action No. 04-1304-KAJ |

### ORDER

At Wilmington this 7th day of **March, 2005**,

IT IS ORDERED that the Rule 16 scheduling teleconference presently set for **March 10, 2005 at 4:00 p.m.** is hereby rescheduled to **March 18, 2005 at 4:00 p.m.** in Courtroom 6A, 6th Floor, J. Caleb Boggs Courthouse.

_____
UNITED STATES DISTRICT JUDGE