

**U.S. Department of Justice**

*United States Attorney's Office*
*District of Delaware*

*The Nemours Building*          (302) 573-6277 x 168
*1007 Orange Street, Suite 700* FAX (302) 573-6220
*P.O. Box 2046*                 TTY (302) 573- 6274
*Wilmington, Delaware 19899-2046*  Toll Free (888) 293-8162
                                [Douglas.McCann@usdoj.gov](Douglas.McCann@usdoj.gov)

March 23, 2005

**Honorable Kent A. Jordan**
District Judge
J. Caleb Boggs Federal Building
844 N. King Street, Room 6325
Lockbox 10
Wilmington, DE 19801

      Re:    **EEOC v. P.T. MORGAN PAPER COMPANY, et al**
             **Civil Action No. 04-1304-KAJ**

Dear Judge Jordan:

      Pursuant to the Court's instructions at the March 18, 2005, Scheduling Conference, enclosed please find a proposed Scheduling Order in the captioned-case.

                            Respectfully yours,

                            COLM F. CONNOLLY
                            United States Attorney

                    By:  /s/Douglas E. McCann
                            Douglas E. McCann
                            Assistant United States Attorney
                            Delaware Bar I.D. No. 3852
                            The Nemours Building
                            1007 Orange Street, Suite 700
                            P. O. Box 2046
                            Wilmington, DE 19899-2046
                            (302) 573-6277
                            [Douglas.McCann@usdoj.gov](Douglas.McCann@usdoj.gov)

DEM:md
Enclosure

cc:    CLERK/USDC
        Thomas S. Neuberger, Esquire
        Dawn M. Edge-McKendrick