**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | :<br>:<br>: |
| Plaintiff, | :<br>: |
| v. | : C. A. No. 04-1304-KAJ<br>:<br>: |
| P.T. MORGAN PAPER COMPANY, an affiliate of P.T. MORGAN PACKAGING COMPANY, | :<br>:<br>:<br>: |
| Defendant. | :<br>: |

## NOTICE OF SERVICE

I, Thomas S. Neuberger, being a member of the Bar of this Court, do hereby certify that on April 11, 2005, I caused two (2) copies of **DEFENDANT'S RULE 26 SELF-EXECUTING DISCLOSURES** to be sent first class mail, postage prepaid to the following:

        Douglas E. McCann, Esq.
        Assistant U.S. Attorney
        The Nemours Building
        1007 Orange Street, Suite 700
        Wilmington, DE 19899-2046

        Dawn Edge M., Esq.
        Trial Attorney
        U.S. EEOC
        21 South Fifth Street, Suite 400
        Philadelphia, PA 19106-2515

**THE NEUBERGER FIRM, P.A.**

/s/ Thomas S. Neuberger
**THOMAS S. NEUBERGER, ESQ. (#243)**
**STEPHEN J. NEUBERGER, ESQ. (#4440)**
Two East Seventh Street, Suite 302
Wilmington, Delaware 19801
(302) 655-0582
TSN@NeubergerLaw.com
SJN@NeubergerLaw.com

Attorneys for Defendant

cc: client

PT Morgan Paper / pleadings / notice of service final