**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | : <br> : <br> : |
| Plaintiff, | : <br> : |
| v. | :    Civil Action No. 04-1304-KAJ <br> : |
| P.T. MORGAN PAPER COMPANY, an affiliate of P.T. MORGAN PACKAGING COMPANY, | : <br> : <br> : <br> : |
| Defendant. | : |

## NOTICE OF SERVICE

    I, Douglas E. McCann, Assistant United States Attorney for the District of Delaware, and a member of the Bar of the United States District Court, hereby certify that on **April 5, 2005**, Dawn M. Edge, Trial Attorney/EEOC, forwarded by U.S. Mail, copies of the foregoing document:

**PLAINTIFF EEOC'S RULE 26 INITIAL DISCLOSURES**

to counsel at the following address:

**Thomas S. Neuberger, Esquire**
The Neuberger Firm, P.A.
2 East 7th Street Suite 302
Wilmington, DE 19801
(302) 655-0582

                                      COLM F. CONNOLLY
                                      United States Attorney

                            BY:    /s/ Douglas E. McCann
                                      Douglas E. McCann
                                      Assistant United States Attorney
                                      Delaware Bar I.D. No. 3852
                                      The Nemours Bldg.
                                      1007 Orange Street, Suite 700
                                      P. O. Box 2046
                                      Wilmington, DE 19899-2046
                                      (302) 573-6277

Dated: **April 12, 2005**