IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | :<br>:<br>: |
| Plaintiff, | :<br>: |
| v. | :<br>:    C.A.No.04-1304-KAJ |
| P.T. MORGAN PAPER COMPANY, an affiliate of P.T. MORGAN PACKAGING COMPANY, | :<br>:<br>: |
| Defendant. | : |

## NOTICE OF SERVICE

I, Thomas S. Neuberger, being a member of the Bar of this Court, do hereby certify that on August 17, 2005, I caused two (2) copies of **DEFENDANT'S ANSWERS AND OBJECTIONS TO PLAINTIFF'S FIRST SET OF INTERROGATORIES** to be served by the means indicated.

        Dawn M. Edge, Esq.
        Trial Attorney
        Legal Unit
        Equal Employment Opportunity Commission
        21 S. 5th St., Suite 400
        Philadelphia, PA 19106
        (Via U.S. Mail)

        Douglas E. McCann, Esq.
        Asst. U.S. Attorney
        The Nemours Building
        1007 Orange Street, Suite 700
        Wilmington, DE 19899
        (Via U.S. Mail)

                          **THE NEUBERGER FIRM, P.A.**

                          /s/ Thomas S. Neuberger
                          **THOMAS S. NEUBERGER, ESQ. (#243)**
                          Two East Seventh Street, Suite 302
                          Wilmington, Delaware 19801
                          (302) 655-0582

                          Attorneys for Plaintiff

DATED:  August 17, 2005

P.T. Morgan / Pleadings / Notice of Service for Answers to Rogs.final