## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **EQUAL EMPLOYMENT OPPORTUNITY** | : |
| **COMMISSION,** | : |
| | : |
| **Plaintiff,** | : |
| | : |
| **v.** | : |
| | :     **C.A.No.04-1304-KAJ** |
| **P.T. MORGAN PAPER COMPANY, an affiliate** | : |
| **of P.T. MORGAN PACKAGING COMPANY,** | : |
| | : |
| **Defendant.** | : |

### NOTICE OF SERVICE

I, Thomas S. Neuberger, being a member of the Bar of this Court, do hereby certify that on August 17, 2005, I caused two (2) copies of **DEFENDANT'S RESPONSE TO PLAINTIFF'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS** to be served by the means indicated.

Dawn M. Edge, Esq.
Trial Attorney
Legal Unit
Equal Employment Opportunity Commission
21 S. 5th St., Suite 400
Philadelphia, PA 19106
(Via U.S. Mail)

Douglas E. McCann, Esq.
Asst. U.S. Attorney
The Nemours Building
1007 Orange Street, Suite 700
Wilmington, DE 19899
(Via U.S. Mail)

**THE NEUBERGER FIRM, P.A.**


/s/ Thomas S. Neuberger
**THOMAS S. NEUBERGER, ESQ. (#243)**
Two East Seventh Street, Suite 302
Wilmington, Delaware 19801
(302) 655-0582

Attorneys for Plaintiff

DATED: August 17, 2005

P.T. Morgan / Pleadings / Notice of Service for RFP Response.final