# THE NEUBERGER FIRM
ATTORNEYS AND COUNSELLORS AT LAW

TWO EAST SEVENTH STREET
SUITE 302
WILMINGTON, DELAWARE 19801-3707

WWW.NEUBERGERLAW.COM
EMAIL: INFO@NEUBERGERLAW.COM

THOMAS S. NEUBERGER, ESQUIRE					PHONE: (302) 655-0582
STEPHEN J. NEUBERGER, ESQUIRE					FAX: (302) 655-9329

October 31, 2005					**Via CM/ECF Filing**

The Honorable Kent A. Jordan
United States District Court
District of Delaware
844 King Street
Wilmington, DE 19801

RE:	**EEOC v. P.T. Morgan Paper Company**, C.A.No. 04-1304-KAJ

Dear Judge Jordan:

	Pursuant to the Court's March 28, 2005, Scheduling Order the parties submit this joint interim report on the status of the above referenced matter. On August 11, 2005, the parties participated in a Mediation Conference with Magistrate Judge Thynge. While at the conference, the parties were able to agree upon a monetary settlement, but were unsuccessful in agreeing to the terms of the settlement documents. Since the Mediation Conference, and despite the parties continued discussions regarding the terms of the settlement documents, all settlement offers have been rescinded.

	In regards to the progress of discovery to date, Plaintiff EEOC has served Defendant with written discovery. However, due to the financial state of the Defendant's company, and in an effort to reduce litigation expenses so that the parties could attempt settlement, depositions have not been scheduled in this matter. The parties will resume with discovery now that settlement negotiations have reached a standstill and all settlement offers have been withdrawn.

	Lastly, in regard to the December 31, 2005, discovery cut off date, the parties respectfully request a four (4) month extension of discovery. Plaintiff Attorney, Dawn M. Edge, who is currently assigned to litigate this matter is expected to go out on maternity leave in approximately two weeks and will be out of the office for approximately four months. As such, the file will be reassigned to a new Plaintiff Attorney to litigate. In addition, Defense counsel, Thomas Neuberger, is scheduled for trial for the week of December 12, 2005. As a result of these

The Honorable Kent A. Jordan
October 31, 2005
Page 2

intervening events the parties respectfully request an extension of discovery.

    The parties are still willing to participate in the rescheduled November 9, 2005, telephone conference to discuss these matters in further detail.

    Thank you for your attention to this matter.

Respectfully submitted,

/s/ Thomas S. Neuberger

Attorney for Defendant

cc:    Dawn M. Edge, Esq. (Via CM/ECF)

PT Morgan \ Letters \ Jordan.01