## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,** | ) ) ) |
| **Plaintiff,** | ) ) |
| **v.** | ) **CIVIL ACTION NO. 04-1304 (KAJ)** ) ) |
| **P.T. MORGAN PAPER CO.,** | ) ) |
| **Defendant.** | ) ) ) |

## MOTION AND ORDER
## FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of M. Jean Clickner, Esquire, to represent the Plaintiff in this matter

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

Date: November 8, 2005                BY: /s/ Douglas E. McCann
                                          Douglas E. McCann (#3852)
                                          Assistant United States Attorney
                                          1007 Orange Street, Suite 700
                                          Wilmington, Delaware 19899-2046
                                          (302) 573-6277 x168

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>P.T. MORGAN PAPER CO.<br><br>Defendant. | )<br>)<br>)<br>)<br>) CIVIL ACTION NO. 04-1304 (KAJ)<br>)<br>)<br>)<br>)<br>) |

### CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Pennsylvania and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify I am generally familiar with this Court's Local Rules.

Date:   11/07/05

Signed:   /s/ M. Jean Clickner
M. JEAN CLICKNER
Senior Trial Attorney
P.A. I.D. No#42738
U.S. EEOC, Pittsburgh Area Office
1001 Liberty Avenue, Suite 300
Pittsburgh, PA 15222
(412) 644-6439
(412) 644-4935 (facsimile)
jean.clickner@eeoc.gov

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) |
| | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) **CIVIL ACTION NO. 04-1304 (KAJ)** |
| **v.** | ) |
| | ) |
| P.T. MORGAN PAPER CO., | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

## ORDER

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.


Date: _____        _____

                              UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

I Douglas E. McCann hereby certify that I caused the foregoing Motion for Admission Pro Hac Vice and proposed form of order to be served this 8th day of November 2005 by CM/ECF on the following:

Thomas S. Neuberger, Esquire
The Neuberger Firm, P.A.
2 East 7th Street
Suite 302
Wilmington, DE 19801
(302) 655-0582
Email: tsn@neubergerlaw.com


 /s/ Douglas E. McCann
Douglas E. McCann