IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>P.T. MORGAN PAPER COMPANY, an )<br>affiliate of P.T. MORGAN PACKAGING )<br>COMPANY, )<br>)<br>Defendant. ) | Civil Action No. 04-1304-KAJ |

## FIRST AMENDED SCHEDULING ORDER

At Wilmington this 9th day of November, 2005,

IT IS HEREBY ORDERED that the court's March 28, 2005 Scheduling Order (D.I. 19) is amended as follows:

1. Discovery

    a. Discovery Cut Off. All discovery in this case shall be initiated so that it will be completed on or before April 28, 2006. The Court encourages the parties to serve and respond to contention interrogatories early in the case. Unless otherwise ordered by the Court, the limitations on discovery set forth in Local Rule 26.1 shall be strictly observed.

2. Case Dispositive Motions. All case dispositive motions, an opening brief, and affidavits, if any, in support of the motion shall be served and filed on or before May 31, 2006. Briefing will be presented pursuant to the Court's Local Rules.

3. Pretrial Conference. On December 7, 2006, the Court will hold a Final Pretrial Conference in Chambers with counsel beginning at 4:30 p.m. Unless otherwise

ordered by the Court, the parties should assume that filing the pretrial order satisfies the pretrial disclosure requirement of Federal Rule of Civil Procedure 26(a)(3). The parties shall file with the Court the joint proposed final pretrial order with the information required by the form of Final Pretrial Order which accompanies this Scheduling Order on or before November 7, 2006.

    4.    Trial. This matter is scheduled for a 5 day jury trial beginning at 9:30 a.m. on January 8, 2007. For the purpose of completing pretrial preparations, counsel should plan on each side being allocated a total of 11 hours to present their case.

All other deadlines as set forth in the court's March 28, 2005 Scheduling Order (D.I. 19) shall remain in effect.

_____
UNITED STATES DISTRICT JUDGE