IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, : : Plaintiff, : : v. : : P.T. MORGAN PAPER COMPANY, an affiliate of P.T. MORGAN PACKAGING COMPANY, : : : : Defendant. : | Civil Action No. 04-1304-KAJ |

NOTICE OF SUBSTITUTION OF
COUNSEL AND ENTRY OF APPEARANCE

Notice is hereby given of the substitution of Seth M. Beausang, Assistant United States Attorney for the District of Delaware, in place of Douglas E. McCann, Assistant United States Attorney for the District of Delaware, as the attorney for Plaintiff, in the above-captioned case.

                        COLM F. CONNOLLY
                        United States Attorney

            By:  /s/Seth M. Beausang
                 Seth M. Beausang
                 Assistant United States Attorney
                 Delaware Bar I.D. No. 4071
                 The Nemours Building
                 1007 Orange Street, Suite 700
                 P. O. Box 2046
                 Wilmington, DE 19899-2046
                 (302) 573-6277

Dated:  November 10, 2005

## **CERTIFICATE OF SERVICE**

   I hereby certify that on **November 10, 2005**, I electronically filed a **NOTICE OF SUBSTITUTION OF COUNSEL AND ENTRY OF APPEARANCE** with the Clerk of Court using CM/ECF. Notification of such filing will be electronically mailed to the following:

**Thomas S. Neuberger, Esquire**
The Neuberger Firm, P.A.
2 East 7th Street Suite 302
Wilmington, DE 19801
(302) 655-0582
tsn@neubergerlaw.com

            COLM F. CONNOLLY
            United States Attorney


          By: /s/Seth M. Beausang
             Seth M. Beausang
             Assistant United States Attorney
             Delaware Bar I.D. No. 4071
             The Nemours Building
             1007 Orange Street, Suite 700
             P. O. Box 2046
             Wilmington, DE 19899-2046
             (302) 573-6277
             Seth.Beausang@usdoj.gov