**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | : <br> : <br> : |
| Plaintiff, | : <br> : |
| v. | : Civil Action No. 04-1304-KAJ <br> : |
| P.T. MORGAN PAPER COMPANY, an affiliate of P.T. MORGAN PACKAGING COMPANY, | : <br> : <br> : <br> : |
| Defendant. | : |

**NOTICE OF SERVICE**

    I, Seth M. Beausang, Assistant United States Attorney for the District of Delaware, and a member of the Bar of the United States District Court, hereby certify that on **November 8, 2005**, M. Jean Clickner, Trial Attorney/EEOC, forwarded by U.S. Mail, copies of the foregoing document: **PLAINTIFF'S SECOND SET OF INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS ADDRESSED TO DEFENDANT, P.T. MORGAN PAPER COMPANY, an affiliate of P.T. MORGAN PACKAGING COMPANY** to counsel at the following address:

**Thomas S. Neuberger, Esquire**
The Neuberger Firm, P.A.
2 East 7th Street Suite 302
Wilmington, DE 19801
(302) 655-0582
tsn@neubergerlaw.com

                                     COLM F. CONNOLLY
                                      United States Attorney

                             By:   /s/Seth M. Beausang
                                   Seth M. Beausang
                                   Assistant United States Attorney
                                   Delaware Bar I.D. No. 4071
                                   The Nemours Building
                                   1007 Orange Street, Suite 700
                                   P. O. Box 2046
                                   Wilmington, DE 19899-2046
                                   (302) 573-6277
                                   Seth.Beausang@usdoj.gov

Dated: **November 10, 2005**