UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 04-1304-KAJ |
| P.T. MORGAN PAPER COMPANY, an affiliate of P.T. MORGAN PACKAGING COMPANY, | ) ) ) ) | |
| Defendant. | ) ) | |

**NOTICE OF SERVICE**

    I, Seth M. Beausang, Assistant United States Attorney for the District of Delaware and a member of the Bar of the United States District Court, District of Delaware, hereby certify that on November 14, 2005, M. Jean Clickner, Senior Trial Attorney/EEOC, sent a correct copy of the **Commission's Request for Admissions (First Set) Directed to Defendant** by facsimile and by first class mail, postage prepaid, to counsel at the following address:

    Thomas S. Neuberger and
    Steven J. Neuberger
    Two East Seventh St., Suite 302
    Wilmington, DE 19801-3725
    Attorneys for Defendant

                                    COLM F. CONNOLLY
                                    United States Attorney

                                By:  /s/ Seth M. Beausang
                                    Seth M. Beausang (DE I.D. No. 4071)
                                    Assistant United States Attorney
                                    The Nemours Building
                                    1007 Orange Street, Suit 700
                                    P.O. Box 2046
                                    Wilmington, DE 19799-2046
                                    (302) 573-6277
                                    seth.beausang@usdoj.gov