UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,** | : : : | |
| **Plaintiff,** | : : | |
| v. | : : : | C.A. No.04-1304-KAJ |
| **P.T. MORGAN PAPER COMPANY, an affiliate of P.T. MORGAN PACKAGING COMPANY,** | : : : : : | |
| **Defendant.** | : | |

## NOTICE OF DEPOSITIONS

TO:  M. Jean Clickner                           Douglas E. McCann
     Senior Trial Attorney                      Asst. U.S. Attorney
     Equal Employment Opportunity               The Nemours Building
     Commission                                 1007 Orange Street, Suite 700
     1001 Liberty Avenue, Suite 300             Wilmington, DE 19899
     Pittsburgh, PA 15222                       (302) 573-6277
     (412) 644-6439

PLEASE TAKE NOTICE that the undersigned counsel for the defendants will take the oral deposition of the following individuals at the times and dates indicated, continuing from day to day until completed, at the offices of **THE NEUBERGER FIRM, P.A.**, Two East Seventh Street, Suite 302, Wilmington, DE 19801.

| NAME | DATE AND TIME |
|---|---|
| Anthony Moore | December 14, 2005 at 10:00am |
| Patrick Moore | December 14, 2005 at 2:00pm |
| Carysle Moore | December 15, 2005 at 10:00am |
| Bernard Tingle | December 15, 2005 at 2:00pm |

**THE NEUBERGER FIRM, P.A.**

/s/ Stephen J.. Neuberger
**THOMAS S. NEUBERGER, ESQ. (#243)**
**STEPHEN J. NEUBERGER, ESQ. (#4440)**
Two East Seventh Street, Suite 302
Wilmington, Delaware 19801
(302) 655-0582

Attorneys for Defendant

DATED: November 22, 2005

## CERTIFICATE OF SERVICE

I, Stephen J. Neuberger, being a member of the bar of this Court do hereby certify that on November 22, 2005, I electronically filed this **Pleading** with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

| | |
|---|---|
| M. Jean Clickner<br>Senior Trial Attorney<br>Equal Employment Opportunity<br>Commission<br>1001 Liberty Avenue, Suite 300<br>Pittsburgh, PA 15222<br>(412) 644-6439 | Douglas E. McCann<br>Asst. U.S. Attorney<br>The Nemours Building<br>1007 Orange Street, Suite 700<br>Wilmington, DE 19899<br>(302) 573-6277 |

/s/ Stephen J. Neuberger
**STEPHEN J. NEUBERGER, ESQ.**