UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br>    Plaintiff,<br>        v.<br><br>P.T. MORGAN PAPER COMPANY, an affiliate of P.T. MORGAN PACKAGING COMPANY,<br>    Defendant. | )<br>)<br>)<br>) Civil Action No. 04-1304<br>)  Judge Kent A. Jordan<br>)<br>)<br>)<br>) |

### CERTIFICATE OF SERVICE

I, M. Jean Clickner and Seth M. Beausang, counsel for Plaintiff, hereby certify that on this 5th day of December, 2005, a correct copy of the foregoing Commission's Third Set of Interrogatories and Request for Production of Documents Directed to Defendant was sent by facsimile and by United States first class mail, postage prepaid, to the following:

>Thomas S. Neuberger and
>Steven J. Neuberger
>Two East Seventh St., Suite 302
>Wilmington, DE 19801-3725
>Attorneys for Defendant

>/s/ M. Jean Clickner
>M. JEAN CLICKNER
>EEOC Senior Trial Attorney


>/s/ Seth M. Beausang
>Seth M. Beausang
>Asst. U.S. Attorney
>The Nemours Building
>1007 Orange Street, Suite 700
>Wilmington, Delaware 19899
>Del. Bar ID No. 4071
>(302) 573-6277 x149
>seth.beausang@usdoj.gov