UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EQUAL EMPLOYMENT ) | |
| OPPORTUNITY COMMISSION, ) | |
|     Plaintiff, ) | |
|        v. ) | Civil Action No. 04-1304-KAJ |
| ) | |
| P.T. MORGAN PAPER COMPANY, an ) | |
| affiliate of P.T. MORGAN PACKAGING ) | |
| COMPANY, ) | |
|     Defendant. ) | |

### CERTIFICATE OF SERVICE

I, Seth M. Beausang, counsel for Plaintiff, hereby certify that on this 7th day of December, 2005, a correct copy of the foregoing Commission's Fourth Set of Interrogatories and Request for Production of Documents Directed to Defendant was sent by facsimile and by United States first class mail, postage prepaid, to the following:

> Thomas S. Neuberger and
> Steven J. Neuberger
> Two East Seventh St., Suite 302
> Wilmington, DE 19801-3725
> Attorneys for Defendant

>     /s/ Seth M. Beausang
> UNITED STATES ATTORNEY
> DISTRICT OF DELAWARE
> Seth M. Beausang
> Asst. U.S. Attorney
> The Nemours Building
> 1007 Orange Street, Suite 700
> Wilmington, Delaware 19899
> Del. Bar ID No. 4071
> (302) 573-6277 x149
> seth.beausang@usdoj.gov