UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,**<br><br>       **Plaintiff,**<br><br>             v.<br><br>**P.T. MORGAN PAPER COMPANY, an affiliate of P.T. MORGAN PACKAGING COMPANY,**<br><br>       **Defendant.** | :<br>:<br>:<br>:<br>:<br>:<br>:  C.A. No.04-1304-KAJ<br>:<br>:<br>:<br>:<br>:<br>: |

## NOTICE OF SERVICE

I, Stephen J. Neuberger, being a member of the Bar of this Court, do hereby certify that on December 8, 2005, I caused two (2) copies of **DEFENDANT'S RESPONSE TO THE PLAINTIFF'S SECOND SET OF INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS** to be served via US mail on the following individuals:

| | |
|---|---|
| M. Jean Clickner<br>Senior Trial Attorney<br>Equal Employment Opportunity Commission<br>1001 Liberty Avenue, Suite 300<br>Pittsburgh, PA 15222<br>(412) 644-6439<br>jean.clickner@eeoc.gov | Douglas E. McCann<br>Asst. U.S. Attorney<br>The Nemours Building<br>1007 Orange Street, Suite 700<br>Wilmington, DE 19899<br>(302) 573-6277<br>Douglas.McCann@usdoj.gov |

**THE NEUBERGER FIRM, P.A.**

/s/ Stephen J. Neuberger
**THOMAS S. NEUBERGER, ESQ (243)**
**STEPHEN J. NEUBERGER, ESQ (#4440)**
Two East Seventh Street, Suite 302
Wilmington, Delaware 19801
(302) 655-0582
TSN@NeubergerLaw.com
SJN@NeubergerLaw.com

Attorneys for Defendant

Dated: December 8, 2005

PTMorgan/Pleadings/Second RFP Docs Notice of Svs.