Jean,

I just tried to reach you by phone and left a long message.

I am vacating the four depositions next Wed. and Thursday.  Instead I will move for summary judgment and file a brief and appendix with a full record on the 15 employee issue and aggregation.  Please let the four complainants know.

Hopefully that is a more economical use of my client's limited financial resources.

I know it is the Christmas holiday season and I do not necessarily want to squeeze you so we can talk about what is a reasonable briefing schedule once you see my papers.

Tom N.

cc:  client

*****************************************
Thomas S. Neuberger, Esquire
The Neuberger Firm
Attorneys And Counsellors At Law
Two East Seventh Street, Suite 302
Wilmington, Delaware 19801-3707
Phone 302.655.0582
Fax 302.655.9329
Email:TSN@NeubergerLaw.com