Ms. Clickner,

This is a response to your fax dated this morning, December 12th.

I called you last Friday and also sent a fax. They speak for themselves.

With reference to today's letter from you, the rules and scheduling order permit me to move for summary judgment now.

As you know, and as has been discussed with the court and the mediator, the EEOC's oppressive actions are bankrupting my small client. I am moving to stop the bleeding since there is no way you can meet the 15 employee requirement.

You have had full and fair discovery. You have filed numerous interrogatories and document requests. They will all be answered when due. Many documents were sent to you last week. You have also scheduled oppressive discovery on the merits of your case. That discovery will be unnecessary since my motion will moot it.

When you see my brief, if you need more discovery on this issue, and you can meet the requirements of the rules, we will address that issue.

I have Mr. Morgan down for January 24th. As I explained earlier, I am not available on the 23rd.

The depositions are still vacated. Your threats against this small employer are unavailing. I am unimpressed by your claim that the United States has had to spend some of its vast resources on this case. So has my client, on a case the United States had no power to bring in the first place.

Now it will be up to the Court to force the United States to obey the law. I will file my motion, brief and appendix this week.

Tom N.

cc: client

****************************************
Thomas S. Neuberger, Esquire
The Neuberger Firm
Attorneys And Counsellors At Law
Two East Seventh Street, Suite 302
Wilmington, Delaware 19801-3707
Phone 302.655.0582
Fax 302.655.9329
Email:TSN@NeubergerLaw.com