UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| v. : | |
| : | C.A. No.04-1304-KAJ |
| **P.T. MORGAN PAPER COMPANY,** an affiliate of **P.T. MORGAN PACKAGING COMPANY,** : | |
| : | |
| **Defendant.** : | |

### NOTICE THAT THE DEPOSITIONS ARE VACATED

TO:   M. Jean Clickner                          Douglas E. McCann
         Senior Trial Attorney                    Asst. U.S. Attorney
         Equal Employment Opportunity    The Nemours Building
         Commission                                  1007 Orange Street, Suite 700
         1001 Liberty Avenue, Suite 300    Wilmington, DE 19899
         Pittsburgh, PA 15222                     (302) 573-6277
         (412) 644-6439

PLEASE TAKE NOTICE that the undersigned counsel for the defendants hereby

VACATES the four depositions scheduled for December 14 and 15, 2005, which appear below.

| NAME | DATE AND TIME |
|---|---|
| Anthony Moore | December 14, 2005 at 10:00am |
| Patrick Moore | December 14, 2005 at 2:00pm |
| Carysle Moore | December 15, 2005 at 10:00am |
| Bernard Tingle | December 15, 2005 at 2:00pm |

                                                **THE NEUBERGER FIRM, P.A.**

                                      /s/ Thomas S. Neuberger
                                      **THOMAS S. NEUBERGER, ESQ. (#243)**
                                      **STEPHEN J. NEUBERGER, ESQ. (#4440)**
                                      Two East Seventh Street, Suite 302
                                      Wilmington, Delaware 19801
                                      (302) 655-0582

                                      Attorneys for Defendant

DATED: December 12, 2005

**CERTIFICATE OF SERVICE**

    I, Thomas S. Neuberger, being a member of the bar of this Court do hereby certify that on December 12, 2005, I electronically filed this **Pleading** with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

| | |
|---|---|
| M. Jean Clickner<br>Senior Trial Attorney<br>Equal Employment Opportunity<br>Commission<br>1001 Liberty Avenue, Suite 300<br>Pittsburgh, PA 15222<br>(412) 644-6439 | Douglas E. McCann<br>Asst. U.S. Attorney<br>The Nemours Building<br>1007 Orange Street, Suite 700<br>Wilmington, DE 19899<br>(302) 573-6277 |

    /s/ Thomas S. Neuberger
    **THOMAS S. NEUBERGER, ESQ.**