UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **EQUAL EMPLOYMENT**<br>**OPPORTUNITY COMMISSION,**<br>      Plaintiff,<br><br>           v.<br><br><br>**P.T. MORGAN PAPER COMPANY**, an<br>affiliate of P.T. MORGAN PACKAGING<br>COMPANY,<br>      Defendant. | )<br>)<br>)<br>)<br>) Civil Action No. 04-1304-KAJ<br>)<br>)<br>)<br>)<br>)<br>) |

TO:   Thomas S. Neuberger and
       Steven J. Neuberger
       Two East Seventh St., Suite 302
       Wilmington, DE 19801-3725
       Attorneys for Defendant


**NOTICE TO TAKE ORAL DEPOSITION**

PLEASE TAKE NOTICE that pursuant to Rules 26 and 30(b)(1) of the Federal Rules of Civil Procedure, Plaintiff, the United States Equal Employment Opportunity Commission, will take the oral deposition of James Morgan on January 24, 2006, commencing at 9:30 a.m., at the offices of the United States Attorney for the District of Delaware, The Nemours Building, 1007 Orange Street, Suite 700, Wilmington, Delaware 19899, before an officer authorized by law to administer oaths. The oral examination will continue until completion.

The scope of the deposition will include an inquiry into all issues raised by the Commission's complaint, pleadings, and discovery heretofore filed and taken, in this matter. The deposition will be used for all purposes permitted under the Federal Rules of Civil Procedure.

Respectfully submitted,

JACQUELINE H. McNAIR
Regional Attorney

JUDITH O'BOYLE
Supervisory Trial Attorney


    /s/ M. Jean Clickner
M. JEAN CLICKNER, Senior Trial Attorney
EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION
1001 Liberty Avenue, Suite 300
Pittsburgh, Pennsylvania 15222
(412) 644-6439 (direct dial)
(412) 644 4935 (facsimile)

    /s/ Seth M. Beausang
Seth M. Beausang
Asst. U.S. Attorney
The Nemours Building
1007 Orange Street, Suite 700
Wilmington, Delaware 19899
Del. Bar ID No. 4071
(302) 573-6277 x149
seth.beausang@usdoj.gov