<u>ATTACHMENT   A</u>

| Name | Date | Time |
| --- | --- | --- |
| Rose Grabowski<br>c/o Accounting Department<br>P.T. Morgan Packaging Co.<br>525 Broadwater Road<br>Arnold, MD 21012 | January 31, 2006 | 9:30 a.m. |
| Robbin Smith<br>c/o Accounting Department<br>P.T. Morgan Packaging Co.<br>525 Broadwater Road<br>Arnold, MD 21012 | January 31, 2006 | 1:30 p.m. |
| Gary Eberhart<br>c/o P.T. Morgan Paper Co.<br>33 East South Street<br>Smyrna, DE 19977 | February 1, 2006 | 9:30 a.m. |
| Douglas Goodermuth<br>c/o P.T. Morgan Paper Co.<br>33 East South Street<br>Smyrna, DE 19977 | February 2, 2006 | 9:30 a.m. |