UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,** | : | |
| **Plaintiff,** | : | |
| v. | : | C.A. No.04-1304-KAJ |
| **P.T. MORGAN PAPER COMPANY, an affiliate of P.T. MORGAN PACKAGING COMPANY,** | : | |
| **Defendant.** | : | |

## NOTICE OF SERVICE

I, Stephen J. Neuberger, being a member of the Bar of this Court, do hereby certify that on December 12, 2005, I caused two (2) copies of **DEFENDANT'S RESPONSE TO THE COMMISSION'S REQUEST FOR ADMISSIONS (FIRST SET)** to be served via E-mail on the following individuals:

M. Jean Clickner
Senior Trial Attorney
Equal Employment Opportunity Commission
1001 Liberty Avenue, Suite 300
Pittsburgh, PA 15222
(412) 644-6439
jean.clickner@eeoc.gov

Douglas E. McCann
Asst. U.S. Attorney
The Nemours Building
1007 Orange Street, Suite 700
Wilmington, DE 19899
(302) 573-6277
Douglas.McCann@usdoj.gov

**THE NEUBERGER FIRM, P.A.**

<u>/s/ Stephen J. Neuberger</u>
**THOMAS S. NEUBERGER, ESQ (243)**
**STEPHEN J. NEUBERGER, ESQ (#4440)**
Two East Seventh Street, Suite 302
Wilmington, Delaware 19801
(302) 655-0582
TSN@NeubergerLaw.com
SJN@NeubergerLaw.com

Attorneys for Defendant

Dated: December 14, 2005

PTMorgan/Pleadings/First RFA Docs Notice of Svs.