UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, : :  Plaintiff, : :    v. : : P.T. MORGAN PAPER COMPANY, an affiliate of P.T. MORGAN PACKAGING COMPANY, : : :  Defendant. : | C.A. No.04-1304-KAJ |

**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Pursuant to Fed.R.Civ.P. 56, for the reasons stated in the accompanying Opening Brief and there being no disputed issue of material fact, defendant P.T. Morgan Paper Company Moves that the Court issue an Order granting summary judgment and find that -

(1)  As a matter of law, P.T. Morgan Paper Company does not qualify as an employer under Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e(b), because it did not employ fifteen or more employees for each working day of twenty or more calendar weeks in 2003 or 2004.

(2)   As a matter of law, under the dispositive Third Circuit case of Nesbit v. Gears Unlimited, Inc., 347 F.3d 72 (3d Cir. 2003), P.T. Morgan Paper Company cannot be aggregated with P.T. Morgan Packaging Company to meet the fifteen employee threshold.

**THE NEUBERGER FIRM, P.A.**


/s/ Thomas S. Neuberger
**THOMAS S. NEUBERGER, ESQ. (#243)**
**STEPHEN J. NEUBERGER, ESQ. (#4440)**
Two East Seventh Street, Suite 302
Wilmington, DE 19801
(302) 655-0582
TSN@NeubergerLaw.com
SJN@NeubergerLaw.com

Attorneys for Defendant

Dated: December 14, 2005

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | : : : | |
| Plaintiff, | : : | |
| v. | : : : | C.A. No.04-1304-KAJ |
| P.T. MORGAN PAPER COMPANY, an affiliate of P.T. MORGAN PACKAGING COMPANY, | : : : : | |
| Defendant. | : | |

## ORDER

There being no material issue of fact in dispute, pursuant to Fed.R.Civ.P. 56, the Court grants summary judgment in favor of defendant P.T. Morgan Paper Company on the issue of the fifteen employee threshold under Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e(b). This _____ day of _____, 2005, it is hereby Ordered that-

(1)   As a matter of law, P.T. Morgan Paper Company does not qualify as an employer under Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e(b), because it does not employ fifteen or more employees for each working day in each of twenty or more calendar weeks in the current or preceding calendar year.

(2)   As a matter of law, under the dispositive Third Circuit case of Nesbit v. Gears Unlimited, Inc., 347 F.3d 72 (3d Cir. 2003), P.T. Morgan Paper Company cannot be aggregated with P.T. Morgan Packaging Company to meet the fifteen employee threshold.

(3)   This action is dismissed with prejudice.

_____
Kent A. Jordan
U.S.D.J.

**CERTIFICATE OF SERVICE**

I, Thomas S. Neuberger, being a member of the bar of this Court do hereby certify that on December 14, 2005, I electronically filed this **Motion** with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

> M. Jean Clickner
> Senior Trial Attorney
> Equal Employment Opportunity Commission
> 1001 Liberty Avenue, Suite 300
> Pittsburgh, PA 15222
> (412) 644-6439
> jean.clickner@eeoc.gov
>
> Seth M. Beausang
> Asst. U.S. Attorney
> The Nemours Building
> 1007 Orange Street, Suite 700
> Wilmington, DE 19899
> (302) 573-6277
> seth.beausang@usdoj.gov

/s/Thomas S. Neuberger
**THOMAS S. NEUBERGER, ESQ.**