UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, : : : Plaintiff, : : v. : : P.T. MORGAN PAPER COMPANY, an affiliate of P.T. MORGAN PACKAGING COMPANY, : : : : Defendant. : | C.A. No.04-1304-KAJ |

### NOTICE OF FILING OF PAPER DOCUMENTS

I, Thomas S. Neuberger, being a member of the bar of this Court do hereby certify that on December 14, 2005, I caused to be filed **APPENDIX TO DEFENDANT'S OPENING BRIEF IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT** with the Clerk of the Court by hand.

A hard copy of this document will be served by U.S. Mail upon:

M. Jean Clickner
Senior Trial Attorney
Equal Employment Opportunity Commission
1001 Liberty Avenue, Suite 300
Pittsburgh, PA 15222
(412) 644-6439
jean.clickner@eeoc.gov

Seth M. Beausang
Asst. U.S. Attorney
The Nemours Building
1007 Orange Street, Suite 700
Wilmington, DE 19899
(302) 573-6277
seth.beausang@usdoj.gov

**THE NEUBERGER FIRM, P.A.**

**/s/ Thomas S. Neuberger**
**THOMAS S. NEUBERGER, ESQ. (#243)**
**STEPHEN J. NEUBERGER, ESQ. (#4440)**
Two East Seventh Street, Suite 302
Wilmington, Delaware 19801
(302) 655-0582
TSN@NeubergerLaw.com
SJN@NeubergerLaw.com