# FILED IN HARD COPY ONLY