UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, : : : Plaintiff, : : v. : : : P.T. MORGAN PAPER COMPANY, an affiliate of P.T. MORGAN PACKAGING COMPANY, : : : : : Defendant. : | C.A. No.04-1304-KAJ |

### NOTICE OF SERVICE

I, Stephen J. Neuberger, being a member of the Bar of this Court, do hereby certify that on December 15, 2005, I caused two (2) copies of **DEFENDANT'S ANSWERS TO PLAINTIFF'S THIRD AND FOURTH SETS OF INTERROGATORIES TO DEFENDANT, P.T. MORGAN PAPER COMPANY** to be served via Email on the following individuals:

| | |
|---|---|
| M. Jean Clickner<br>Senior Trial Attorney<br>Equal Employment Opportunity Commission<br>1001 Liberty Avenue, Suite 300<br>Pittsburgh, PA 15222<br>(412) 644-6439<br>jean.clickner@eeoc.gov | Seth M. Beausang<br>Asst. U.S. Attorney<br>The Nemours Building<br>1007 Orange Street, Suite 700<br>Wilmington, DE 19899<br>(302) 573-6277 x149<br>seth.beausang@usdoj.gov |

                    **THE NEUBERGER FIRM, P.A.**

                    /s/ Stephen J. Neuberger
                    **THOMAS S. NEUBERGER, ESQ (243)**
                    **STEPHEN J. NEUBERGER, ESQ (#4440)**
                    Two East Seventh Street, Suite 302
                    Wilmington, Delaware 19801
                    (302) 655-0582
                    TSN@NeubergerLaw.com
                    SJN@NeubergerLaw.com

                    Attorneys for Defendant

Dated: December 15, 2005

PTMorgan/Pleadings/Answers to 3rd and 4th ROGS. Notice of Svs. FINAL