UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | : : : | |
| Plaintiff, | : : | |
| v. | : : | C.A. No.04-1304-KAJ |
| P.T. MORGAN PAPER COMPANY, an affiliate of P.T. MORGAN PACKAGING COMPANY, | : : : : | : |
| Defendant. | : : | |

**NOTICE OF SERVICE**

    I, Stephen J. Neuberger, being a member of the Bar of this Court, do hereby certify that on December 15, 2005, I caused two (2) copies of **DEFENDANT'S RESPONSE TO PLAINTIFF'S THIRD AND FOURTH SETS OF REQUESTS FOR PRODUCTION OF DOCUMENTS ADDRESSED TO DEFENDANT, P.T. MORGAN PAPER COMPANY** to be served via Email and US mail on the following individuals:

M. Jean Clickner
Senior Trial Attorney
Equal Employment Opportunity Commission
1001 Liberty Avenue, Suite 300
Pittsburgh, PA 15222
(412) 644-6439
jean.clickner@eeoc.gov

Seth M. Beausang
Asst. U.S. Attorney
The Nemours Building
1007 Orange Street, Suite 700
Wilmington, DE 19899
(302) 573-6277 x149
seth.beausang@usdoj.gov

        **THE NEUBERGER FIRM, P.A.**

        /s/ Stephen J. Neuberger
        **THOMAS S. NEUBERGER, ESQ (243)**
        **STEPHEN J. NEUBERGER, ESQ (#4440)**
        Two East Seventh Street, Suite 302
        Wilmington, Delaware 19801
        (302) 655-0582
        TSN@NeubergerLaw.com
        SJN@NeubergerLaw.com

        Attorneys for Defendant

Dated: December 15, 2005

PTMorgan/Pleadings/Response to 3rd and 4th RFP Docs Notice of Svs. FINAL