IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>        Plaintiff,<br><br>        v.<br><br>P.T. MORGAN PAPER CO., affiliated with P.T. MORGAN PACKAGING COMPANY<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO. 04-1304 (KAJ)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**STIPULATION AND ORDER REGARDING A SHORT EXTENSION OF TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT'S CASE DISPOSITIVE MOTION**

WHEREAS, on December 14, 2005, Defendant filed a Motion for Summary Judgment and Opening Brief in Support of its Motion for Summary Judgement. The Defendant's Appendix was filed in hard copy, only. To date, the Commission has not received a copy of the Appendix.

WHEREAS, pursuant to District of Delaware Local Rule 7.1.2, the Commission's response in opposition to Defendant's Motion is due within ten (10) days after service and filing of the opening brief.

WHEREAS, pursuant to Local Rule 7.1.2, the Commission's response is due on or before January 3, 2006.

WHEREAS, the Commission's lead counsel in this matter, the undersigned M. Jean Clickner, has previously approved vacation time and federal holidays, stretching from December 23, 2005 through January 3, 2006.

WHEREAS, based on previously approved time off, requiring the Commission to file its

response on or before January 3, 2005 would constitute a significant and unnecessary hardship on Commission's counsel.

WHEREAS, based on the pending scheduling order, Defendant will suffer no hardship by the grant of the instant request. Discovery is not set to close until April 29, 2006.

WHEREAS, Plaintiff will need the additional time to review Defendant's hard copy submissions in relation to both the pending dispositive motion and in response to Plaintiff's third and fourth discovery requests and incorporate those into its Response to the pending motion.

WHEREAS, Plaintiff's counsel is duly scheduled to be out of the office as set forth above.

It is hereby STIPULATED and AGREED by and between Plaintiff and Defendant, subject to the approval of the Court, that:

1. Plaintiff's response to Defendant's Motion for Summary Judgment is due on January 10, 2006.

Respectfully submitted,

**EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
Jacqueline H. McNair
Regional Attorney

Judith O'Boyle
Supervisory Trial Attorney

  /s/ M. Jean Clickner
M. Jean Clickner
Senior Trial Attorney
Equal Employment Opportunity Commission
Liberty Center, Suite 300
1001 Liberty Avenue
Pittsburgh, PA 15222
(412) 644-6439

**Local Counsel:**
**UNITED STATES ATTORNEY DISTRICT OF DELAWARE**

  /s/ Seth M. Beausang
Seth M. Beausang
Asst. U.S. Attorney
The Nemours Building
1007 Orange Street, Suite 700
Wilmington, Delaware 19899
Del. Bar ID No. 4071
(302) 573-6277
**Attorneys for Plaintiff**

**THE NEUBERGER FIRM, P.C.**

  /s/ Thomas S. Neuberger
Thomas S. Neuberger, Esquire (#243)
Steven J. Neuberger, Esquire (#4440)
Two East Seventh St., Suite 302
Wilmington, DE 19801-3725
**Attorneys for Defendant**


Dated: December 16, 2005


      IT IS SO ORDERED this _____ day of December, 2005.


      _____
      THE HONORABLE KENT A. JORDAN