IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,** ) <br> ) <br> **Plaintiff,** ) <br> ) **CIVIL ACTION NO. 04-1304 (KAJ)** <br> v. ) <br> ) <br> **P.T. MORGAN PAPER CO., affiliated with** ) <br> **P.T. MORGAN PACKAGING COMPANY,** ) <br> ) <br> **Defendant.** ) <br> ) | |

**PLAINTIFF EEOC'S
CROSS MOTION FOR SUMMARY JUDGEMENT**

Pursuant to Federal Rule of Civil Procedure 56, for the reasons stated in the accompanying Plaintiff EEOC's Answering Brief in Opposition to Defendant's Motion for Summary Judgment and Brief in Support of its Cross-Motion for Summary Judgement, and there being no disputed issue of material fact, plaintiff Equal Employment Opportunity Commission moves that the Court issue an Order granting summary judgment to the EEOC and find that –

(1) As a matter of fact and law, under Third Circuit law set forth in *Nesbit v. Gears Unlimited, Inc*, 347 F.3d 72 (3rd Cir. 2003), and similar relevant cases, P.T. Morgan Paper Company and P.T. Morgan Packaging Company function as an integrated enterprise so that their employees may be aggregated to meet the fifteen employee threshold of Title VII of the Civil Rights Act of 1964.

**EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
Jacqueline H. McNair
Regional Attorney

Judith O'Boyle
Supervisory Trial Attorney

　/s/ M. Jean Clickner
M. Jean Clickner
Senior Trial Attorney
Equal Employment Opportunity Commission
Liberty Center, Suite 300
1001 Liberty Avenue
Pittsburgh, PA 15222
(412) 644-6439

**Local Counsel:**
**UNITED STATES ATTORNEY DISTRICT OF DELAWARE**

　/s/ Seth M. Beausang
Seth M. Beausang
Asst. U.S. Attorney
The Nemours Building
1007 Orange Street, Suite 700
Wilmington, Delaware 19899
Del. Bar ID No. 4071
(302) 573-6277
**Attorneys for Plaintiff**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br>     Plaintiff,<br><br>          v.<br><br>**P.T. MORGAN PAPER COMPANY**, an affiliate of **P.T. MORGAN PACKAGING COMPANY**,<br>     Defendant. | )<br>)<br>)<br>)<br>) Civil Action No. 04-1304<br>)   Judge Kent A. Jordan<br>)<br>)<br>)<br>)<br>) |

### CERTIFICATE OF SERVICE

I, Seth M. Beausang, local counsel for Plaintiff EEOC, hereby certify that on this 6th day of January, 2006, a correct copy of the foregoing Plaintiff EEOC's Cross Motion for Summary Judgment was served by electronic filing on:

Thomas S. Neuberger and
Steven J. Neuberger
Two East Seventh St., Suite 302
Wilmington, DE 19801-3725
Attorneys for Defendant


                                     /s/   Seth M. Beausang
                                    Seth M. Beausang
                                    Assistant U.S. Attorney