IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,** )<br>)<br>)<br>**Plaintiff,** )<br>) **CIVIL ACTION NO. 04-1304 (KAJ)**<br>v. )<br>)<br>**P.T. MORGAN PAPER CO., affiliated with** )<br>**P.T. MORGAN PACKAGING COMPANY,** )<br>)<br>**Defendant.** )<br>) | |

# ORDER

_____There being no material issue of fact in dispute, pursuant to Fed.R.Civ.P. 56, the Court grants summary judgment in favor of Plaintiff Equal Employment Opportunity Commission on the issue of the fifteen employee threshold under Title VII of the Civil Rights Act of 1964, 43 U.S.C. § 2000e(b).

This \_\_\_ day of _____, 2006, IT IS HEREBY ORDERED THAT –

(1) As a matter of law and fact, the employees of P.T. Morgan Paper Company can and will be aggregated with those of P.T. Morgan Packaging Company to meet the fifteen employee threshold.

(2) This is now the law of the case and the Plaintiff has no further obligation to prove the requisite number of employees for liability purposes in this matter.

(3) For purposes of the Civil Rights Act of 1991, 42 U.S.C. § 1981a, limitations on compensatory and punitive damages, it is hereby declared that the Defendant is an employer

who has more than 14 and fewer than 101 employees during the relevant time period.


_____
Kent A. Jordan
United States District Judge