UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **EQUAL EMPLOYMENT** )<br>**OPPORTUNITY COMMISSION,** )<br>    **Plaintiff,** )<br>                              )<br>    v.                        )<br>                              )<br>                              )<br>**P.T. MORGAN PAPER COMPANY**, an )<br>affiliate of **P.T. MORGAN PACKAGING** )<br>**COMPANY,** )<br>    **Defendant.** ) | **Civil Action No. 04-1304**<br>**Judge Kent A. Jordan** |

**CERTIFICATE OF SERVICE**

   I, Seth M. Beausang, local counsel for Plaintiff EEOC, hereby certify that on this 6th day of January, 2006, a correct copy of the foregoing Plaintiff EEOC's Proposed Order for its Cross Motion for Summary Judgment was served by electronic filing on:

   Thomas S. Neuberger and
   Steven J. Neuberger
   Two East Seventh St., Suite 302
   Wilmington, DE 19801-3725
   Attorneys for Defendant


                                    /s/   Seth M. Beausang
                                   Seth M. Beausang
                                   Assistant U.S. Attorney