UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,** | ) ) |
| Plaintiff, | ) ) |
| v. | ) Civil Action No. 04-1304 ) Judge Kent A. Jordan ) |
| **P.T. MORGAN PAPER COMPANY**, an affiliate of **P.T. MORGAN PACKAGING COMPANY,** | ) ) ) |
| Defendant. | ) |

## CERTIFICATE OF SERVICE

   I, Seth M. Beausang, counsel for Plaintiff, hereby certify that on this 6th day of January, 2006, a correct copy of the foregoing Commission's Answering Brief in Opposition to Defendant's Motion for Summary Judgment and Brief in Support of Commission's Cross-Motion for Summary Judgment was served by electronic filing:

   Thomas S. Neuberger and
   Steven J. Neuberger
   Two East Seventh St., Suite 302
   Wilmington, DE 19801-3725
   Attorneys for Defendant

                                            /s/Seth M. Beausang
                                            SETH M. BEAUSANG
                                            Assistant U.S. Attorney