# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) |
| Plaintiff, | ) ) |
| | ) CIVIL ACTION NO. 04-1304 (KAJ) |
| v. | ) ) |
| P.T. MORGAN PAPER CO., affiliated with P.T. MORGAN PACKAGING COMPANY, | ) ) ) |
| Defendant. | ) ) |

## APPENDIX TO
## PLAINTIFF EEOC'S ANSWERING BRIEF IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT
## and
## PLAINTIFF EEOC'S BRIEF IN SUPPORT OF ITS CROSS MOTION FOR SUMMARY JUDGEMENT
## (PART A)

**EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**JACQUELINE H. MCNAIR, REGIONAL ATTORNEY**
**JUDITH O'BOYLE, SUPERVISORY TRIAL ATTORNEY**
**M. JEAN CLICKNER, SENIOR TRIAL ATTORNEY**
Equal Employment Opportunity Commission
Liberty Center, Suite 300
1001 Liberty Avenue
Pittsburgh, PA 15222
(412) 644-6439

Local Counsel:

**UNITED STATES ATTORNEY**
**DISTRICT OF DELAWARE**
**SETH M. BEAUSANG, ASST. U.S. ATTORNEY**
The Nemours Building
1007 Orange Street, Suite 700
Wilmington, Delaware 19899
Del. Bar ID No. 4071
(302) 573-6277

Dated: January 6, 2006

|  | **Document** | **Appendix Page** |
|---|---|---|
| **Ex. A** | P.T. Morgan Packaging Co. employee flow chart | 1 |
| **Ex. B** | P.T. Morgan Paper Co. employee flow chart | 2 |
| **Ex. C** | Letter from MAMSI Health Plan to P.T. Morgan Paper Co. | 3 |
| **Ex. D** | Workers Compensation Payroll Report - P.T. Morgan Packaging Co. | 6 |
| **Ex. E** | Warwick Enterprises Invoice | 7 |
| **Ex. F** | Letter from P.T. Morgan Packaging Co. to Hartford Insurance | 9 |
| **Ex. G** | Selected documents between P.T. Morgan Packaging Co. and insurance companies | 12 |
| **Ex. H** | MAMSI Health Plan Notice of Amount Due to P.T. Morgan Paper Co. | 15 |
| **Ex. I** | List of Employees - P.T. Morgan Paper Co. | 16 |
| **Ex. J** | Defendant's Answers and Objections to Plaintiff's First Set of Interrogatories | 17 |
| **Ex. K** | Group of Board of Directors' meeting notes | 24 |
| **Ex. L** | Note from personnel file of Anthony Moore (10/04/04) | 33 |
| **Ex. M** | Employment Eligibility Verification (group of documents) | 34 |
| **Ex. N** | Fax from P.T. Morgan Paper on P.T. Morgan Packaging fax cover sheet | 39 |
| **Ex. O** | Fax from P.T. Morgan Packaging to Bob - Paychex | 41 |
| **Ex. P** | Letter from Gary Eberhard to Carlyle Moore (3/11/05) | 45 |
| **Ex. Q** | P.T. Morgan Paper Co.'s Memo: Bonus & Salary Adjustment 2001-2002 | 46 |
| **Ex. R** | P.T. Morgan Paper Co.'s anti-harassment policy (8/31/04) | 47 |

i

| | | |
|---|---|---|
| **Ex. S** | Letter from James Morgan to Eugene Fox (3/19/87) | 49 |
| **Ex. T** | Memo re: Attendance Rules and Regulations | 50 |
| **Ex. U** | Verification of Employment forms (group) | 53 |
| **Ex. V** | Memo from P.T. Morgan Packaging to Paychex | 68 |
| **Ex. W** | Vacation time computation for Doug [Goodermuth] | 70 |
| **Ex. X** | Memo from P.T. Morgan Packaging to Paychex | 71 |
| **Ex. Y** | Fax from P.T. Morgan Packaging to Paychex | 72 |
| **Ex. Z** | Group of personnel documents for P.T. Morgan Paper employees | 73 |
| **Ex. AA** | Handwritten note re: personnel matter for Carlyle Moore | 87 |
| **Ex. BB** | Letter from P.T. Morgan Paper Co. to AFLAC (2/8/05) | 88 |
| **Ex. CC** | Morgan Stanley documents for P.T. Morgan Paper Co. | 89 |
| **Ex. DD** | Defendant's Response to Plaintiff's Third and Fourth Sets of Requests for Production of Documents (selected pages) | 93 |
| **Ex. EE** | Defendant's Response to Plaintiff's Third and Fourth Sets of Interrogatories (selected pages) | 96 |
| **Ex. FF** | D&B Business Information Report: Morgan, PT Packaging Company, Inc. | 104 |
| **Ex. GG** | Commission's Request for Admissions (First Set) and Defendant's Responses (selected portion) | 114 |
| **Ex. HH** | Second Quarter 1998 Tax filing for P.T. Morgan Paper Co. | 117 |
| **Ex. II** | Simple IRA forms - Name of Employer: P.T. Morgan Packaging Co. & P.T. Morgan Paper Co. | 119 |
| **Ex. JJ** | P.T. Morgan Packaging - IRA contribution flow chart | 126 |
| **Ex. KK** | P.T. Morgan Paper - IRA contribution flow chart | 131 |

| | | |
|---|---|---|
| **Ex. LL** | Gary Eberhard's Application for Employment | 135 |
| **Ex. MM** | Gary Eberhard's Job Description | 138 |
| **Ex. NN** | Eugene Fox's bonus chart | 140 |
| **Ex. OO** | Employment Eligibility Form | 141 |
| **Ex. PP** | Affidavit of Mark Maddox | 143 |
| **Ex. QQ** | Affidavits of Carlyle Moore, Patrick Moore and Bernard Tingle | 145 |
| **Ex. RR** | Affidavit of Anthony Moore | 148 |
| **Ex. RR-1** | Affidavit of M. Jean Clickner | 150 |
| **Ex. SS** | Defendant's Response to the Plaintiff's Second Set of Interrogatories and Request for Production of Documents, selected pages | 151 |

# P T Morgan Packaging

```
                        ┌──────────────────┐
                        │  James Morgan    │
                        │  President       │
                        └──────────────────┘
```

| James Morgan President |
|---|

| Rose Grabowski Office Manager | Cindy Morgan Moss Sales Rep | Marianne Persico Sales Rep |
|---|---|---|

| Joan Meyers Customer Service | Robbi Smith Accounting |
|---|---|

| Linda Reppenhagen Customer Service |
|---|

APPENDIX -1

EXHIBIT

A

tabbies

D236



P T Morgan Paper Co

Peggy Morgan
President

James Morgan
Vice President

Gary Eberhard
General Manager

Roy James
Driver

Jerry Broussard
Pad Operation Team Leader

Doug Goodermuth
Warehouse Team Leader

Gregg Stevens
Baler Operator I

Bernard Tingle
Baler Operator II

Pat Moore, Carlyle Moore, George Briggs
Bandsaw Operator
Zachery Cannon, Jennifer Walls

EXHIBIT

APPENDIX -2

D235





6/14/2004

P.T. MORGAN PAPER CO.
PO Box 5011
SEVERNA PARK, MD 21146

Dear Benefits Administrator:

Our records indicate that we have not received a copy of your signed Health Group Agreement.

Your Group Agreement was part of our original mailing to you, which also included an instructional cover letter and administrative forms for your use. We are unable to close your file without a copy of your signed Group Agreement.

Please return your signed Group Agreement promptly to MAMSI Health Plans Group Contracts, P.O. Box 944, Frederick, MD 21705, or send by fax to 1-888-360-7228.

If you have misplaced your copy and would like to have another sent to you, or if you have any questions, you may contact me directly at (240)379-1877 or send an email request to gpscontractadmin@mamsi.com.

Sincerely,
Sabrina Betts
Contact Administration Representative

Date Recd: JUN 1 8 2004
Inv Number: _____
Pay By: _____
Date Paid: _____
Check No. _____
Posted By: _____

no sig on file

**EXHIBIT**
_C_

Group Services Department
P.O. Box 931  •  Frederick, MD 21705-0931
www.mamsi.com
groupservices@mamsi.com

APPENDIX -3

_Mary - will sign 6/24/04_
_+ give to Rose to bring back to me_

D856

**RECORDS:** The Policyholder must furnish all information required by the Company to: 1) compute premiums; and 2) maintain necessary administrative records. Records of the Policyholder which have a bearing on insurance will be available for inspection by the Company at any reasonable time. Clerical error, by either the Company or the Policyholder, in keeping any record pertaining to the coverage under this Contract, will not invalidate coverage otherwise validly in force or continue coverage otherwise validly terminated.

**TERMINATION OF THE CONTRACT:** The Contract may not be terminated or refused to be renewed except: 1) for nonpayment of the required premiums by the Employer, in which case the Company will give ten (10) days notice to Policyholder if any payment required is not received within the thirty-one (31) day grace period, the Policyholder shall be liable for all premium payments due prior to the effective date of termination, and Members will be provided an opportunity to convert to non-Group coverage as described in the Group Certificate; 2) for fraud or misrepresentation of the employer; or; 3) for a material breach of any of the terms and provisions of this Contract upon thirty (30) days prior written notice by the nonbreaching party to the other party; 4) by mutual written agreement of the Company and the Policyholder.

**CONFLICTS OF LAW:** Any provision of this Contract which, on its Effective Date, is in conflict with the statutes or regulations of the state in which this Contract was delivered, or any other applicable state or federal law, is hereby amended to conform to the minimum requirements of such state or federal law. Such conflicting provisions may, upon discovery, result in a premium adjustment, in accordance with the Premium Provision of this same document.

**INCORPORATION PROVISION:** The provisions of the attached Certificate(s), any riders, endorsements, and any amendments, including any Certificate, rider, endorsement, or amendment issued after the Contract Effective Date, are made a part of the Contract.

**NOTICE:** Any notice hereunder to be given to the Policyholder shall be addressed according to the latest address on file with the Company. Any notice hereunder to be given to the Company shall be addressed as shown on the Face Sheet.

**MISCELLANEOUS:** It is understood that the Policyholder has certain responsibilities under the Consolidated Omnibus Budget Reconciliation Act of 1986 (COBRA) and the Employee Retirement Income Security Act of 1974 (ERISA), including but not limited to notifying individuals of their rights, qualifying events, etc. In the event that Policyholder fails to comply with COBRA and/or ERISA, the Policyholder agrees to indemnify and hold the Company harmless for any costs, expenses, or damages, including legal fees which may be incurred by the Company which are caused by the Policyholder's failure to perform.

Policyholder

MAMSI Life and Health Insurance Company

_Thomas P. Barbera_    02/06/2004

(Signature and date)

(Signature and date)

GARY EBERHARD
GENERAL MANAGER

Thomas P. Barbera, President

(Name and title printed)

(Name and title printed)

APPENDIX -4

OPTIMUM CHOICE, INC.                                                      **GROUP AGREEMENT**

8.9   Employer agrees to provide reasonable good faith effort to assist OCI with the collection of data concerning disability benefits information and claims submitted under the Group's Workers Compensation plan.

8.10  OCI may void this Contract for fraud or misrepresentation by the Employer with respect to the Group's Coverage.

8.11  Employer agrees that all action or proceedings instituted by the Health Plan hereunder, shall, at Health Plan's option, be brought in a court of competent jurisdiction in the state and county in which is located the chief executive office of the Health Plan. Whereby, the place of exclusive jurisdiction, venue, discovery, and controlling law for resolution of disputes in Montgomery County, Maryland.

8.12  By signing below, the Employer acknowledges receiving the forms described on the Face Sheet.


This Agreement is executed on the date of issue to become effective on the date stated on the Face Sheet of this Agreement.


**EMPLOYER**                                          **OPTIMUM CHOICE, INC.**



_(Signed and dated)_                                 _Thomas P Barbera_   02/06/2004
                                                     (Signed and dated)


GART EBERHARD
GENERAL MANAGER,                                      Thomas P. Barbera, President
(Name and title printed)                             (Name and title printed)


APPENDIX -5

P.2

13052653052Ч

PT MORGAN PAPER    04:3E:Ep 04 1S nuL

# WORKERS COMPENSATION PAYROLL REPORT

This is a request for information which is needed to adjust the premium according to the terms of the policy contract. The submission of this form does not waive the right of the Company to inspect the insured's records as provided by the policy contract.

THE HARTFORD

| Policy Number | Audit Period | Report Due Date | ID |
|---|---|---|---|
| 30 WE BX6730 | 05/24/2004 – 05/24/2005 | 06/18/2005 | 2598921 |

Name of Insured

**P.T. MORGAN PACKAGING CO**

Producer Name & Code

**CBIZ BENEFITS & INS SERVICES**          30  720739

---

**Please return this completed form in the enclosed self–addressed envelope or fax it to (866) 868–6153 by the due date shown above. Any questions about completing this form?**
**Please see the enclosed information page, or call: (800) 447–7649 extension 2248**

---

1. Please provide a brief description of your operations: *broker / distributor cardboard boxes / pads*

2. Please provide your annual gross sales: $ *4,756,865.09* → $ *4,756,865.*

3. Do you operate as an: ☐ Individual  ☐ Partnership  ☐ LLC  ☒ Corporation  ☐ Non–Profit  ☐ Other (Please Specify)

4. Using your 4 most recent Federal 941's, please enter your gross payroll by quarter (located on line #2 of the 941 form)

   1st Quarter, 20 05  $ *36,850.78*      3rd Quarter, 20 04  $ *33,911.40*
   4th Quarter, 20 04  $ *47,586.25*      2nd Quarter, 20 04  $ *71,237.99* ✗

5. Please complete for officers, members, partners, proprietors:  (DO NOT include in #6 below)

| Name | State | Title | % of stock owned | Description of work | # of wks employed | Earnings |
|---|---|---|---|---|---|---|
| *James B. Morgan MD* | | *President* | | | *52* | $ *869.79* |
| *Peggy Morgan MD* | | *Vice-President* | | | *52* | $ *0* |
| | | | | | | $ |
| | | | | | | $ |

6. Please complete payroll information for all employees:  (DO NOT include in #5 above)

**Location Address:**     525 BROADWATER DRIV ARNOLD       MD 21012                            01_19_01

| Description of work | Average # of employees | Total gross payroll (include O/T) | Over time | Time & 1/2 | Double time |
|---|---|---|---|---|---|
| Salespersons, Collectors, Or Messeng 8742_06_001000 | — 2 — | $ *16,511.21* | $ *N/A* | ☐ | ☐ |
| Clerical Office Employees Noc 8810_02_002000 | — 4 — | $ *159,646.19* | $ *N/A* | ☐ | ☐ |
| Please describe and list payroll for work not shown above: *Janitorial* | — 1 — | $ *17,614.23* | $ *N/A* | ☐ | ☐ |

7. Please provide the total gross payroll for all employees for the audit period shown above:
   (including officers, members, partners, proprietors, and all commissions, draws and bonuses)          $ *194,641.42*

8. Do you lease employees?  If yes, please list name of company below  *N/A*
   Lease Company:                                                              Cost:  $ ✗       ☐ Yes  ☐ No

9. Do you use non–employee labor (subcontractors, contract labor, day &/or casual labor, etc.)?  ✗      ☐ Yes  ☐ No
   If yes, please provide information below for whom you DO NOT have certificates of Workers Compensation coverage:

| Name | State | Description of Work | Total Payments |
|---|---|---|---|
| *N/A* | | *N/A* | $ |
| | | | $ |

*Robbi Smith  (Accounting)*                          *[Signature]*
Name of Authorized Representative (Please Print)                Signature
                                                               *(410) 544-7733*
E–Mail address                                                 Telephone Number

**EXHIBIT**
*D*

*C_10_A_Y*          APPENDIX -6

File "Doug File

④

CONFIDENTIA
Attorney's Eyes O

WARWICK ENTERPRISES,
P.O. BOX 219
NEW MARKET, MD 21631
~10-943-8702

****** I N V O I C E ******

NO.        :
INVOICED : 03/07/05
B/L NO.   :
SHIPPED   :

BILL TO:

P T MORGAN PACKAGING
ATT ROBBIE
P.O. BOX 533
SEVERNA PARK, DE 21146

SHIPPER  :
             P T MORGAN
             SMYRNA, DE

CONSIGNEE:
             INTERSTATE CORRPACK
             CAMBRIDGE, MD

| DRV/CARR | TRACTOR | TRAILER | DELIVERED | SHIPPER NO | DELIVERY NO |
|---|---|---|---|---|---|
| JOHNSON | JOHNSON | | 03/07/05 | | |

| PIECES | DESCRIPTION | MILES | WEIGHT | RATE | AMOUNT |
|---|---|---|---|---|---|
| | BOXES | | | | |
| | | | | FLAT | |

P/U  03/07/05   P T MORGAN          SMYRNA, DE
DROP             INTERSTATE CORRPACK  CAMBRIDGE, MD

**PAPER**                                          **PAPER**

Date Recd: MAR 0 8 2005
Inv Number:
Pay By: 3/10/05
Date Paid: 3/17/05
Check No. 3817r
Posted By:

POSTED
11943

#440

**PAPER**

20Kidmm Thailer that was to go
Bk - Not unloaded - Tracttr went Bk
W/0 a Trailer. Had to come Bk ×pice 3/08/05
up Thailer Later.
n uTgoing Trailers = Empty

Ven... /...       why ??

WE APPRECIATE YOUR BUSINESS!

**PAPER**
TOTAL DUE

Guy tok To pay?

Ti/.



APPENDIX -7

EXHIBIT
E
tabbies

CONFIDENTIA
Attorney's Eyes O

**Carrier**    Agent's No

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading,

at _____ from _____ Mar 7, 2005

Consigned to _Larry Johnson_

(Mail or street address of consignee—For purposes of notification only.)

Destination _____ Street _____ City _____ State of _____ Zip Code _____ County of _____

Routing _____ Delivering Carrier _____ Vehicle or Car Initial _____ No. _____

**Collect On Delivery**

$ _____ and remit to: _____

Street _____ City _____ State _____

C. O. D. charge to be paid by $ _____ ☐ Shipper ☐ Consignee

| No. Packages | Description of Articles, Special Marks, and Exceptions | *Weight (Sub. to Cor.) | Class or Rate | Check Column |
|---|---|---|---|---|
| | | | | |

Subject to Section 7 of conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____ (Signature of Consignor.)

If charges are to be prepaid, write or stamp here, "TO BE PREPAID."

Received $ _____ to apply to prepayment of the charges on the property described hereon.

Agent or Cashier

Per _____ (the signature here acknowledges only the amount Prepaid.)

Charges Advanced:
$ _____

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight." NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The _____ ed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ per _____

_____ Shipper, Per _____    _____ Agent, Per _____

Permanent post-office address of shipper, _____

(This Bill of Lading is to be signed by the shipper and agent of the carrier issuing same.)

## Bill of Lading

APPENDIX -8

CONFIDENTIAL
Attorney's Eyes Only

# P.T. Morgan Paper Company

Recycled Fibers • Packaging Materials

33 East South Street
Smyrna, Delaware 19977

DEL (302) 653-5008
MD (301) 987-9535

June 29, 1989

Hartford Insurance
Dover Office
P.O. Box 7049
Wilmington, DE  19803

ATtn: Workman's Compensation Claims

Dear Sirs:

Attached please find a copy of a claim that was presented to your Hunt Valley, MD  office on April 7, 1989, (Claimant: ████████████) As of June 8, 1989, the claim had not been resolved and I submitted, via FAX, duplicate information. I was informed today by Mr. Goodermuth that Kent General Hospital is considering taking legal action for non-payment of services. After contacting your Hunt Valley office today, I was given the information that our claim was sent to your office. After calling your office I have been notified that you have no record of this claim. I trust the fact that I have taken the precaution to send the information for the third time to Hartford, (this time via UPS Overnight Service) that this claim will be handled and resolved as soon as possible. Our Hartford Policy number is 30-WE-BG 6979.

If you should have any questions, please call me.

Very truly yours,

Linda M. Groves
P.T. Morgan Packaging Co.

LMG:jm

EXHIBIT
F

APPENDIX -9

CONFIDENTIAL
Attorney's Eyes Only

# The P.T. Morgan Packaging Company

CORRUGATED BOXES • GAYLORDS • FIBERS

P. O. BOX 533
SEVERNA PARK, MARYLAND 21146

TELEPHONE:
(301) 544-7733

FAX TELEPHONE:
(301) 544-7738

## FACSIMILE COVER LETTER

DATE:  6/8/89

FROM:  Linda Groves

PT MORGAN PACKAGING

TO:  Workmen's Compensation Claims Hartford Insurance

527-1337

TOTAL NUMBER OF PAGES INCLUDING COVER LETTER  5

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

MESSAGE:

Attn.: Workmen's Compensation - The following is a claim for our employee

Douglas ████████     The original claim was sent on 4/7/89.  Please expedite

as soon as possible.  Thanking you in advance.

Sent to Dover Claims Office June 9th    302-478-5740  Trish
Hartford  Workman's Comp Claims
PO 7049
Wilmington 19803  Kenneth - Marcus
Claim will be paid 7/6 as per Dawn

APPENDIX -10

D348

CONFIDENTIAL
Attorney's Eyes Only

A copy shall be mailed to the Division of Labor and Industry, 501 St. Paul Place, Baltimore, Maryland 21202

EVERY QUESTION MUST BE ANSWERED AND FORM SIGNED

Complete and send immediately to —

**WORKMEN'S COMPENSATION COMMISSION**

**6 NORTH LIBERTY STREET, BALTIMORE, MD. 21201**

**STANDARD FORM FOR EMPLOYER'S FIRST REPORT OF INJURY OR OCCUPATIONAL DISEASE**

DO NOT WRITE IN THIS SPAC

WCC CLAIM #

DOCTOR'S REPORT Yes ☐ No [

SOUNDEX #

Federal Employer Identification Number (FEIN)— 52-1261282

PLEASE PRINT OR TYPE

1. EMPLOYER — Name — (Give name under which concern does business): PT MORGAN PACKAGING CO INC.
2. Mail Address — (No. and Street): PO BOX 533 (City or Town): SEVERNA PARK (State): MD (Zip): 21146 Area Code / Phone: 301-544-7733
3. Nature of Business—(Manufacturing shoes, retailing men's clothes, trucking, etc.): CORRUGATED BOX BROKER
3a. Insured By—(Name of company): HARTFORD INS. CO.
4. TIME AND PLACE—Location of plant or place where accident or disease occurred: P.T. MORGAN 33 EAST SOUTH ST SMYRNA DE — Department— WAREHOUSE — State if employer's premises — Yes ☒ No ☐
5. Date of injury: 2 · 27 1989 Day of week MONDAY
5A. Hour employee started work: 8 AM ☒ PM ☐
6. Was injured paid for one-half or more for day of injury? Yes ☒ No ☐
7. Date disability began: 2.27 1989 A.M. ☐ P.M. ☒
When did you or foreman first know of injury? IMMED.
Name of foreman: GENE FOX
8. INJURED PERSON — Name of injured — (First — Middle — Last Name): DOUGLAS [redacted] — Social Security No.: 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 — Area Code / Phone: 302 734 9205
9. Address — (No. and Street): 133 ROOSEVELT AVE (City or Town): DOVER (State): DE (Zip): 19901
10. Check ( ) Married ☐ Single ☒ Widowed ☐ Divorced ☐ Male ☒ Female ☐
11. Nationality: AMERICAN — Speak English: Yes ☒ No ☐
12. Age: 46 — Did you have on file employment certificate or permit? Yes ☒ No ☐
(a) Occupation when injured: WAREHOUSE SUPERVISOR
(b) Department where regularly employed— WAREHOUSE
13. Was this his or her regular occupation? Yes ☒ No ☐ (If not, state in what department or branch of work regularly employed)
Location of Accident: OUTSIDE LOADING DOCK
14. How long employed by you? 9 mos — (a) Pieceworker ☐ Timeworker ☒
15. No. of hours worked per day: 8 per week: 40 — No. of days worked per week: 5
16. Wages: $ 7.30 per hour, or $ per day, or $ per week. (If paid on other than a time basis, such as piece work or commission— Average weekly earnings $
17. If board, lodging, tips, fuel or other advantages were furnished in addition to wages, give estimated value per day, week or month $ N/A
18A. Nature of injury or occupational disease — Part of body: NOSE / FACE. — Type of injury: OPEN WOUND
18b. How did accident or occupational disease occur? (Describe fully-use back of form if necessary . . . reverse carbon when using back of form): CRANK OF LANDING GEAR ON TRAILER KICKED BACK INTO FACE
18c. What was employee doing when injured? (Be specific. When using tools or equipment, what was he doing with them?): LOWERING LANDING GEAR OF TRACTOR TRAILER
19. Probable length of disability: ?
20. Name of object which injured employee (if machine: name, model, serial number): HANDCRANK (LANDING GEAR)
21. Kind of machine power: N/A
22. Part of machine on which accident occurred: HAND CRANK
23. (a) Was safety appliance or regulation provided: Yes ☒ No ☐ (b) Was it in use at time: Yes ☒ No ☐
24. Was accident caused by injured's failure to use or observe safety appliance or regulation: Yes ☐ No ☒
25. Has injured returned to work? Yes ☒ No ☐ If so, date and hour — a. At what wage: $ 7.30 — b. At what occupation? WAREHOUSE SUPERVISOR
26. Name and address of physician: EMERG. ROOM ATTENDING PHYSICIAN
27. Name and address of hospital: KENT GENERAL HOSPITAL 640 S. STATE ST. DOVER DE 19901
28. FATAL CASES — Has injured died: Yes ☐ No ☒ — If yes give date of death

APPENDIX -11

Date of this report: 4-7-89 — Firm Name: PT MORGAN PACKAGING CO — Prepared by: LINDA M. GROVES

Signed by [signature] — Official Title [signature]

S.F.1 — Rev. 4/72

# P. T. Morgan Packaging Company

**CORRUGATED BOXES * GAYLORDS * FIBERS**
P. O. BOX 533
SEVERNA PARK, MARYLAND 21146

(410) 544-7733.
FAX (410) 544-7738
morganpkg@aol.com

## FAX COVER LETTER

TO:    Carol

Records-Gebhart

FROM:    Robbi

PT Morgan ~~Packaging~~ *Paper*

DATE:    9/09/04

This transmission has __1__ page(s) (including cover page)

MESSAGE:

Dear Carol,

We had our end of year audit completed
on July 28, 2004 and we were wondering when
we would be getting a refund check.

Based on the numbers that Rae recorded, it did
appear that there would be an over payment in
premiums.

Please let us know of your findings.

Sincerely,

Robbi Smith
Accounting

EXHIBIT
6

APPENDIX -12

*See attached — refund / rec'd 10/04/04*

| Previous Policy Number | Policy Number |
|---|---|
| S  1360416 | S  1360416 |

# LIABILITY AUDIT REQUEST

**COMPANY: SELECTIVE WAY INSURANCE COMPANY**
**BRANCH OFFICE: CHESAPEAKE REGION**
**BILL PLAN: AGENCY BILL**

| Name of Insured and Mailing Address: | Policy Period |
|---|---|
| MORGAN PAPER COMPANY<br>PO BOX 533<br>SEVERNA PARK, MD 21146 | From:  07/01/2003<br>To:  07/01/2004 |

| Producer: RECORDS-GEBHART AGENCY INC<br>Phone No.:  302-653-9211 | Producer Number:<br>00-04815-00000 |
|---|---|

| Business of Insured: CONVERTED PAPER PROD MFG | Insured Phone No.:  (302) 653-5008 |
|---|---|

**Legal Entity: CORPORATION**

| Risk Location:<br>33 E SOUTH STREET<br>SMYRNA, DE 19977 | County:  KENT |
|---|---|

| GENERAL LIABILITY LIMITS | GARAGE LIMITS |
|---|---|
| OCCUR:  $1,000,000   AGGR:  $2,000,000 | OCCUR:   AGGR: |

| St | Loc | Class Description | Class | Covg | Premium Basis | Units | Rate | Adv. Prem. |
|---|---|---|---|---|---|---|---|---|
| DE | 01\001 | PAPER PRODUCTS DISTRIBUTORS | 16005 | PROD | GROSS SALES | 1,500,000 | .1090 | $164 |
| DE | 01\001 | PAPER PRODUCTS DISTRIBUTORS | 16005 | PREM | GROSS SALES | 1,500,000 | .2640 | $396 |
| DE | 01\001 | BOXES OR CONTAINERS MFG. CORRUGATED OR | 51575 | PROD | GROSS SALES | 250,000 | .2790 | $70 |
| DE | 01\001 | BOXES OR CONTAINERS MFG. CORRUGATED OR | 51575 | PREM | GROSS SALES | 250,000 | .2850 | $71 |

*(handwritten annotations)*

① Left a message for Carol (bookkeeper) (Jim on vacation)
Get detail To see how she arrived at ↑ #'s
month by month + at what rate

it's for the "current" yr. ! No!!

② Verify if the sales are To Be broken out by Prod ?? / Prem ??
How do they determine This?

③ logic / clearly shows that we should      get a credit based on occur

| | Total Advanced Auditable Premium | $701 |
|---|---|---|

| Audited By: P/R | Date Completed: | Page 1 of 1 |
|---|---|---|

Form 40 (07/96)                                    DATE ISSUED:  05/18/2004

*Left a message for Rae →*
*8/14/04*

P O Box 4653
Crofton, Md 21114
301-805-8226 Phone
301-805-8259 Fax

**Selective Insurance Co.**

*① Rae called me 8/14/04 — Tve't promos me.*

Date: 7/14/04

To: Morgan Paper Co Inc.
P O Box 533
Severna Park, Md. 21146

Policy Number: WC7008512 & S1360416
Policy Date: 7/1/03-04
Audit Period:

Our company policy provisions require that the insured make available all necessary records in order to verify the actual basis of premium for the term of coverage.

I will be in your area on  Wednesday July, 28th 2004  PM and would like to stop by to make the premium adjustments necessary to your coverages listed below.

WORKERS COMPENSATION      GENERAL LIABILITY      GARAGE LIABILITY

Please arrange to have the following records available, as they pertain to your business.

 PAYROLL RECORDS
 941'S AND STATE UNEMPLOYMENT REPORTS
 DISBURSEMENT JOURNAL
X SALES/RECEIPTS   LOTTERY COMMISSIONS
 INDIVIDUAL SUBCONTRACTORS COST & CERTIFICATES OF INSURANCE
X OVERTIME
 # OF  TRIPS & MILEAGE FOR PICKUP & DELIVERY OF VEHICLES

IF YOU WILL NOT be available on this date, or your records are maintained elsewhere or by an outside firm, please call me at 301-805-8226.

Sincerely,

*Rae Chapman*

C. Rae Chapman – Sr. Premium Auditor

*Audit*
*3rd + 4th 2003*
*1st + 2nd 2004*

Date Recd: JUL 1 6 2004
Inv Number: _____
Pay By: _____
Date Paid: _____
Check No. _____
Posted By: _____

APPENDIX -14

*Recv'd 7/16/04   )  Copy To Benj. Jim 7/16/04     but at 8:30 m usd.*

D433

**RECORDS-GEBHART AGENCY, INC.**
P. O. BOX 1000
SMYRNA, DE 19977
(302) 653-9211



CITIZENS BANK
SMYRNA, DE 19977
62-114/311

**17662**

*Two Thousand One Hundred One  and NO/100ths*

| DATE | AMOUNT |
|------|--------|
| 09/24/2004 | $2,101.00 |

PAY
TO THE
ORDER
OF:

Morgan Paper Co
P O BOX 533

SEVERNA PARK, MD  21146

RECORDS-GEBHART AGENCY, INC.

*Karol L Gebhart*

AUTHORIZED SIGNATURE

Security features. Details on back.

edit Credit     ⑈0 17662⑈  ⑆031101143⑆  8100043211⑈

Code 141

Paper
10-4-04

D434

# OPTIMUM CHOICE INC.

## A MAMSI Health Plan

| GROUP # | SUB-GRP# |
|---------|----------|
| 53490 | |

INTERNET ADDRESS: WWW.MAMSI.COM

### GROUP STATEMENT 08-01-04 TO 08-31-04

P.T. MORGAN PAPER CO.
ATTN:GINGER/ROBBI/GARY
PO Box 5011
SEVERNA PARK, MD 21146

Please check your bill to ensure that each member has coverage for the products they selected. If you have any questions or concerns, please contact your Group Services Representative.

GROUP SERVICES: 240-379-1939 or 1-800-362-8474     GROUP REPRESENTATIVE: 240-379-1939

| DUE DATE:08-01-04 | RUN DATE:07-12-04 | RIDER PACKAGE:DE041AI+LI00 | STATEMENT NUMBER:3856604 |
|---|---|---|---|

| Balance due from prior period: | | | | $851.58 |
|---|---|---|---|---|

TRANSACTIONS SINCE LAST BILL:      (see adjustment page for detail)

| Type | | | Amount | |
|---|---|---|---|---|
| Total payment(s) received - THANK YOU | | | <$851.58> | |
| Total manual adjustments | | | $0.00 | |
| | | | | <$851.58> |

| **BALANCE FORWARD** | | | | $0.00 |
|---|---|---|---|---|

ACTIVE POLICIES FOR 08-01-04 TO 08-31-04

| Benefit | Policies | Current Prem | Adjustments | Grand Total |
|---|---|---|---|---|
| HMO | 2 | $803.82 | $0.00 | $803.82 |
| MLH | | | | |
| DENTAL | 2 | $47.76 | | $47.76 |
| VISION | | | | |
| LIFE/AD&D | | | | |
| WKLY DISAB IN | | | | |
| SUPP LIFE | | | | |
| DEPENDENT | | | | |

*PAPER* *PAPER* *FILED*

JUL 19 2004

Date Recd: _____
Inv Number: _____
Pay By: 7/22/04
Date Paid: 7/22/04
Check No. 37548
Posted By: GL
720.01

| **TOTAL PREMIUMS FROM   08-01-04 TO 08-31-04** | $851.58 |
|---|---|
| **TOTAL AMOUNT DUE** | $851.58 |

**EXHIBIT**

H

APPENDIX -15

PO82.RPT

(3200)

30-3200 P T MORGAN PAPER CO INC

EMPLOYEE ADDRESS LISTING BY EMPL NAME

05/24/04 15:25 PAGE 1
GROUP 1 SPEC M

| INFO CHECKED | NAME | PENSION | ADDRESS | CITY, STATE | ZIP | TIN IND | SOC SEC NBR | DEPT | BIRTH DATE |
|---|---|---|---|---|---|---|---|---|---|
| ✓ | 275 BRIGGS SR,GEORGE | | 109 EAST NORTH ST | SMYRNA,DE | 19977 | | 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 | 300 | *MISSING* |
| ✓ | 3 BROUSSARD,JERRY | | ~~75 Woodland Ave~~ ~~823 VANDYKE GREENSPRING RD~~ Smyrna | SMYRNA,DE ~~TOWNSEND,DE~~ | 19977 19917 ~~19934~~ | | 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 | 300 | *MISSING* *TERM* |
| ✓ | 276 EBERHARD,GARY | | 6508 MILLINGTON RD | CLAYTON,DE | 19938 | | 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 | 200 | *MISSING* |
| ✓ | 1 FOX,EUGENE | | 592 LAKE DRIVE WEST | SMYRNA,DE | 19977 | | 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 | 200 | *MISSING* *TERM* |
| ✓ | 5 GOODERMUTH,DOUG L | | 1067 TOWER ROAD | WYOMING,DE | 19934 | | 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 | 300 | *MISSING* |
| ✓ | 7 JAMES,ROY | | 7463 WOODLAND BEACH ROAD | SMYRNA,DE | 19977 | | 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 | 300 | *MISSING* |
| | 277 LAMBORN,ROBERT | | 363 EAST COMMERCE ST | SMYRNA,DE | 19977 | | 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 | 300 | *MISSING* *TERM* |
| ✓ | 35 MOORE JR,ANTHONY C | | 127 COLLINS AVE PO Box 182 ~~185 TALON CT~~ | SMYRNA,DE | 19977 | | 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 | 300 | *MISSING* *TERM* |
| ✓ | 272 MOORE,CARLYLE E | | 106 LAWN DR. APT 3H | SMYRNA,DE | 19977 | | 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 | 300 | *MISSING* |
| ✓ | 273 MOORE,PATRICK | | 106 LAWN DR. APT 3H | SMYRNA,DE | 19977 | | 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 | 300 | *MISSING* |
| ✓ | 2 MORGAN,PEGGY | | 525 BROADWATER ROAD | ARNOLD,MD | 21012 | | 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 | 200 | *MISSING* |
| ✓ | ~~229 S. DE-DELAWARE KTSCO2-99-0025~~ | | ~~97-A PARKWAY SR-COLLECTIONS  NEW CASTLE,DE~~ | | 19720 | | 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 | 300 | *MISSING*  *TERM* |
| ✓ | 16 STEVENS,GREGORY D | | 308 MCLANE GARDEN | SMYRNA,DE | 19977 | | 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 | 300 | *MISSING* |
| ✓ | 271 TINGLE,BERNARD L | | COLONIAL HOTEL ROOM 18 | SMYRNA,DE | 19977 | | 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 | 300 | *MISSING* |
| ✓ | 278 WAYMAN,DEREK J | | 231 NORTH MAIN STREET | SMYRNA,DE | 19977 | | 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 | 300 | *MISSING* |

Gary/Ron
Please get employees TO OK info QBal.   CTO be returned TO Ray ✓✓  6/17/04

T.U.

EMPLOYEE ADDRESS LISTING BY EMPL NAME

05/24/04 15:25 PAGE 1

RPT   30-3200 P T MORGAN PAPER CO INC

APPENDIX -16

**EXHIBIT**
I

D915

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | C.A.No.04-1304-KAJ |
| P.T. MORGAN PAPER COMPANY, an affiliate of P.T. MORGAN PACKAGING COMPANY, | : | |
| | : | |
| Defendant. | : | |

## DEFENDANT'S ANSWERS AND OBJECTIONS TO PLAINTIFF'S FIRST SET OF INTERROGATORIES

Defendant, by and through its attorneys, hereby objects to Plaintiff's First Set of Interrogatories Addressed to Defendant P.T. Morgan Paper Company ("Discovery") in accordance with the numbered paragraphs as set forth below. Defendant reserves the right to amend or supplement the responses contained herein as may be necessary or appropriate in the future.

Discovery has not concluded in this case. Defendant reserves the right to supplement its responses at a later time as discovery is completed.

## GENERAL OBJECTIONS

1.     Defendant objects generally to Discovery insofar as it requests information or documents which are subject to the attorney-client privilege, or which constitute trial preparation materials or attorney-client work product, or which are otherwise privileged or protected and not subject to discovery.

2.     Defendant objects generally to Discovery to the extent that it seeks information



EXHIBIT

-1-                                    APPENDIX -17

                      Operate Bandsaw and slitter
                      Band and wrap pad units for shipping
                      Signode Strapper
                      Forklift Driver
                      General Housekeeping and Preventive Maintenance on machines
                      Assist elsewhere as needed
          Supervisor: Gary Eberhard or Eugene Fox

Patrick Moore
          Band Saw Operator – Pad Operations
          Hired: 7-1-02
          Duties:        <u>Bandsaw Operator I</u>
                      Operate Bandsaw and slitter
                      Band and wrap pad units for shipping
                      Signode Strapper
                      Forklift Driver
                      General Housekeeping and Preventive Maintenance on machines
                      Assist elsewhere as needed
          Supervisor: Gary Eberhard or Eugene Fox

Bernard Tingle
          Baler Operator II
          Hired: 10/6/98
          Terminated: 10/11/99 – Excessive Absences
          Hired: 3/25/02
          Duties:        <u>Baler Operator II</u>
                      Baler Operator
                      Forklift Driver
                      Load baler feed line
                      Operate Slitter and Bandsaw
                      Band and wrap pad units for shipping
                      Signode Strapper
                      General Housekeeping and Preventive Maintenance on machines
                      Assist elsewhere as needed
          Supervisor: Gary Eberhard or Eugene Fox

     2. Identify by name and last known address, each individual who served as a Director of

Human Resources (including Acting Director of Human Resources), or in the capacity of Human

Resource Representative, at the P.T. Morgan Paper Company in Smyrna, Delaware, and the P.T.

Morgan Packaging Company in Severna Park, Maryland, from January 1, 2000 to the present;

state the time period the individual served as a Director of Human Resources, and the reason(s)

the person no longer holds that position.

**Answer:** Objection.  As explained above, P.T. Morgan Packaging Co. is a separate and

distinct corporation and legal entity.  Defendant P.T. Morgan Paper Co. is not able to speak,

answer or otherwise act on its behalf.

Subject to and without waiving the foregoing objections:

As to P.T. Morgan Paper Co. of Smyrna, DE, the person acting in the capacity of Human

Resources Director is as follows:

> From 1-1-2000 to 12-31-02:
> Eugene Fox
> 592 Lake Drive
> Smyrna, DE  19977
>
> Reason Mr. Fox is no longer Human Resources Director:  Resigned with notice to
> take an equity position with a company outside of the recycling industry.
>
> From 1-1-03 to Present:
> Gary Eberhard
> 6508 Millington Road
> Clayton, DE  19938

As to P.T. Morgan Packaging Co. of Severna Park, MD, the person acting in the capacity

of Human Resources Director is as follows:

> From 1-1-2000 to Present:
> James B. Morgan
> 525 Broadwater Road
> Arnold, MD 21012

3.  Identify by name, job title, and race the person(s) responsible for hiring, firing and

personnel matters at the P.T. Morgan Paper Company in Smyrna, Delaware and the P.T. Morgan

APPENDIX -19

Packaging Company in Severna Park, Maryland from January 1, 2000 to the present; state the time period the individual(s) served in this capacity, and the reason(s) the person no longer holds that position.

**Answer:** Objection. As explained above, P.T. Morgan Packaging Co. is a separate and distinct corporation and legal entity. Defendant P.T. Morgan Paper Co. is not able to speak, answer or otherwise act on its behalf.

Additionally, defendant does not keep track of its employees by race. However, defendant has endeavored to answer this question to the best of its ability.

Subject to and without waiving the forgoing objections:

As to P.T. Morgan Paper Co. of Smyrna, DE, the person(s) responsible for hiring, firing and personnel matters is as follows:

> 1-1-2000 to 12-31-02:
> Eugene Fox
> Race: White
> (see above for additional information)

> 1-1-03 to Present:
> Gary Eberhard
> Race: White
> (see above for additional information)

As to P.T. Morgan Paper Co. of Smyrna, DE, the person(s) responsible for hiring, firing and personnel matters is as follows:

> 1-1-2000 to Present:
> James B. Morgan
> Race: White
> (see above for additional information)

APPENDIX -20

**Answer:**

(A)  Other than the current charge, it has never been alleged that the P.T. Morgan Paper Co.

violated Title VII of the Civil Rights Act of 1964 and no prior claims or allegations of race

harassment and/or race discrimination have ever been made against them.

(B)  N/A

(C)  N/A


13.  State and identify each and every corporate officer(s) and/or director(s) at the P.T.

Morgan Paper Company located in Smyrna, Delaware and the P.T. Morgan Packaging Company

located in Severna Park, Maryland from 2000 to the present, including but not limited to

Defendant's president, vice-president (s), treasure(s), secretary, chief financial officer(s), chief

executive officer(s), and risk manager(s).

**Answer:**

The officers of the P.T. Morgan Paper Co., Smyrna, DE, are as follows:

> Peggy T. Morgan - President

> James B. Morgan - Vice President


The officers of the P.T. Morgan Packaging Company, Arnold, MD, are as follows:

> James B. Morgan - President

> Peggy T. Morgan - Vice President

> James B. Morgan - Treasurer

> Peggy T. Morgan - Secretary

-13-

P.T. Morgan Paper Co., of Smyrna, DE.  The actual payroll process is handled by a company "Payrolls by Paychex, Inc."

(B) Paychecks for P.T. Morgan Packaging Co., of Maryland are issued under the name of P.T. Morgan Packaging Co., of Maryland.  The actual payroll process is handled by a company "Payrolls by Paychex, Inc."

These separate companies also operate independently, have distinct products, own their own separate equipment, maintain separate financial records and payrolls, write separate checks and file separate tax returns, which have been provided to the plaintiff.


16.  Identify each person (including but not limited to persons listed in Defendant's Initial Disclosures) who was witness to, or who has or may have knowledge of, any occurrence, event, fact, or circumstance, either upon which your defense is founded or which relate or regard the allegations of the Complaint. Specify in detail what occurrence, event, fact, or circumstance each such person was a witness to or has knowledge of. Include last known addresses and phone numbers.

**Answer:** Objection.  Vague, overbroad, unduly burdensome and duplicative.  This information has already been provided to the EEOC.  Moreover, the question is a thinly veiled attempt to prematurely obtain the mental impressions, conclusions, opinions and/or legal theories of Defendant's counsel in violation of Fed.R.Civ.P. 26(b)(3).  In addition, discovery is just beginning and the record in this regard remains to be developed.  Depending on what the four purported class members claim at their depositions, co-workers may be used to impeach them.

-15-

remains to be developed.  Additionally, this request is beyond the scope of the discovery rules

and the pretrial procedures which will govern the preparation of the pretrial order.  In accordance

with the Federal Rules of Civil Procedure and the Local Rules of the District of Delaware, at the

time of the preparation of the pretrial order the trial exhibits, demonstrative evidence and trial

witnesses will be identified.  To the extent this question may be answered by expert testimony it

is premature under the Federal Rules of Civil Procedure and the scheduling order of this case.


As to Objections


THE NEUBERGER FIRM, P.A.

/s/ Thomas S. Neuberger
THOMAS S. NEUBERGER, ESQ. (#243)
STEPHEN J. NEUBERGER, ESQ.  (#4440)
Two East Seventh Street, Suite 302
Wilmington, DE 19801
(302) 655-0582
TSN@NeubergerLaw.com
SJN@NeubergerLaw.com

Attorneys for Plaintiffs

Dated: August 17, 2005

PT Morgan / Pleadings / Interrogatory Answer.final

Paper Board Meeting

2/23/01                                    Attending

1. Review 2000 notes                            Jim

2. Review P & L                                 Peggy

3. Comparison of this To Year State Fin         Cindy

4. Discussion of Need to Replace Online         Marianne
   Have Scores take back Baha

5. Discussion on upcoming his a Kraft Fmb

6. Playter moving part of Operation

7. Review increasing just System

8. Safety housekeeping and Workman's Comp.

9. Discuss proper crewing of back room

10. Need to run grow times on Waste Baha

11. Discussion of down a Mid Atlan. Fin Drums Slime

12. Discuss Succession in Comp m

13. Need to warehouse for System

**EXHIBIT**
K

APPENDIX -24

D922

Board of Directors Meeting Paper          ATTENDEES

2/21/02                                    JIM MORGAN

1  Review of Prior Meeting's notes          PEGGY MORGAN

2.  Discussion of 2001 Results              CYNTHIA MORGAN

3.  Comparison of 2001 vs 2002              MARIANNE MORGAN

4.  Decision to lease/option to buy help from SEC

5  Need for more trailers

6.  Development of Gaylord Seconds Business

7.  Discussion of past and second Seconds Business

8.  Discussion of Expanding Fiber Poultry shoe

9.  Need for another fork truck

10  Discussion of Succession in Company

11  Sin's interest in acquisition of Jot
    Lot Dealer (Drawing Paper.)

APPENDIX -25

D923

T-44

<u>BOARD OF DIRECTORS MEETING - PAPER</u>

3/3/03                              ATTENDING

1. Review last year's minutes            JIM MORGAN

2. Review 2002 P&L Results               PEGGY MORGAN

3. Compare 01 with 02                    CINDY-MOSS MORGAN

4. Gene's Resignation                    MARIANNE  MORGAN

5. Discuss Isaey's Hiring as General Manager

6. Discuss upcoming Kraft Contract

7. Need for more trailers because of trailer drops

8. Discussion of Doug's and Jerry's Performance and duties

9. Getting rid of Surplus Inventory

10. Succession In The Company

APPENDIX -26

D924

BOARD MEETING
PAPER COMPANY
3/4/04

JIM MORGAN

1. Review Prior year's minutes

PEGGY MORGAN

2. Review P&L for 2003

CINDY MORGAN

3. Discussion of Paper Company's Loss

MARIANNE

4. Discussion of Foot Direct Sales

5. Discussion of loss of Kraft Funds

6. Increase in pad business with PCA & Detlerage

7. Problems with employees in back room

8. EEOC

9. Need for more business, pads, Sick Boxes and poultry

10. Succession in company

2001 Packaging Board Meeting

7/22/01                                    Attendees

1. Review of Prior Minutes                 Jim Mangan

2. Talks about Last Year's Profit & Loss   Peggy Mangan

3. 2001 Versus 2000                        Cindy Mix

4. Bad Debt comparison                     Marianne P.

5. Review of Fred's Performance

6. Syphons

7. Review of Debt on cars

8. New Target account Projects

9. Peggy & Jim's Merit

10. Computerization - How working

11. Review of Succession In The Company

APPENDIX -28

D926

PACKAGING BOARD MINUTES

8/17/02                    ATTENDING:

1. Review of Price Increase                    JIM MORGAN

2. Comparison of Past two years                    PEGGY MORGAN

3. Bad Debt Expenses                    CINDY MOSS

4. For the backlog view of Business                    MARIANNE PERSICO

5. Supplies / Distribution

6. Target Account Review

7. Target Sales Interactions

8. Discussion of Pricing Issues

9. Discussion about Selling Gibbons / Garment Center Accounts

10. Evaluation & Development of current and new Vendors

11. How to get samples made cheaply and timely

12. The Company Brochure

13. Talk about Succession in Company

APPENDIX -29

BOARD OF DIRECTORS MEETING

8/22/02                                    Jim

                                           Peggy

1. Review Prior Minutes

                                           Marianne

2. Comparison 2002/2002

                                           Cindy

3. Discuss Feed and conversion to Conversion

4. Discussion of Gene's Resignation

5. Discussion of Dingo's Resignation

8. Hiring Gary - His background

9. Successful bar of bravada - The furthws conversion work?

10. Should we have booth at Fish and Poultry Show

11. Discussion of starting Retail Store To Sell Bugs

12. Jim, Peggy, Carolyn's Head

13. Regal volume and mix and changes

14. System discussion

15. Bulk Bag Business

APPENDIX -30

D928

BOARD MINUTES

8/16/04                                    ATTENDING

1.  Review of last year's minutes              PEGGY MORGAN

2.  Compare 03 to 04 - statements              JIM MORGAN

3.  Supplier list                              CINDY MORGAN

4.  Discussion on G.P. Poultry Bits & Ends

5.  Discussion of future Business

6.  Beginning of test and holding accounts

7.  Development of restructuring the way deposits are handled from Store, Poultry and Fill accounts

8.  Peggy, Jim's and Cindy's Health issues

9.  Discussion of Discounting versus 60 day terms

10.  Discussion of pricing structures

11.  Discussion of Cutting Costs with lower volume

12.  Succession in the Company

APPENDIX -31

D929

Board of Directors

9/16/05                          Jim Morgan

1  Review Prior minutes                    Peggy Morgan

2  Compare 2004 and 2005                   Marianne Persico

3  Problems with ESP and Sandvik

4  Qued to search for cheaper insurance + health insurance

5  Discuss problems of energy costs - Increase in trucking expense

6  Itemize things as much as we can

7  Discussion of Peggy's health

8  Discuss 401K Plan

9  Discussion of Bank of America Line of credit

10  Discussion of coming Xmas Holidays

11  Discuss Change of achet Managers

12  Loss of Regal and Consili, as Suppliers

13  Succession in The company

APPENDIX -32

D930

10/4/04 – Anthony Notes

We learned today from Jerry (who apparently learned from Aaron Walls) that Anthony has been by several times (at least 3) to talk to his cousins.

Rose was told by Jerry that Anthony did not come onto the property, but stayed outside of the building when he came by.

Anthony stopped by on Monday, 10/4, and apparently had also stopped by on 10/1, and once the previous week.

We are trying to determine exactly which dates Anthony stopped by.

Aaron knew because he works in the same department as Anthony's cousins, and saw him when he stopped by today.



D005

APPENDIX -33

√ OK

# EMPLOYMENT ELIGIBILITY VERIFICATION (Form I-9)

**1 EMPLOYEE INFORMATION AND VERIFICATION: (To be completed and signed by employee.)**

| Name: (Print or Type) Last | First | Middle | Birth Name |
|---|---|---|---|
| MOORE | ANTHONY | C | |

| Address: Street Name and Number | City | State | ZIP Code |
|---|---|---|---|
| 127 COLLIN AV. | SMYRNA | DE. | 19977 |

| Date of Birth (Month/Day/Year) | Social Security Number |
|---|---|
| 8.7.81 | |

I attest, under penalty of perjury, that I am (check a box):

☒ 1. A citizen or national of the United States.
☐ 2. An alien lawfully admitted for permanent residence (Alien Number A _____).
☐ 3. An alien authorized by the Immigration and Naturalization Service to work in the United States (Alien Number A _____ or Admission Number _____. Expiration of employment authorization, if any _____).

I attest, under penalty of perjury, the documents that I have presented as evidence of identity and employment eligibility are genuine and relate to me. I am aware that federal law provides for imprisonment and/or fine for any false statements or use of false documents in connection with this certificate.

| Signature | Date (Month/Day/Year) |
|---|---|
| | 11-17-03 |

**PREPARER/TRANSLATOR CERTIFICATION** (To be completed if prepared by person other than the employee). I attest, under penalty of perjury, that the above was prepared by me at the request of the named individual and is based on all information of which I have any knowledge.

| Signature | Name (Print or Type) |
|---|---|
| | |

| Address (Street Name and Number) | City | State | Zip Code |
|---|---|---|---|
| | | | |

**2 EMPLOYER REVIEW AND VERIFICATION: (To be completed and signed by employer.)**

Instructions:
Examine one document from List A and check the appropriate box, OR examine one document from List B and one from List C and check the appropriate boxes.
Provide the Document Identification Number and Expiration Date for the document checked.

| List A<br>Documents that Establish<br>Identity and Employment Eligibility | List B<br>Documents that Establish<br>Identity | and | List C<br>Documents that Establish<br>Employment Eligibility |
|---|---|---|---|
| ☐ 1. United States Passport<br>☐ 2. Certificate of United States Citizenship<br>☐ 3. Certificate of Naturalization<br>☐ 4. Unexpired foreign passport with attached Employment Authorization<br>☐ 5. Alien Registration Card with photograph | ☑ 1. A State-issued driver's license or a State-issued I.D. card with a photograph, or information, including name, sex, date of birth, height, weight, and color of eyes (Specify State) DE<br>☐ 2. U.S. Military Card<br>☐ 3. Other (Specify document and issuing authority) | | ☐ 1. Original Social Security Number Card (other than a card stating it is not valid for employment)<br>☐ 2. A birth certificate issued by State, county, or municipal authority bearing a seal or other certification<br>☐ 3. Unexpired INS Employment Authorization Specify form |
| Document Identification<br># | Document Identification<br># 1270059 | | Document Identification<br># bank card - VISA |
| Expiration Date (if any)<br># | Expiration Date (if any)<br>3/07/2006 | | # 4430 4900 1448<br>Expiration Date (if any)<br>8/06                1654 |

**CERTIFICATION:** I attest, under penalty of perjury, that I have examined the documents presented by the above individual, that they appear to be genuine and to relate to the individual named, and that the individual, to the best of my knowledge, is eligible to work in the United States.

| Signature | Name (Print or Type) | Title |
|---|---|---|
| | Bobbi Smith | Director |

| Established Name | Address | Date |
|---|---|---|
| | P.T. Morgan Posse | 11/19/03 |

Re-order Form #20400 From Amsterdam Printing and Litho Corp., Amsterdam, N.Y. 12010

U.S. Department of Justice
Immigration and Naturalization Service

also attached is
_____ marriage license

EXHIBIT

M

# EMPLOYMENT ELIGIBILITY VERIFICATION (Form I-9)

**1. EMPLOYEE INFORMATION AND VERIFICATION:** (To be completed and signed by employee.)

| Name: (Print or Type) Last | First | Middle | Birth Name |
|---|---|---|---|
| MOORE | PAT | D | |

| Address: Street Name and Number | City | State | ZIP Code |
|---|---|---|---|
| 106 Lawn Dr | Smyrna | DE | 19977 |

| Date of Birth (Month/Day/Year) | Social Security Number |
|---|---|
| July, 15 1982 (7-15-82) | (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) |

I attest, under penalty of perjury, that I am (check a box):

☒ 1. A citizen or national of the United States.
☐ 2. An alien lawfully admitted for permanent residence (Alien Number A _____ ).
☐ 3. An alien authorized by the Immigration and Naturalization Service to work in the United States (Alien Number A _____ or Admission Number _____ . Expiration of employment authorization, if any _____ ).

I attest, under penalty of perjury, the documents that I have presented as evidence of identity and employment eligibility are genuine and relate to me. I am aware that federal law provides for imprisonment and/or fine for any false statements or use of false documents in connection with this certificate.

| Signature | Date (Month/Day/Year) |
|---|---|
| Patrick moo | 11-13-03 |

**PREPARER/TRANSLATOR CERTIFICATION** (To be completed if prepared by person other than the employee.) I attest, under penalty of perjury, that the above was prepared by me at the request of the named individual and is based on all information of which I have any knowledge.

| Signature | Name (Print or Type) |
|---|---|
| | |
| Address (Street Name and Number) | City | State | Zip Code |

**2. EMPLOYER REVIEW AND VERIFICATION:** (To be completed and signed by employer.)

Instructions:
Examine one document from List A and check the appropriate box, OR examine one document from List B and one from List C and check the appropriate boxes. Provide the Document Identification Number and Expiration Date for the document checked.

| List A<br>Documents that Establish<br>Identity and Employment Eligibility | List B<br>Documents that Establish<br>Identity | and | List C<br>Documents that Establish<br>Employment Eligibility |
|---|---|---|---|
| ☐ 1. United States Passport | ☒ 1. A State-issued driver's license or a State-issued I.D. card with a photograph, or information, including name, sex, date of birth, height, weight, and color of eyes. (Specify State) DE | | ☐ 1. Original Social Security Number Card (other than a card stating it is not valid for employment) |
| ☐ 2. Certificate of United States Citizenship | | | ☒ 2. A birth certificate issued by State, county, or municipal authority bearing a seal or other certification |
| ☐ 3. Certificate of Naturalization | ☐ 2. U.S. Military Card | | |
| ☐ 4. Unexpired foreign passport with attached Employment Authorization | ☐ 3. Other (Specify document and issuing authority) | | ☐ 3. Unexpired INS Employment Authorization Specify form |
| ☐ 5. Alien Registration Card with photograph | | | |
| Document Identification<br># _____ | Document Identification<br># 9290782 | | Document Identification<br># State of Delaware |
| Expiration Date (if any) _____ | Expiration Date (if any) 7/18/2006 | | Expiration Date (if any) 16065565 |

**CERTIFICATION:** I attest, under penalty of perjury, that I have examined the document(s) presented by the above individual, that they appear to be genuine and to relate to the individual named, and that the individual, to the best of my knowledge, is eligible to work in the United States.

| Signature | Name (Print or Type) | Title |
|---|---|---|
| | Robbi Onim | Acting |
| Employer Name | Address | Date |
| JP Morgan Lour | | 11/19/03 |

Re-order Form #22400 From Amsterdam Printing and Litho Corp., Amsterdam, N. Y. 12010

U.S. Department of Justice
Immigration and Naturalization Service

APPENDIX -35

# EMPLOYMENT ELIGIBILITY VERIFICATION (Form I-9)

**1 EMPLOYEE INFORMATION AND VERIFICATION:** (To be completed and signed by employee.)

| Name (Print or Type) Last | First | Middle | Birth Name |
|---|---|---|---|
| TINGLE | BERNARD | Lovett | Bernard Lovett Tingle |

| Address: Street Name and Number | City | State | ZIP Code |
|---|---|---|---|
| East Commerce St | | Delaware | 19977 |

| Date of Birth (Month/Day/Year) | Social Security Number |
|---|---|
| 4-7-64 | 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 |

I attest, under penalty of perjury, that I am (check a box):

☑ 1. A citizen or national of the United States.
☐ 2. An alien lawfully admitted for permanent residence (Alien Number A _____ ).
☐ 3. An alien authorized by the Immigration and Naturalization Service to work in the United States (Alien Number A _____
or Admission Number _____ Expiration of employment authorization, if any _____ ).

I attest, under penalty of perjury, the documents that I have presented as evidence of identity and employment eligibility are genuine and relate to me. I am aware that federal law provides for imprisonment and/or fine for any false statements or use of false documents in connection with this certificate.

| Signature | Date (Month/Day/Year) |
|---|---|
| Bernard Lovett Tingl | Nov-13-03 |

**PREPARER/TRANSLATOR CERTIFICATION** (To be completed if prepared by person other than the employee). I attest, under penalty of perjury, that the above was prepared by me at the request of the named individual and is based on all information of which I have any knowledge.

| Signature | Name (Print or Typed) |
|---|---|
| | |

| Address (Street Name and Number) | City | State | Zip Code |
|---|---|---|---|
| | | | |

**2 EMPLOYER REVIEW AND VERIFICATION:** (To be completed and signed by employer.)

Instructions:
Examine one document from List A and check the appropriate box. OR examine one document from List B and one from List C and check the appropriate boxes. Provide the Document Identification Number and Expiration Date for the document checked.

| List A<br>Documents that Establish<br>Identity and Employment Eligibility | List B<br>Documents that Establish<br>Identity | and | List C<br>Documents that Establish<br>Employment Eligibility |
|---|---|---|---|
| ☐ 1. United States Passport<br>☐ 2. Certificate of United States Citizenship<br>☐ 3. Certificate of Naturalization<br>☐ 4. Unexpired foreign passport with attached Employment Authorization<br>☐ 5. Alien Registration Card with photograph | ☑ 1. A State-issued driver's license or a State-issued I.D. card with a photograph, or information, including name, sex, date of birth, height, weight, and color of eyes (Specify State) DE<br>☐ 2. U.S. Military Card<br>☐ 3. Other (Specify document and issuing authority) | | ☐ 1. Original Social Security Number Card (other than a card stating it is not valid for employment)<br>☑ 2. A birth certificate issued by State, county, or municipal authority bearing a seal or other certification<br>☐ 3. Unexpired INS Employment Authorization Specify form |
| Document Identification<br># <br>Expiration Date (If any) | Document Identification<br># 12 9239007<br>Expiration Date (If any)<br>4/07/2001 | | Document Identification<br># 10552<br>Expiration Date (If any) |

**CERTIFICATION:** I attest, under penalty of perjury, that I have examined the documents presented by the above individual, that they appear to be genuine and to relate to the individual named, and that the individual, to the best of my knowledge, is eligible to work in the United States.

| Signature | Name (Print or Type) | Title |
|---|---|---|
| | Robbi Smith | Security |
| Employer Name | Address | Date |
| P.T. Morgan Paper | | 11/17/03 |

Re-order Form #20400 From Amsterdam Printing and Litho Corp., Amsterdam, N. Y. 12010

U.S. Department of Justice
Immigration and Naturalization Service

CONFIDENTIA
**Attorney's Eyes O**

## EMPLOYMENT ELIGIBILITY VERIFICATION (Form I-9)

**1** EMPLOYEE INFORMATION AND VERIFICATION: (To be completed and signed by employee.)

| Name: (Print or Type) Last | First | Middle | Birth Name |
|---|---|---|---|
| ████████ | DOUG. | L | |

| Address: Street Name and Number | City | State | ZIP Code |
|---|---|---|---|
| 1067 TOWER RD | | WYOMING DE | 19934 |

| Date of Birth (Month/Day/Year) | Social Security Number |
|---|---|
| 5 14 41 | 192 32 1899 |

I attest, under penalty of perjury, that I am (check a box):

- [X] 1. A citizen or national of the United States.
- [ ] 2. An alien lawfully admitted for permanent residence (Alien Number A _____ ).
- [ ] 3. An alien authorized by the Immigration and Naturalization Service to work in the United States (Alien Number A _____ or Admission Number _____ Expiration of employment authorization, if any _____ ).

I attest, under penalty of perjury, the documents that I have presented as evidence of identity and employment eligibility are genuine and relate to me. I am aware that federal law provides for imprisonment and/or fine for any false statements or use of false documents in connection with this certificate.

| Signature | Date (Month/Day/Year) |
|---|---|
| Douglas Woolworth | 11-13-03 |

PREPARER/TRANSLATOR CERTIFICATION (To be completed if prepared by person other than the employee). I attest, under penalty of perjury, that the above was prepared by me at the request of the named individual and is based on all information of which I have any knowledge.

| Signature | Name (Print or Type) |
|---|---|
| | |

| Address (Street Name and Number) | City | State | Zip Code |
|---|---|---|---|
| | | | |

**1** EMPLOYER REVIEW AND VERIFICATION: (To be completed and signed by employer.)

Instructions:
Examine one document from List A and check the appropriate box. OR examine one document from List B and one from List C and check the appropriate boxes. Provide the Document Identification Number and Expiration Date for the document checked.

| List A | List B | List C |
|---|---|---|
| Documents that Establish Identity and Employment Eligibility | Documents that Establish Identity and | Documents that Establish Employment Eligibility |
| [ ] 1. United States Passport | [X] 1. A State-issued driver's license or a State-issued I.D. card with a photograph, or information, including name, sex, date of birth, height, weight, and color of eyes. (Specify State) DE | [ ] 1. Original Social Security Number Card (other than a card stating it is not valid for employment) |
| [ ] 2. Certificate of United States Citizenship | | [ ] 2. A birth certificate issued by State, county, or municipal authority bearing a seal or other certification |
| [ ] 3. Certificate of Naturalization | [ ] 2. U.S. Military Card | |
| [ ] 4. Unexpired foreign passport with attached Employment Authorization | [ ] 3. Other (Specify document and issuing authority) | [ ] 3. Unexpired INS Employment Authorization Specify form |
| [ ] 5. Alien Registration Card with photograph | | Air Force I D card |
| Document Identification | Document Identification | Document Identification |
| # | # 41340 | # 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 |
| Expiration Date (if any) | Expiration Date (if any) 5/14/2005 | Expiration Date (if any) Indef |

CERTIFICATION: I attest, under penalty of perjury, that I have examined the documents presented by the above individual, that they appear to be genuine and to relate to the individual named, and that the individual, to the best of my knowledge, is eligible to work in the United States.

| Signature | Name (Print or Type) | Title |
|---|---|---|
| W Smith | Todd Smith | Acting |
| Employer Name P.T. Morgan Vann | Address | Date 11/17/03 |

Re-order Form #20400 From Amsterdam Printing and Litho Corp., Amsterdam, N. Y. 12010

U.S. Department of Justice
Immigration and Naturalization Service

APPENDIX -37

## EMPLOYMENT ELIGIBILITY VERIFICATION (Form I-9)

**1  EMPLOYEE INFORMATION AND VERIFICATION:** (To be completed and signed by employee.)

| Name: (Print or Type) Last | First | Middle | Birth Name |
|---|---|---|---|
| MOORE | PAT | D | |

| Address: Street Name and Number | City | State | ZIP Code |
|---|---|---|---|
| 106 Lawn Dr | Smyrna | DE | 19977 |

| Date of Birth (Month/Day/Year) | Social Security Number |
|---|---|
| July 18 1982 (7-18-82) | (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) |

I attest, under penalty of perjury, that I am (check a box):

- ☒ 1. A citizen or national of the United States.
- ☐ 2. An alien lawfully admitted for permanent residence (Alien Number A _____ ).
- ☐ 3. An alien authorized by the Immigration and Naturalization Service to work in the United States (Alien Number A _____ or Admission Number _____ Expiration of employment authorization, if any _____ ).

I attest, under penalty of perjury, the documents that I have presented as evidence of identity and employment eligibility are genuine and relate to me. I am aware that federal law provides for imprisonment and/or fine for any false statements or use of false documents in connection with this certificate.

| Signature | Date (Month/Day/Year) |
|---|---|
| Patrick Moore | 11-13-03 |

**PREPARER/TRANSLATOR CERTIFICATION** (To be completed if prepared by person other than the employee.) I attest, under penalty of perjury, that the above was prepared by me at the request of the named individual and is based on all information of which I have any knowledge.

| Signature | Name (Print or Type) |
|---|---|
| | |

| Address (Street Name and Number) | City | State | Zip Code |
|---|---|---|---|
| | | | |

**2  EMPLOYER REVIEW AND VERIFICATION:** (To be completed and signed by employer.)

Instructions:

Examine one document from List A and check the appropriate box, OR examine one document from List B and one from List C and check the appropriate boxes. Provide the Document Identification Number and Expiration Date for the document checked.

| List A — Documents that Establish Identity and Employment Eligibility | List B — Documents that Establish Identity and | List C — Documents that Establish Employment Eligibility |
|---|---|---|
| ☐ 1. United States Passport | ☒ 1. A State-issued driver's license or a State-issued I.D. card with a photograph, or information, including name, sex, date of birth, height, weight, and color of eyes. (Specify State) DE | ☐ 1. Original Social Security Number Card (other than a card stating it is not valid for employment) |
| ☐ 2. Certificate of United States Citizenship | ☐ 2. U.S. Military Card | ☒ 2. A birth certificate issued by State, county, or municipal authority bearing a seal or other certification |
| ☐ 3. Certificate of Naturalization | ☐ 3. Other (Specify document and issuing authority) | |
| ☐ 4. Unexpired foreign passport with attached Employment Authorization | | ☐ 3. Unexpired INS Employment Authorization Specify form |
| ☐ 5. Alien Registration Card with photograph | | |
| Document Identification # | Document Identification # 9290782 | Document Identification # State of Delaware |
| Expiration Date (if any) | Expiration Date (if any) 7/18/2006 | Expiration Date (if any) HS065560 |

**CERTIFICATION:** I attest, under penalty of perjury, that I have examined the documents presented by the above individual, that they appear to be genuine and to relate to the individual named, and that the individual, to the best of my knowledge, is eligible to work in the United States.

| Signature | Name (Print or Type) | Title |
|---|---|---|
| Mott | Robb Daim | Acting |
| Employer Name J.P. Morgan Chase | Address | Date 11/17/03 |

Re-order Form #20400 From Amsterdam Printing and Litho Corp., Amsterdam, N. Y. 12010

U.S. Department of Justice
Immigration and Naturalization Service

# P. T. Morgan Packaging Company
### CORRUGATED BOXES * GAYLORDS * FIBERS
P. O. BOX 533
SEVERNA PARK, MARYLAND 21146

(410) 544-7733
FAX (410) 544-7738
morganpkg@aol.com

## FAX COVER LETTER

TO: _Mr. Anthony Moore._

FROM: _P.T. Morgan Paper_
PT Morgan Packaging

DATE: _1.30.02_

This transmission has _2_ page(s) (including cover page)

MESSAGE:

_Here you go!_

_PERSONAL_

EXHIBIT
_N_

D014

APPENDIX -39

D015

Copy of Reference Copy.

Singer Andrews
410-544-7733 EXT 7

**Form W-2 Wage and Tax Statement 2001**

EMPLOYER REFERENCE COPY — DO NOT FILE

Department of the Treasury – Internal Revenue Service
OMB No. 1545-0008

a Control number  0030-3200  000035-000300  Void

b Employer's identification number  51-0270860

c Employer's name, address, and ZIP code
P T MORGAN PAPER CO INC
525 BROADWATER RD
ARNOLD MD 21012

d Employee's social security number  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

e Employee's name, address, and ZIP code
ANTHONY C MOORE JR
127 COLLINS AVE
SMYRNA DE 19977

| Box | Description | Amount | Box | Description | Amount |
|---|---|---|---|---|---|
| 1 | Wages, tips, other compensation | 12446.38 | 2 | Federal income tax withheld | 1485.21 |
| 3 | Social security wages | 12446.38 | 4 | Social security tax withheld | 771.68 |
| 5 | Medicare wages and tips | 12446.38 | 6 | Medicare tax withheld | 180.48 |
| 7 | Social security tips | | 8 | Allocated tips | |
| 9 | Advance EIC payment | | 10 | Dependent care benefits | |
| 11 | Nonqualified plans | | | | |

15 State  DE   Employer's state I.D. No.  1-510270860-001   16 State wages, tips, etc.  12446.38   17 State income tax  255.87   18 Local wages, tips, etc.   19 Local income tax   20 Locality name

13 Statutory employee   14 Other

12 See instrs. for Box 12

APPENDIX -40