## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,** | ) |
| | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) **CIVIL ACTION NO. 04-1304 (KAJ)** |
| **v.** | ) |
| | ) |
| **P.T. MORGAN PAPER CO., affiliated with** | ) |
| **P.T. MORGAN PACKAGING COMPANY,** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

## APPENDIX TO
## PLAINTIFF EEOC'S ANSWERING BRIEF IN OPPOSITION TO
## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT
## and
## PLAINTIFF EEOC'S BRIEF IN SUPPORT OF ITS
## CROSS MOTION FOR SUMMARY JUDGEMENT
## (PART B)

**EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**JACQUELINE H. MCNAIR, REGIONAL ATTORNEY**
**JUDITH O'BOYLE, SUPERVISORY TRIAL ATTORNEY**
**M. JEAN CLICKNER, SENIOR TRIAL ATTORNEY**
Equal Employment Opportunity Commission
Liberty Center, Suite 300
1001 Liberty Avenue
Pittsburgh, PA 15222
(412) 644-6439

Local Counsel:

**UNITED STATES ATTORNEY**
**DISTRICT OF DELAWARE**
**SETH M. BEAUSANG, ASST. U.S. ATTORNEY**
The Nemours Building
1007 Orange Street, Suite 700
Wilmington, Delaware 19899

Dated: January 6, 2006

Del. Bar ID No. 4071
(302) 573-6277

| | **Document** | **Appendix Page** |
|---|---|---|
| **Ex. A** | P.T. Morgan Packaging Co. employee flow chart | 1 |
| **Ex. B** | P.T. Morgan Paper Co. employee flow chart | 2 |
| **Ex. C** | Letter from MAMSI Health Plan to P.T. Morgan Paper Co. | 3 |
| **Ex. D** | Workers Compensation Payroll Report - P.T. Morgan Packaging Co. | 6 |
| **Ex. E** | Warwick Enterprises Invoice | 7 |
| **Ex. F** | Letter from P.T. Morgan Packaging Co. to Hartford Insurance | 9 |
| **Ex. G** | Selected documents between P.T. Morgan Packaging Co. and insurance companies | 12 |
| **Ex. H** | MAMSI Health Plan Notice of Amount Due to P.T. Morgan Paper Co. | 15 |
| **Ex. I** | List of Employees - P.T. Morgan Paper Co. | 16 |
| **Ex. J** | Defendant's Answers and Objections to Plaintiff's First Set of Interrogatories | 17 |
| **Ex. K** | Group of Board of Directors' meeting notes | 24 |
| **Ex. L** | Note from personnel file of Anthony Moore (10/04/04) | 33 |
| **Ex. M** | Employment Eligibility Verification (group of documents) | 34 |
| **Ex. N** | Fax from P.T. Morgan Paper on P.T. Morgan Packaging fax cover sheet | 39 |
| **Ex. O** | Fax from P.T. Morgan Packaging to Bob - Paychex | 41 |
| **Ex. P** | Letter from Gary Eberhard to Carlyle Moore (3/11/05) | 45 |
| **Ex. Q** | P.T. Morgan Paper Co.'s Memo: Bonus & Salary Adjustment 2001-2002 | 46 |
| **Ex. R** | P.T. Morgan Paper Co.'s anti-harassment policy (8/31/04) | 47 |

i

| | | |
|---|---|---|
| **Ex. S** | Letter from James Morgan to Eugene Fox (3/19/87) | 49 |
| **Ex. T** | Memo re: Attendance Rules and Regulations | 50 |
| **Ex. U** | Verification of Employment forms (group) | 53 |
| **Ex. V** | Memo from P.T. Morgan Packaging to Paychex | 68 |
| **Ex. W** | Vacation time computation for Doug [Goodermuth] | 70 |
| **Ex. X** | Memo from P.T. Morgan Packaging to Paychex | 71 |
| **Ex. Y** | Fax from P.T. Morgan Packaging to Paychex | 72 |
| **Ex. Z** | Group of personnel documents for P.T. Morgan Paper employees | 73 |
| **Ex. AA** | Handwritten note re: personnel matter for Carlyle Moore | 87 |
| **Ex. BB** | Letter from P.T. Morgan Paper Co. to AFLAC (2/8/05) | 88 |
| **Ex. CC** | Morgan Stanley documents for P.T. Morgan Paper Co. | 89 |
| **Ex. DD** | Defendant's Response to Plaintiff's Third and Fourth Sets of Requests for Production of Documents (selected pages) | 93 |
| **Ex. EE** | Defendant's Response to Plaintiff's Third and Fourth Sets of Interrogatories (selected pages) | 96 |
| **Ex. FF** | D&B Business Information Report: Morgan, PT Packaging Company, Inc. | 104 |
| **Ex. GG** | Commission's Request for Admissions (First Set) and Defendant's Responses (selected portion) | 114 |
| **Ex. HH** | Second Quarter 1998 Tax filing for P.T. Morgan Paper Co. | 117 |
| **Ex. II** | Simple IRA forms - Name of Employer: P.T. Morgan Packaging Co. & P.T. Morgan Paper Co. | 119 |
| **Ex. JJ** | P.T. Morgan Packaging - IRA contribution flow chart | 126 |
| **Ex. KK** | P.T. Morgan Paper - IRA contribution flow chart | 131 |

**Ex. LL**      Gary Eberhard's Application for Employment                                              135

**Ex. MM**      Gary Eberhard's Job Description                                                        138

**Ex. NN**      Eugene Fox's bonus chart                                                               140

**Ex. OO**      Employment Eligibility Form                                                            141

**Ex. PP**      Affidavit of Mark Maddox                                                               143

**Ex. QQ**      Affidavits of Carlyle Moore, Patrick Moore and Bernard Tingle                          145

**Ex. RR**      Affidavit of Anthony Moore                                                             148

**Ex. RR-1**    Affidavit of M. Jean Clickner                                                          150

**Ex. SS**      Defendant's Response to the Plaintiff's Second Set of Interrogatories
                and Request for Production of Documents, selected pages                                151

# P. T. Morgan Packaging Company
### CORRUGATED BOXES • GAYLORDS • FIBERS
**P. O. BOX 533**
**SEVERNA PARK, MARYLAND 21146**

(410) 544-7733
FAX (410) 544-7738

## FAX COVER LETTER

TO: _BOB_
_Paychex_

FROM: _Ginger_
**PT Morgan Packaging**

DATE: _11-14-01_

This transmission has _3_ page(s) (including cover page)

MESSAGE:
_CODE   3200_

_FOR DIRECT   DEPOSIT_

EXHIBIT
bbbbs

D018

11/13/2001  10:06    302-653-8264              MORGAN PAPER CO                    PAGE  01

# PAYCHEX  *Employee Direct Deposit & Access Card Application*

## Employee Instructions:
1. Complete the employee required information section.
2. Complete the Direct Deposit, Access Card, or both sections to specify where you want your pay deposited.
3. Sign the bottom of the form.
4. Retain a copy of this form. Return the original to your employer.

## Employer Instructions:
1. Complete the employer required information section to the right.
2. Return this *original* form to your local Paychex office (no copies or faxes, please).

**PLEASE PRINT**
Employee Name __Anthony C Moore Jr__
Social Security No. __222 70 0678__
Preferred Language  ☒ English  ☐ Spanish

**PLEASE PRINT**
Client Name __P.T. Morgan Paper Co, Inc__
Branch/Client No. __0030/ 3200__
Federal ID No. __51-0270860__

---

**I would like my wages/salary deposited to the following bank account(s):**

☒ Checking                                          ☐ Savings
Bank Name __PNC Bank__                              Bank Name _____
*(Attach only a void check, bank letter, or specification sheet. Deposit tickets not accepted.)*    *(Attach only a bank letter or specification sheet. Deposit tickets not accepted.)*
I wish to deposit (check one):                      I wish to deposit (check one): __
☒ Entire Net Pay                                    ☐ Entire Net Pay
☐ ____ % of Net                                     ☐ ____ % of Net
☐ Specific Dollar Amount $_____.00             ☐ Specific Dollar Amount $_____.00

---

I would like my wages/salary deposited to an Access Card account. I agree to the terms and conditions of the Paychex Access Card Program (including the $2.00 monthly maintenance fee and the $1.50 per ATM withdrawal fee) as set forth in the materials received by me with this application, or to be received by me prior to my use of the Access Card.
I wish to deposit (check one):
☐ Entire Net Pay          ☐ ____ % of Net          ☐ Specific Dollar Amount $_____.00

Please print the address where the Access Card statements should be mailed.

Street Address _____ Apt. # _____
City _____ State ____ Zip _____
Home Phone No. ( ___ ) ___ - ____  Date of Birth __ / __ / __  Mother's Maiden Name _____

☐ Additional Card Requested.    Additional Card Holder Name _____
                                Additional Card Holder Social Security No. ___ / __ / ____

---

**PAYCHEX LEGEND**

I hereby authorize my employer, __P.T. Morgan Paper Co, Inc__ (hereinafter COMPANY), to deposit any amounts owed me by initiating credit entries to my account at the financial institution (hereinafter BANK) indicated above. Further, I authorize BANK to accept and to credit any credit entries indicated by COMPANY to my account. In the event that COMPANY deposits funds erroneously into my account, I authorize COMPANY to debit my account for an amount not to exceed the original amount of the erroneous credit.

For my convenience, I request that Paychex, Inc. (hereinafter Paychex) directly deposit my wages/salary earned from my employer, into my bank account. I understand that deposit of my earnings into my account by Paychex may be an advance of funds on behalf of my employer, which is subject to the successful collection of these funds by Paychex from my employer's bank. If, within 30 days of Paychex making the deposit into my account, my employer does not make available to Paychex the funds thus advanced to make the deposit into my account, I authorize Paychex to charge my account to recover said advance. I agree to hold Paychex harmless from loss and to indemnify it, limited to the amount of the deposit.

Any dispute arising out of or in connection with this agreement, if not otherwise resolved, shall be determined by arbitration in Rochester, New York, in accordance with the Rules of the American Arbitration Association, and it is the expressed desire of both parties that the prevailing party be awarded costs and attorney's fees and that the award be entered as a judgment in any jurisdiction in which the non-prevailing party does business.

This authorization is to remain in full force and effect until COMPANY and BANK have received written notice from me of its termination in such time and in such manner as to afford COMPANY and BANK a reasonable opportunity to act on it.

Employee Signature _____ Date __11 / 13 / 01__   Return this original form to your employer

APPENDIX -42

D019



APPENDIX -43

# MESSAGE CONFIRMATION

11/14/01  14:06
ID=MORGAN PACKAGING CO

| DATE | S.R-TIME | DISTANT STATION ID | MODE | PAGES | RESULT | |
|------|----------|--------------------|------|-------|--------|--|
| 11/14 | 01'34" | 4105817770 | CALLING | 03 | OK | 0000 |

APPENDIX -44

D021

# P. T. MORGAN PAPER CO., INC.
### 33 EAST SOUTH STREET
### SMYRNA, DE 19977

**ACCOUNTING**
P O BOX 5011
SEVERNA PARK, MD 21146
PHONE 410-544-7733
FAX    410-544-7738

**WAREHOUSE**
P O BOX 147
SMYRNA, DE 19977
302-653-5008
302-653-0264

March 11, 2005

Carlyle E. Moore
P O Box 182
Smyrna, DE  19977

Dear Mr. Moore:

On March 11, 2005, at approximately 9:30 AM, you were instructed by your Team Leader, Jerry Broussard, to go back to work on the Band Saw, however, you did not follow his instructions and became argumentative, using profanity and being totally disruptive.  You were then told by your Team Leader to clock out and not return to work that day, yet you did return after the morning break, at approximately 10:15 AM.  At that time Doug Goodermuth instructed you that, per Mr. Morgan, you were suspended indefinitely, and you were asked to leave the building.  You did not; therefore the local police department was called in to escort you off of the property.  You were instructed not to return until you have talked to either Mr. Morgan or Gary Eberhard.

Gary Eberhard
General Manager
P T Morgan Paper Co.

*has an appointment*
*to meet with*
*Gary on 3-17-05*
*@ 10AM*



EXHIBIT
tabbies
_P_

D078

CONFIDENTIA
Attorney's Eyes O

# Morgan Paper Memo

**To:**    Jim

**From:**  Gene

**Date:**  December 10, 2001

**Re:**    Bonus & Salary Adjustment 2001-2002

I propose the following:

| Employee | Bonus | Old Salary | New Salary |
|----------|-------|------------|------------|
| Jerry Broussard | | | |
| Earnest Freeman | | | |
| Roy James | | | |
| Anthony Moore | | | |
| Doug Goodermuth | | | |
| Gregg Stevens | | | |
| Zachary Cannon | | | |





EXHIBIT

APPENDIX -46

D329

CONFIDENTIA
Attorney's Eyes O₁



# P. T. MORGAN PAPER CO., INC.

**33 EAST SOUTH STREET**
**SMYRNA, DE 19977**

**ACCOUNTING**
P O BOX 5011
SEVERNA PARK, MD 21146
PHONE 410-544-7733
FAX    410-544-7738

**WAREHOUSE**
P O BOX 147
SMYRNA, DE 19977
302-653-5008
302-653-0264

August 31, 2004

**TO ALL EMPLOYEES:**

It is P.T. Morgan Paper Co.'s policy to provide equal employment opportunities to all applicants and employees, and to administer ongoing employment matters in a manner that does not discriminate on the basis of race, color, religion, ancestry, national origin, sex age, marital status, or disability that does not prohibit the performance of essential job
functions.

P.T. Morgan Paper Co. employee intends to provide a workplace that is free from intimidation, hostility, or other offenses, which may interfere with work performance. Harassment of any sort – verbal, physical, visual, etc. – will not be tolerated and may be cause for disciplinary action up to and including termination.

**WHAT IS HARASSMENT?** – Harassment can take may forms, including, but not limited to, words, signs, jokes, pranks, intimidation, physical contact, or violence. Sexual harassment may include unwelcome sexual advances, requests for sexual favors, other verbal or physical contact which creates an intimidating work environment, prevents an employee from effectively performing the duties of their position, or when such conduct is made a condition of employment or compensation (either explicitly or implicitly). Note that harassment need not be sexual in nature, but can be based on any of the factors listed above.

**REPORTING** – As a P.T. Morgan Paper Co. employee it is your responsibility to help keep our workplace free of harassment and/or discrimination. Any employee who becomes aware of an incident must report it immediately to their supervisor, or to an officer of the company with whom they feel comfortable (including the company President). When P.T. Morgan Paper Co. becomes aware of an incident of harassment or discrimination it will take immediate action to investigate and resolve the situation. Failure to report such incidents may be cause for disciplinary action, up to and including termination.

**INVESTIGATION** – P.T. Morgan Paper Co. will immediately investigate all reports of alleged harassment or discrimination. Any such investigation will be kept strictly confidential to protect all employees involved, and all employees are expected to maintain this level of confidentiality.



EXHIBIT

APPENDIX -47

CONFIDENTIA
Attorney's Eyes O

P.T. Morgan Paper Co. will not, and will not tolerate in its employees, retaliation against any employee who makes a good faith report of alleged harassment or discrimination, even if the employee was in error.

P.T. Morgan Paper Co. accepts no liability for harassment or discrimination of one employee or another.  Any individual, who in any way harasses or discriminates against a fellow employee, is personal liable for the consequences of their actions.  P.T. Morgan Paper Co. will not provide financial, legal or other assistance to any employee accused of harassment or discrimination if a legal complaint is filed.

*James B. Morgan*

James B. Morgan
Executive Vice President

Signature of Employee & Date        09·01·0(

APPENDIX -48

CONFIDENTIAL
Attorney's Eyes Only

# P.T. Morgan Paper Company

Recycled Fibers • Packaging Materials

33 East South Street
Smyrna, Delaware 19977

DEL (302) 653-5008
MD (301) 987-9535

March 19, 1987

Mr. Eugene ▮▮▮
P.T. Morgan Paper Company
P.O. Box 147
Smyrna, DE  19977

Subject: Use of Company Car

Dear Gene:

As per our discussion of last Wednesday, because of I.R.S. rules, the
1980 Cadillac may only be used on Company business.

If there are any questions concerning this policy, please give me a call.

Best regards,

*Jim*

James B. Morgan
Executive Vice President

JBM:jm



EXHIBIT

APPENDIX -49

D425

# Morgan Paper Memo

**To:** All Employees

**From:** GARY EBERHARD
GENERAL MANAGER

**Date:** January 1, 1997

**Re:** Attendance Rules and Regulations

( From *Loss 3/28/05*)

This memo is a copy of our policy on attendance requirements at P. T. Morgan Paper Company.

Please read it and adhere to it.

**You must speak to someone in the office if you will be absent, or you are going to be late.**

**The number is 653-5008.**

## Attendance

An excused absence is an absence in which the reason for the absence is valid, in the judgment of your supervisor. In the case of family illness, your immediate family only (those that live with you) is an excused absence. In case of personal business, it must be planned and requested at least 3 days in advance. Six personal business leave days (non paid) are allowed per year. More than that will be deemed excessive and unexcused.

An unexcused absence is an absence for which you have not provided an acceptable reason or have not notified your supervisor.

If you are absent for more than three consecutive working days without appropriately contacting your immediate supervisor and do not have a medical release form allowing you to return, you are considered to have voluntarily abandoned your job and you are separated from employment.

Unscheduled and unexcused absences that might be interpreted as "abuse" could be: regularly "calling in sick" on Mondays or Fridays, or on the day after payday. If a review of your attendance record shows a pattern like this, your absence will be unexcused.

If you are unexcused more than twice in any 30 day period of time, you will receive a written warning and placed on probation for a period of 60 days. Any unexcused absence within that probation may result in your termination.



EXHIBIT

APPENDIX -50

## Holidays and Vacation

You must work the full day before and after any holiday in order to be paid for that holiday. You must work the full day before and after your scheduled vacation or you will receive an unexcused absence.

## Full Time and Part Time Employment Status

In order to be considered a full time employee you must work an average of 36 hours per week, excluding overtime. Part time employees receive no vacation time or holiday time.

## Arriving Late, Leaving Early

You are responsible for being punctual and exhibiting consistent attendance.

If you are more than 5 minutes late either for work, lunch, or break you will be docked ¼ hour for each ¼ hour you are late.

If you are late more than 3 times in any month, you will be docked ½ hour for each occurrence.

If you are consistently late, (two consecutive months of more than 5 late occurrences), you will receive a written warning and you will be placed on probation for 60 days. Any late times during probation will result in a three day suspension without pay. Further violations may result in your dismissal.

If you leave early without a valid excuse, the following applies:

If you leave after 2:30 p.m. to fifteen minutes before closing you will be paid until noon of that day;

If you leave after lunch to afternoon break you will be paid to 10:00 a.m. and marked as having one half day unexcused absence;

If you leave any time up to and including not returning from lunch you will be docked the entire day and marked as having one unexcused absence.

If you leave the building during your regular work hours and are not on an errand for the company, you must punch out when you leave and punch back in when you return. There are no excuses or exceptions for this.

**Remember, You are my most valuable asset when you are here, and you are my most serious liability when you are expected to be here and are not.**

APPENDIX -51

## PACKAGING AND PAPER HOLIDAYS

| PAPER CO. | PACKAGING CO |
|---|---|
| NEW YEAR'S DAY | NEW YEAR'S DAY |
| GOOD FRIDAY | GOOD FRIDAY |
| MEMORIAL DAY | MEMORIAL DAY |
| JULY 4TH | JULY 4TH |
| LABOR DAY | LABOR DAY |
| THANKSGIVING | THANKSGIVING |
| DAY AFTER THANKSGIVING | DAY AFTER THANKSGIVING |
| | CHRISTMAS EVE |
| CHRISTMAS DAY | CHRISTMAS DAY |
| | NEW YEAR'S EVE |

PKG&PPRHOLIDAY

APPENDIX -52

04/25/2001  09:07  302-653-0264          MORGAN PAPER CO                    PAGE  01

**DELAWARE HEALTH
AND SOCIAL SERVICES**
DIVISION OF SOCIAL SERVICES

**VERIFICATION OF
EMPLOYMENT**

TO: _P. T. Morgan_

DATE: _04/10/01_
Case Head: _Anthony Mare, Jr._
Case Number: _3001009536_
RE: _Anthony Mare Jr._
SS #: _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_

**Dear Employer:**

Our Division is trying to make a determination of eligibility for the above named individual. Please complete the information requested below, so we can make our eligibility determination. The authorization to give information is signed below. Please return to our DSS address below. Your cooperation is appreciated. If there are any questions, please call me.

Sincerely,

_Reed Jones_

Social Worker, Division of Social Services
Phone #: _____  Fax #: _739-2124_

DSS Office Address:
DIVISON OF SOCIAL SERVICES
CARROLL'S PLAZA SUITE 102
DOVER, DE 19901
ATTN. REED JONES
PHONE 739-4437 FAX 739-2124

---

Employee Position _Warehouse Labor_          Date Employment started _2/05/01_
Date First Pay _2/9/01_     Average Hours Per Week _34.10_  Hourly Wage _$7.00_

How often paid: (Please Check)    ☒ Weekly  ☐ Every Two Weeks  ☐ Bi-Monthly  ☐ Monthly

Receiving the Following Benefits (Please Check)   ☐ Sick/FMLA  ☐ Workman's Compensation  ☐ Lost Wages
                                                   ☐ Disability  ☐ Vacation
Amount Benefits Receiving: _____
Employer Provides Health Insurance:  ☐ Yes  ☒ No   Premium per Pay Period _____
Date Employment Terminated: _____   Is re-employment likely? _____
Reason for Termination? _____

Please provide wage information for the following period of Employment:   From: _3/10/01_  To: _4/21/01_
*** NOTE *** If box is checked ☐ please provide itemized deductions per pay period in addition to the following:

| DATE PAY PERIOD ENDED | DATE PAY RECEIVED | AMOUNT OF GROSS PAY | HOURS WORKED |
|---|---|---|---|
| 4/21/01 | 4/27/01 | 238.00 | 34.00 |
| 4/14/01 | 4/20/01 | 250.25 | 35.75 |
| 4/7/01 | 4/13/01 | 218.75 | 31.25 |
| 3/31/01 | 4/6/01 | 278.25 | 39.75 |
| 3/24/01 | 3/30/01 | 215.25 | 30.75 |
| 3/17/01 | 3/23/01 | 159.25 | 22.75 |
| 3/10/01 | 3/16/01 | 227.50 | 32.50 |

_Ginger Andrews_  _Accounting Supervisor_          7738
Signature & Title of Person Completing Form     Phone #     410-544-0480   4/25/01
                                                              Fax #      Date
                                        410-544-7733 EXT 7

I hereby give permission for release of the above information. _____

Applicant/Representative Signature                Date

Form 170  (Rev. 7/97)                            Document No. 35-07-01-97-06-15



**EXHIBIT**
_U_

D025                    APPENDIX -53

12/29/2003  11:56   3023266236                         DCSE ACCOUNTING          PAGE  01/02
                                                        *Barnard Tingle*

**DELAWARE HEALTH
AND SOCIAL SERVICES**
CHILD SUPPORT ENFORCEMENT

Date: 12/29/03

FAX 410-544-7738

P.T. Morgan Paper Company

2 Pages

_____

_____

Dear Addressee:

We are in receipt of your check/money order number ___36 965___ in the amount of $90 dated 12/18/03, and we need more information to process this check to insure that proper credit is given.

Please send the requested information so that we can process this payment.

_____ Payer name, social security number and Case number

_____ Provide copy of Wage Garnishment and/or Order establishing Child Support

___✓___ For employers: Please provide full name(s), social security number (s), case numbers(s); and for multiple payments, the amount applicable to each individual.  Please Fax this information to my attention at 302-326-6236

___✓___ Please call

If you have any questions regarding the above, contact me at the Division of Child Support  or phone (302) 326-6024 Ext. 175.  Thank you for your cooperation in this matter.

*left a message*

Sincerely,

*Paul Shellenberger (signature)*

Paul N. Shellenberger
Accounting Specialist

12/29/03                    **PLEASE RESPOND SEPARATELY FROM ANY OTHER PAYMENTS**

*Please see the attached.*          *T-4  Rossi White*

P.O. BOX 904  ●  NEW CASTLE  ●  DELAWARE  ●  19720

APPENDIX -54

D130

VENDOR:    CHILD                                                         PAGE  02/02

| VOUCHER NO. | INVOICE NO. | INVOICE DATE | INVOICE AMOUNT | AMOUNT PAID | DISCOUNT TAKEN | NET CHECK AMOUNT |
|---|---|---|---|---|---|---|
| 010622 | WE 12/13 | 12/13/03 | 90.00 | 90.00 | .00 | 90.00 |
| | | | | | Check Total | 90.00 |

*Bernard Tingle*
*SS #*       *213-80 -1384*

*Case # CK 97-03130*

CHECK NO.          3696

36965     12/19/03     CHILD
CHECK NO.   CHECK DATE   VENDOR NO.

NATIONS BANK
BENFIELD OFFICE
SEVERNA PARK, MD 21146
7-163/520

P.T. MORGAN PAPER CO., INC.
P.O. BOX 6011
SEVERNA PARK, MD 21146

| CHECK AMOUNT |
|---|
| $*******90.00 |

NINETY AND 00/100 DOLLARS

PAY
TO THE
ORDER OF
                DIVISION OF CHILD SUPPORT
                P O BOX 904
                NEW CASTLE      DE   19720

*Peggy L. Mo.*

⑈036965⑈ ⑆052001633⑈ 2514007913⑈

The P.T. Morgan Packaging Company
CORRUGATED BOXES • GAYLORDS • FIBERS
P.O. BOX 533
SEVERNA PARK, MARYLAND 21146

BALTIMORE
PM
DEC. 19. 03
MD
2003

APPENDIX -55

# MESSAGE CONFIRMATION

12/29/03  13:03
ID=MORGAN PACKAGING CO

| DATE | S.R-TIME | DISTANT STATION ID | MODE | PAGES | RESULT |
|------|----------|--------------------|------|-------|--------|
| 12/29 | 00'58" | 3023266236 | CALLING | 02 | OK     0000 |

---

12/29/03     13:01     MORGAN PACKAGING CO → 13023266236                    NO.159     001
              3023266236
12/29/2003   11:56   3023266236           DCSE ACCOUNTING                   PAGE  01/02



**DELAWARE HEALTH
AND SOCIAL SERVICES**
Child Support Enforcement

Date: 12/29/03

FAX 410-544-7738

P.T. Morgan Paper Company

2 Pages

Dear Addressee:

We are in receipt of your check/money order number _36965_ in the amount of $90 dated 12/15/03, and we need more information to process this check to insure that proper credit is given.

Please send the requested information so that we can process this payment.

_____ Payer name, social security number and Case number

_____ Provide copy of Wage Garnishment and/or Order establishing Child Support

D132

APPENDIX -56

12/15/2003 14:55   3023265236              DCSE ACCOUNTING                    PAGE 01/02

Fax  410~504~7738
Date: 12/15/03

**DELAWARE HEALTH
AND SOCIAL SERVICES**
CHILD SUPPORT ENFORCEMENT

Robbi
P.T. Morgan Paper Company            2 Pages

---

Dear Addressee:

We are in receipt of your check/money order number  36938  in the amount of
$  90  dated  12/4/03 , and we need more information to process this check to insure that proper credit is given.

Please send the requested information so that we can process this payment.

_____ Payer name, social security number and Case number

_____ Provide copy of Wage Garnishment and/or Order establishing Child Support

__✓_____ For employers: Please provide full name(s), social security number (s), case numbers(s); and for multiple payments, the amount applicable to each individual.  Please Fax this information to my attention at 302-326-6236

__✓_____ Please call

If you have any questions regarding the above, contact me at the Division of Child Support  or phone (302) 326-6024 Ext. 175.  Thank you for your cooperation in this matter.

Sincerely,

*see copy of check attached any further questions please call Rose Shaldone 410-504-733 x1*

Paul N. Shellenberger
Accounting Specialist

**PLEASE RESPOND SEPARATELY FROM ANY OTHER PAYMENTS**

P.O. BOX 904  ●  NEW CASTLE  ●  DELAWARE  ●  19720

APPENDIX -57

D133



VENDOR:   CHILD

| VOUCHER NO. | INVOICE NO. | INVOICE DATE | INVOICE AMOUNT | AMOUNT PAID | DISCOUNT TAKEN | NET CHECK AMOUNT |
|---|---|---|---|---|---|---|
| 010589 | WB112903 | 12/04/03 | 90.00 | 90.00 | | 90.00 |
| | | | | Check Total | .00 | 90.00 |

CHECK NO.

Barnard Myle = 2/9 - 80 - 13.84
33924 =

36938   12/04/03   CHILD
CHECK NO.   CHECK DATE   VENDOR NO.

NATIONS BANK
NORFOLK OFFICE
SEVERNA PARK, MD 21146
7-1409/520

NINETY AND 00/100 DOLLARS

PAY
TO THE
ORDER OF      DIVISION OF CHILD SUPPORT

P O BOX 904
NEW CASTLE      DE  19720

P.T. MORGAN PAPER CO., INC.
P.O. BOX 5011
SEVERNA PARK, MD 21146

CHECK NO.
36938

CHECK AMOUNT
$********90.00

⑆036938⑆ ⑈0520016330⑈ 25140079130⑈

APPENDIX -58

D134

# Worcester County Department of Social Services

### Bureau of Support Enforcement
### P.O. Box 39
### Snow Hill, Maryland 21863

Paula M. Erdie
Director

**Employer's Information Request**

Telephone: 410-577-6800
TTY: 410-577-6800

PAYROLL DEPARTMENT
P T MORGAN PAPER INC
525 BROADWATER RD
ARNOLD, MD 21012-1459

January 9, 2003
RE:    BERNARD LOVETT TINGLE
SSN:   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
Case No:  460002995

Dear Sir/Madam:

The Maryland Child Support Enforcement Administration is responsible for locating absent parents and securing and enforcing support for their children.

We ask for your help in locating the above named absent parent by verifying, updating or providing the information indicated below.

This request is made under the authority of the laws cited below:

    U.S. Public Law 93-647, Title IV-D of the Social Security Act.
    Federal Privacy Act, 5 USC 552 a(b)(7)
    Maryland Family Law Article, Section 12-105

The texts of the above cited laws are found on Page 2 of this letter.

Please answer the checked questions below and return this form promptly to the above address. A copy of this letter is enclosed for your records.

We thank you for your prompt cooperation.

Sincerely,

Cathy J. Shockley
Support Enforcement Agent III
1-(800)-332-6347

(X) Social Security Number _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_
[X] Date of birth 04/07/1964[] Race BLACK
(x) Last known residence or mailing address
_The Colonial Hotel 13 East Commerce St._
_room 18, Smyrna, De 19977_

(x) Present or last known employer:
_P.T. Morgan Paper Co._

(x) Employed from _7/29/02_ to _present_

(x) Wages _7.75_ per _hour_

    Earnings based on _40_ hour week.

(x) Reason for termination: _N/A_

_(410) 544-7733_            _11/13/03_
Phone number                  DATE

(x) Name and address of person to be notified in case of emergency:
_Ralph Handy (410)641-1208_
_Berlin, Md._

(x) Does employee have health insurance through your company? If so, give name of the insurer:
_N/A_

(x) If employee does not have health insurance through your company, is it available to him?
_✓_ Yes _____ No

_Debbie Smith_
Name of person completing this form

FORM.LEM

*EQUAL OPPORTUNITY EMPLOYER*
REV. 410-677-6810

APPENDIX -59

D142

**Applicable Federal Law:**

- Authorizing child support activities - U.S. Public Law 93-647, Title IV-D of the Social Security Act.

- Authorizing exemption to Federal Privacy Act - 42 US Code 1302; 5 USC 552 a(b)(7)

(b)    Conditions of disclosure.--No agency shall disclose any record...unless...

(7) To another agency or to an instrumentality of any government jurisdiction within or under the control of the United States for a civil or criminal law enforcement activity if the activity is authorized by law, and if the head of the agency or instrumentality has made a written request to the agency which maintains the record specifying the particular portion desired and the law enforcement activity for which the record is sought;

**Applicable State Law:**

Family Law Article, Section 12-105, Annotated Code of Maryland, states:

The Child Support Enforcement Administration may request from any agency of this state, any political subdivision of this state, any employer, or any labor union information and assistance that will enable the Child Support Enforcement Administration, the local enforcement office, or the State's attorney for the county involved to locate an absent parent who has deserted or appears to have deserted a child or to enforce the liability of the parent for the support of a child of the parent.

Upon request by the Child Support Enforcement Administration an employer or labor union shall provide, with respect to a present employee, the employee's:

1. Social security number
2. Date of birth
3. Last known residence or mailing address
4. Present or last known employer
5. Length of employment
6. Job classification
7. Name and residence of person to be notified in case of emergency
8. Work hours
9. Amount of wages
10. Medical insurance providers

As to individuals who were employed within the 3 years preceding a request for information by the Child Support Enforcement Administration, an employer or labor union shall provide whatever information is available.

Each agency of this state and each political subdivision of this state shall give the Child Support Enforcement Administration any information and help the Child Support Enforcement Administration requests under this section.

FORM.LEM

APPENDIX -60

12/29/2003  11:56    3023266236    ·· '·    DCSE ACCOUNTING    PAGE  01/02
_Bernard Tingle_

**DELAWARE HEALTH AND SOCIAL SERVICES**
CHILD SUPPORT ENFORCEMENT

Date: 12/29/03

FAX 410-544-7738

P.T. Morgan Paper Company

2 Pages

Dear Addressee:

We are in receipt of your check/money order number __36965__ in the amount of $__90.00__ dated __12/18/03__, and we need more information to process this check to insure that proper credit is given.

Please send the requested information so that we can process this payment.

_____ Payer name, social security number and Case number

_____ Provide copy of Wage Garnishment and/or Order establishing Child Support

__✓__ For employers: Please provide full name(s), social security number (s), case numbers(s); and for multiple payments, the amount applicable to each individual.  Please Fax this information to my attention at 302-326-6236

__✓__ Please call

If you have any questions regarding the above, contact me at the Division of Child Support  or phone (302) 326-6024 Ext. 175.  Thank you for your cooperation in this matter.

_left a message_

Sincerely,

Paul N. Shellenberger
Accounting Specialist

(12/29/03

**PLEASE RESPOND SEPARATELY FROM ANY OTHER PAYMENTS**

_Please see the attached ._    _T-y  Robbie White_

P.O. BOX 904  •  NEW CASTLE  •  DELAWARE  •  19720

APPENDIX  -61

| VENDOR: | CHILD | | | | | | |
|---|---|---|---|---|---|---|---|
| VOUCHER NO. | INVOICE NO. | INVOICE DATE | INVOICE AMOUNT | AMOUNT PAID | DISCOUNT TAKEN | NET CHECK AMO |
| 010622 | WB 12/13 | 12/13/03 | 90.00 | 90.00 | .00 | 90.00 |
| | | | | Check Total | | 90.00 |

*Bernard Tingle*
*SS#*
*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*
*Case # CK 97-03100*

36965    12/18/03    CHILD
CHECK NO.    CHECK DATE    VENDOR NO.
NATIONS BANK
BENFIELD OFFICE
SEVERNA PARK, MD 21146
7-145/529

**CHECK NO.**    **3696**

**P.T. MORGAN PAPER CO., INC.**
P.O. BOX 5011
SEVERNA PARK, MD 21146

| CHECK AMOUNT |
|---|
| $*******90.00 |

NINETY AND 00/100 DOLLARS

PAY
TO THE
ORDER OF

DIVISION OF CHILD SUPPORT
P O BOX 904
NEW CASTLE        DE   19720

*Peggy L. Mo...*

⑈036965⑈ ⑉052001633⑊ 2514007913⑈

**The P.T. Morgan Packaging Company**
CORRUGATED BOXES • GAYLORDS • FIBERS
P.O. BOX 555
SEVERNA PARK, MARYLAND 21146

APPENDIX -62

# MESSAGE CONFIRMATION

12/29/03  13:03
ID=MORGAN PACKAGING CO

| DATE | S.R-TIME | DISTANT STATION ID | MODE | PAGES | RESULT |
|------|----------|--------------------|------|-------|--------|
| 12/29 | 00'58" | 3023266236 | CALLING | 02 | OK  0000 |

12/29/03    13:01    MORGAN PACKAGING CO → 13023266236
                        3023266236
12/29/2003  11:56   3023266236              DCSE ACCOUNTING

NO.159    001
PAGE  01/02



**DELAWARE HEALTH AND SOCIAL SERVICES**
Child Support Enforcement

Date: 12/29/03

FAX 410-544-7738

P.T. Morgan Paper Company

2 Pages

Dear Addressee:

We are in receipt of your check/money order number _____36965_____ in the amount of $_90__ dated _12/18/03_, and we need more information to process this check to insure that proper credit is given.

Please send the requested information so that we can process this payment.

_____Payer name, social security number and Case number

Provide copy of Wage Garnishment and/or Order establishing Child Support

APPENDIX -63

12/15/2003  14:55    3023266236              DCSE ACCOUNTING                    PAGE  01/02

Fax  410-504-7738
Date: 12/15/03

**DELAWARE HEALTH**
**AND SOCIAL SERVICES**
CHILD SUPPORT ENFORCEMENT

Robbi
P.T. Morgan Paper Company          2 Pages

_____

Dear Addressee:

We are in receipt of your check/money order number **36938** in the amount of $ **90** dated **12/4/03**, and we need more information to process this check to insure that proper credit is given.

Please send the requested information so that we can process this payment.

_____ Payer name, social security number and Case number

_____ Provide copy of Wage Garnishment and/or Order establishing Child Support

✓ _____ For employers: Please provide full name(s), social security number (s), case numbers(s); and for multiple payments, the amount applicable to each individual.  Please Fax this information to my attention at 302-326-6236

✓ _____ Please call

If you have any questions regarding the above, contact me at the Division of Child Support   or phone (302) 326-6024 Ext. 175.  Thank you for your cooperation in this matter.

Sincerely,

*[signature]*

Paul N. Shellenberger
Accounting Specialist

**PLEASE RESPOND SEPARATELY FROM ANY OTHER PAYMENTS**

See copy of attached if any further questions please call Rose 410-504-7733

P.O. BOX 904  •  NEW CASTLE  •  DELAWARE  •  19720

APPENDIX -64

D133



# Worcester County Department of Social Services

## Bureau of Support Enforcement
## P.O. Box 39
## Snow Hill, Maryland 21863

Paula M. Erbie
Director

**Employer's Information Request**

Telephone: 410-677-5800
TTY: 410-677-5800

PAYROLL DEPARTMENT
P T MORGAN PAPER INC
525 BROADWATER RD
ARNOLD, MD 21012-1459

January 9, 2003
RE:   BERNARD LOVETT TINGLE
SSN:  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
Case No: 460002995

Dear Sir/Madam:

The Maryland Child Support Enforcement Administration is responsible for locating absent parents and securing and enforcing support for their children.

We ask for your help in locating the above named absent parent by verifying, updating or providing the information indicated below.

This request is made under the authority of the laws cited below:

   U.S. Public Law 93-647, Title IV-D of the Social Security Act.
   Federal Privacy Act, 5 USC 552 a(b)(7)
   Maryland Family Law Article, Section 12-105

The texts of the above cited laws are found on Page 2 of this letter.

Please answer the checked questions below and return this form promptly to the above address.   A copy of this letter is enclosed for your records.

We thank you for your prompt cooperation.

Sincerely,

Cathy J. Shockley
Support Enforcement Agent III
1-(800)-332-6347

(X) Social Security Number  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
[X] Date of birth 04/07/1964 [] Race BLACK
(x) Last known residence or mailing address

The Colonial Hotel  13 East Commerce St.
Room 18, Smyrna, De 19977

(x) Present or last known employer:

P. T. Morgan Paper Co.

(x) Employed from 7/29/02 to present

(x) Wages 7.75 per hour

    Earnings based on 40 hour week.

(x) Reason for termination: N/A

(410) 544-7733
Phone number

(x) Name and address of person to be
   notified in case of emergency:

# Ralph Handy (410)641-1208
Berlin, Md.

(x) Does employee have health insurance
   through your company? If so, give
   name of the insurer:

   N/A

(x) If employee does not have health
   insurance through your company, is
   it available to
   him? ✓ Yes          No

Abbie Smith
Name of person completing this form

FORM.LEM

*EQUAL OPPORTUNITY EMPLOYER*

APPENDIX -66

D142

**Applicable Federal Law:**

- Authorizing child support activities - U.S. Public Law 93-647, Title IV-D of the Social Security Act.

- Authorizing exemption to Federal Privacy Act - 42 US Code 1302; 5 USC 552 a(b)(7)

(b)    Conditions of disclosure.--No agency shall disclose any record...unless...

(7) To another agency or to an instrumentality of any government jurisdiction within or under the control of the United States for a civil or criminal law enforcement activity if the activity is authorized by law, and if the head of the agency or instrumentality has made a written request to the agency which maintains the record specifying the particular portion desired and the law enforcement activity for which the record is sought;

**Applicable State Law:**

Family Law Article, Section 12-105, Annotated Code of Maryland, states:

The Child Support Enforcement Administration may request from any agency of this state, any political subdivision of this state, any employer, or any labor union information and assistance that will enable the Child Support Enforcement Administration, the local enforcement office, or the State's attorney for the county involved to locate an absent parent who has deserted or appears to have deserted a child or to enforce the liability of the parent for the support of a child of the parent.

Upon request by the Child Support Enforcement Administration an employer or labor union shall provide, with respect to a present employee, the employee's:

1. Social security number
2. Date of birth
3. Last known residence or mailing address
4. Present or last known employer
5. Length of employment
6. Job classification
7. Name and residence of person to be notified in case of emergency
8. Work hours
9. Amount of wages
10. Medical insurance providers

As to individuals who were employed within the 3 years preceding a request for information by the Child Support Enforcement Administration, an employer or labor union shall provide whatever information is available.

Each agency of this state and each political subdivision of this state shall give the Child Support Enforcement Administration any information and help the Child Support Enforcement Administration requests under this section.

FORM.LEM

APPENDIX -67

D143

# P. T. Morgan Packaging Company

**CORRUGATED BOXES * GAYLORDS * FIBERS**
P. O. BOX 533
SEVERNA PARK, MARYLAND 21146

(410) 544-7733.
FAX (410) 544-7738
morganpkg@aol.com

## FAX COVER LETTER

TO: _Bob_

_Paychex_

FROM: _Robb._

PT Morgan Packaging

DATE: _5/1x/03_

This transmission has __2__ page(s) (including cover page)

MESSAGE:

_Bernard Tingle works for P.T. Morgan_
_Paper. Please set up direct deposit ASAP._

_Thanks,_

_410-581-7770_

EXHIBIT

APPENDIX -68

D139

# Direct Deposit Form

**1 FIRST STATE**
*federal credit union*

874 B Walker Road
Dover, DE 19904
302-674-5281
FAX 302-674-5285

Name _Bernard L. Tingle_

Social Security # _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_

Employer _P.T. Morgan Paper Co._

Employee # _____

Routing # 2311 7657 0

Savings Account # _9878-013_
( ) Net Deposit
(✓) Amount _40.00_

Checking Account #
( ) Net Deposit
( ) Amount

I authorize my employer to deposit the net amount of my earnings (or a portion thereof) in the account at First State Federal Credit Union as designated above. This agreement will remain in effect until cancelled in writing by myself, the Credit Union, or my employer.

Member Signature _Bernard J Tingle_    Date _5-2-03_

_Do with next PR w/e 5/10/03_

3/04/04

Doug.

Vacation  — updated on anniversory date

1 YR = 1 wk
2 yrs = 2 wko
8 yrs = 3 wko
15 yrs = 4 wko

T. y

Do not prepay — Jim allows them TO
"buy" vacation

APPENDIX -70

**EXHIBIT**

D282

# P. T. Morgan Packaging Company

**CORRUGATED BOXES * GAYLORDS * FIBERS**
P. O. BOX 533
SEVERNA PARK, MARYLAND 21146

(410) 544-7733
FAX (410) 544-7738
morganpkg@aol.com

## FAX COVER LETTER

TO: _Melanie_

_Pay chex_

FROM: _Bobbi_

PT Morgan Packaging  _Paper_

DATE: _1/10/05_

There will be no charge
for P/R w/e 1/15/05
for this error.

per Melanie 1/10/05

This transmission has _2_ page(s) (including cover page)

MESSAGE:

_Mel,_

_Remember the problems with Bernard Tingle —_
_the 40.00 issue.??_

_This was a partial direct deposit. The direct deposits_
_should not have been pulled when Pay/R pulled out the_
_Smee Payroll._

_Since Pay/R tried to pull this 40.00 — Bernard_
_had already disbursed it. He got an NSF draft fee._
_Pay/R should reimburse us for this error._
_( I have pd him back his _____ 20.00 NSF draft_
_fee.)_

_F. Y._

_make sure you get_
_credit_

EXHIBIT

tabbies

D126

APPENDIX -71

# MESSAGE CONFIRMATION

01/10/05  09:48
ID=MORGAN PACKAGING CO

| DATE | S.R-TIME | DISTANT STATION ID | MODE | PAGES | RESULT | |
|------|----------|--------------------|------|-------|--------|---|
| 01/10 | 00'47" | 4105810295 | CALLING | 02 | OK | 0000 |

01/10/05    09:46    MORGAN PACKAGING CO → 4105810295                    NO.017   D01

# P. T. Morgan Packaging Company

**CORRUGATED BOXES • GAYLORDS • FIBERS**
P. O. BOX 633
SEVERNA PARK, MARYLAND 21146

(410) 544-7733
FAX (410) 544-7738
morganpkg@aol.com

## FAX COVER LETTER

TO: *Melonie*

*Pay chex*

FROM: *Robbi*

PT Morgan Packaging    *Paper*

DATE: *1/10/05*

This transmission has _2_ page(s) (including cover page)

EXHIBIT
*Y*

MESSAGE:

APPENDIX -72

D125

DATE: Jun 10, 2002

| NAME | HOURS | O/T | REG.PAY | O/T PAY | TOTALS |
|---|---|---|---|---|---|
| Jerry Broussard | 40 | | $490.00 | $0.00 | $490.00 |
| | | | $0.00 | $0.00 | $0.00 |
| Earnest Freeman | 23.5 | | $166.85 | $0.00 | $166.85 |
| Roy James | 40 | | $466.00 | $0.00 | $466.00 |
| Da-Ron Burton | | | $0.00 | $0.00 | $0.00 |
| | | | $0.00 | $0.00 | $0.00 |
| | | | $0.00 | $0.00 | $0.00 |
| Doug Goodermuth | 40 | | $454.00 | $0.00 | $454.00 |
| | | | $0.00 | $0.00 | $0.00 |
| Gregg Stevens | 30.75 | | $239.85 | $0.00 | $239.85 |
| Bernard Tingle | | | $0.00 | $0.00 | $0.00 |
| Anthony Moore | 39.5 | | $290.33 | $0.00 | $290.33 |
| | | | $0.00 | $0.00 | $0.00 |
| TOTALS | 213 | 0 | $2107.03 | $0.00 | $2107.03 |
| Notes | Doug 8 hrs vacation | | | | |

*Are these guys still out on disability?*
*Or is it something else?*

*(signature)*

Da-Ron quit on May 20.

Bernard will be back in August
when he finds a place to live in
Smyrna. (He was never on comp.)

EXHIBIT
Z

D144

APPENDIX -73





**SELECTIVE**
*Insurance*

Robin Stewart
6 North Park Drive
Hunt Valley, MD 21030-1842
800-055-9555- Ext. 202

June 13, 2001

Re:  Employee:   Douglas Goodermuth
     Employer:   Morgan Paper Co Inc
     Claim #:    20045754
     D/L:        5/25/2001

Following are the gross wages for Douglas Goodermuth for either <u>the 13 weeks</u>
<u>preceding</u> the injury of 5/25/2001 or the entire time of employment if less than 13
weeks.

| | Week Ending | | Gross Wages | |
|---|---|---|---|---|
| 1. | Week Ending | 5/26/01 | Gross Wages | |
| 2. | Week Ending | 5/22/01 | Gross Wages | |
| 3. | Week Ending | 5/12/01 | Gross Wages | |
| 4. | Week Ending | 5/5/01 | Gross Wages | |
| 5. | Week Ending | 4/28/01 | Gross Wages | |
| 6. | Week Ending | 4/21/01 | Gross Wages | |
| 7. | Week Ending | 4/14/01 | Gross Wages | |
| 8. | Week Ending | 4/7/01 | Gross Wages | |
| 9. | Week Ending | 3/31/01 | Gross Wages | |
| 10. | Week Ending | 3/24/01 | Gross Wages | |
| 11. | Week Ending | 3/17/01 | Gross Wages | |
| 12. | Week Ending | 3/10/01 | Gross Wages | |
| 13. | Week Ending | 3/3/01 | Gross Wages | |

The figures are from the payroll records of _Doug Goodermuth_ .
Signed: _Diane Andrews_
Title: _Accounting Supervisor_
Company: _P. T. Morgan Paper Co. Inc_

CONFIDENTIAL
Attorney's Eyes Only

6. Week Ending 4/21/01 Gross Wages [redacted]
7. Week Ending 4/14/01 Gross Wages
8. Week Ending 4/7/01 Gross Wages
9. Week Ending 3/31/01 Gross Wages
10. Week Ending 3/24/01 Gross Wages
11. Week Ending 3/17/01 Gross Wages
12. Week Ending 3/10/01 Gross Wages
13. Week Ending 3/3/01 Gross Wages

The figures are from the payroll records of Doug Goddermuth
Signed: Ginger Andrews
Title: Accounting Supervisor
Company: P.T. Morgan Paper Co. Inc

06/13/01 16:28 MORGAN PACKAGING CO → PTM-PAPER NO.308 D02

MESSAGE CONFIRMATION

06/13/01 16:29
ID=MORGAN PACKAGING CO

| DATE | S,R-TIME | DISTANT STATION ID | MODE | PAGES | RESULT | |
|---|---|---|---|---|---|---|
| 06/13 | 00'35" | 302 653 0264 | CALLING | 01 | OK | 0000 |

APPENDIX -76

CONFIDENTIAL
Attorney's Eyes O

### P T Morgan Paper
Vacation Statement for Doug ███████ on September 30, 2000

Your anniversary date is 7/11/88 at that time this year you will receive 120 vacation hours.

At the beginning of this month you had 88.00 hours of vacation.  During this month you used 16.00 hours of vacation.  That leaves a current balance of 72.00 hours of vacation.

If these figures differ from yours please contact me at 410-544-7733 EXT 7.

Thank you.

Ginger Andrews

APPENDIX -77

CONFIDENTL
Attorney's Eyes O

*file in Doug goodermoth file* 11/25/04

11/19/04    Robbi - Has everyone @ Smyrna signed anti Discrimination new

No - Doug still needs to do so

Send to his house with a
self-addressed envelope    or

Ask for Gary to take to him &
return to me.

F.y

Robbi - we'll wait until he comes back to work, if the doc
- Had problem last week

APPENDIX -78

D315

CONFIDENTIA
Attorney's Eyes Or



**WILMINGTON TRUST**

Personal Direct Dial
302-651-1397

June 3, 1997

P. T. Morgan Paper Company
525 Broadwater Rd.
Arnold, MD 21012
Attention: Personnel

As part of our quality control procedures, we periodically confirm, on a spot-check basis, the information supplied to us on our mortgage applications. **We do not need current information**, only a confirmation of the information originally supplied (copy enclosed), including the propriety of the signature.

Please check the appropriate line, sign and date this letter and return it to us in the enclosed postage paid envelope.

Thank you for your cooperation.

Sincerely,

John J. Kessler, Jr.
Senior Banking Officer

JJK:rat

Applicant's Name: Douglas L. Goodermuth

_____ Yes, the information is the same.
___✓___ No, the information has been altered (please explain).

He received the expected raise. He now makes ▮▮▮ an hour.

Signature _Lisa Andrews_          Date _6-17-97_

Wilmington Trust Company   Rodney Square North   1100 N. Market Street   Wilmington, DE 19890-0001   APPENDIX -79

D335

CONFIDENTIA
Attorney's Eyes O







of Hospital Services

PATIENT NAME
GOODERMUTH DOUGLAS L

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 5/29/89 | PREVIOUS BALANCE | |
| | WE ACCEPT VISA/MASTERCARD/WSFS | |

Linda -

*This is A work comp*
*Bill for Doug*
*Please Expidite*

*Gail*

BALANCE NOW DUE AND PAYABLE. PLEASE
CONSULT WITH YOUR INSURANCE COMPANY
IF THEY HAVE NOT RESPONDED AS EXPECTED.
BALANCE DUE BY 7/06/89

PAY THIS AMOUNT

RESPONSIBLE PARTY

DOUGLAS L GOODERMUTH
133 ROOSEVELT AVE
APT 3
DOVER DE                    19901

Central Delaware's Hospital
and Health Care Center

RETAIN
THIS
PORTION
FOR
YOUR
RECORDS

1068

101-3597

ION WITH YOUR PAYMENT
ENT NO.      PATIENT/UNIT NO.
13462        207149

DOUGLAS L          74
SION DATE    DISCHARGE DATE

ICE DATE
/27/89

REMITTED    AMOUNT DUE
            162.25

APPENDIX -81

D346

CONFIDENTIAL
Attorney's Eyes O[nly]

A copy shall be mailed to the Division of Labor and Industry, 501 St. Paul Place, Baltimore, Maryland 21202

Complete and send immediately to —
# WORKMEN'S COMPENSATION COMMISSION
6 NORTH LIBERTY STREET, BALTIMORE, MD. 21201
STANDARD FORM FOR
**EMPLOYER'S FIRST REPORT OF INJURY
OR OCCUPATIONAL DISEASE**

Federal Employer Identification Number (FEIN)— 52-1261282

| DO NOT WRITE IN THIS SPAC[E] |
|---|
| WCC CLAIM # |
| DOCTOR'S REPORT   Yes ☐   No ☐ |
| SOUNDEX # |

**SIGNED AND FORM SIGNED** (vertical left margin)

**PLEASE PRINT OR TYPE**

1. EMPLOYER — Name — (Give name under which concern does business)
P.T. MORGAN PACKAGING CO. INC.

2. Mail Address—(No. and Street) PO BOX 533 (City or Town) SEVERNA PARK (State) MD (Zip) 21146    Area Code 301 Phone 544-7733

3. Nature of Business—(Manufacturing shoes, retailing men's clothes, trucking, etc.) CORRUGATED BOX BROKER   3a. Insured By—(Name of company) HARTFORD INS. CO.

4. TIME AND PLACE—Location of plant or place where accident or occurred P.T. MORGAN 33 EAST SOUTH ST SMYRNA DE   Department — WAREHOUSE   State if employer's premises — Yes ☒ No ☐

5. Date of Injury 2-27-1989 Day of week MONDAY   5A. Hour employee started work 8 AM ☒ PM ☐   6. Was injured paid for one-half or more for day of injury? Yes ☒ No ☐

7. Date disability began 2-27 1989 A.M. ☐ P.M. ☒   When did you or foreman first know of injury? IMMED.   Name of foreman GENE FOX

8. INJURED PERSON — Name of injured —(First — Middle — Last Name) DOUGLAS [redacted]   Social Security No. 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   Area Code 302 Phone 734-9205

9. Address—(No. and Street) 133 ROOSEVELT AVE   (City or Town) DOVER DE   (State)   (Zip) 19901

10. Check ( ) Married ☐ Single ☒ Widowed ☐ Divorced ☐ Male ☒ Female ☐   11. Nationality AMERICAN   Speak English Yes ☒ No ☐

12. Age 46   Did you have on file employment certificate or permit? Yes ☒ No ☐   (a) Occupation when injured WAREHOUSE SUPERVISOR   (b) Department where regularly employed— WAREHOUSE

13. Was this his or her regular occupation? Yes ☒ No ☐   (If not, state in what department or branch of work regularly employed)   Location of Accident OUTSIDE LOADING DOCK

14. How long employed by you? 9 mos   (a) Placeworker ☐   Timeworker ☒   15. No. of hours worked per day 8 per week 40   No. of days worked per week 5

16. Wages: $ 7.30 per hour, or $ ___ per day, or $ ___ per week. (If paid on other than a time basis, such as piece work or commission—Average weekly earnings $ ___

17. If board, lodging, tips, fuel or other advantages were furnished in addition to wages, give estimated value per day, week or month $ N/A   18A. Nature of injury or occupational disease   Part of body NOSE FACE   Type of injury OPEN WOUND

18b. How did accident or occupational disease occur? (Describe fully-use back of form if necessary … reverse carbon when using back of form)
CRANK OF LANDING GEAR ON TRAILER KICKED BACK INTO FACE

18c. What was employee doing when injured? (Be specific. When using tools or equipment, what was he doing with them?) LOWERING LANDING GEAR OF TRACTOR TRAILER   19. Probable length of disability ∅

20. Name/of object which injured employee (if machine: name, model, serial number) HAND CRANK (LANDING GEAR)   21. Kind of machine power N/A

22. Part of machine on which accident occurred HAND CRANK   23. (a) Was safety appliance or regulation provided Yes ☒ No ☐   (b) Was it in use at time Yes ☒ No ☐   24. Was accident caused by injured's failure to use or observe safety appliance or regulation Yes ☐ No ☒

25. Has injured returned to work? Yes ☒ No ☐   If so, date and hour   a. At what wage $ 7.30   b. At what occupation? WAREHOUSE SUPERVISOR

26. Name and address of physician EMERG. ROOM ATTENDING PHYSICIAN

27. Name and address of hospital KENT GENERAL HOSPITAL 640 S. STATE ST. DOVER DE 19901

28. FATAL CASES — Has injured died   Yes ☐ No ☒   If yes give date of death

Date of this report 4-7-89   Firm Name P.T. MORGAN PACKAGING CO   Prepared by LINDA M. GROVES

S.F.1 - Rev. 4/72   Signed by [signature] Linda M. Groves   Official Title Acct. Supervisor

APPENDIX -82   34C-41 R2

D353

06/10/2002 10:09    302-653-8264              MORGAN PAPER CO                        PAGE  01
   06/10/02      10:07    MORGAN PACKAGING CO → 302 653 8264                      NO.054  001

| DATE: Jun 10, 2002 | | | | | |
| NAME | HOURS | O/T | REG.PAY | O/T PAY | TOTALS |
|---|---|---|---|---|---|
| Jerry Broussard | 40 | | $490.00 | $0.00 | $490.00 |
| | | | $0.00 | $0.00 | $0.00 |
| Earnest Freeman | 23.5 | | $166.85 | $0.00 | $166.85 |
| Roy James | 40 | | $466.00 | $0.00 | $466.00 |
| Da-Ron Burton | | | $0.00 | $0.00 | $0.00 |
| | | | $0.00 | $0.00 | $0.00 |
| | | | $0.00 | $0.00 | $0.00 |
| Doug Goodermuth | 40 | | $454.00 | $0.00 | $454.00 |
| | | | $0.00 | $0.00 | $0.00 |
| Gregg Stevens | 38.75 | | $239.85 | $0.00 | $239.85 |
| Bernard Tingle | | | $0.00 | $0.00 | $0.00 |
| Anthony Moore | 39.5 | | $290.33 | $0.00 | $290.33 |
| | | | $0.00 | $0.00 | $0.00 |
| TOTALS | 213 | 0 | $2107.03 | $0.00 | $2107.03 |
| Notes | Doug 8 hrs vacation | | | | |

*Are these guys still out on disability? Or is it something else?*

*Greg*

DA-Ron quit on May 20.

Bernard will be back in August when he finds a place to live in Smyrna. (He was never on Comp.)

APPENDIX -83

D144



7-26-02

Genger

Corrected address for
Patrick Moore
415 N. School Lane

APPENDIX -84

CONFIDENTIA
Attorney's Eyes Oı

# P. T. MORGAN PAPER CO., INC.
### 33 EAST SOUTH STREET
### SMYRNA, DE 19977

**ACCOUNTING**
P O BOX 5011
SEVERNA PARK, MD 21146
PHONE 410-544-7733
FAX    410-544-7738

**WAREHOUSE**
P O BOX 147
SMYRNA, DE 19977
302-653-5008
302-653-0264

December 17, 2002

Mamsi Life and Health Insurance
Attn: Enrollment Department

RE:         Eugene E Fox
            ▬▬▬▬▬▬▬▬▬

Dear Sir or Madam,

Please terminate the above referenced employee effective January 1, 2002. His last day of employment is December 31, 2002. He does not wish to enroll with the Cobra.

I can be reached at 410-544-7733 EXT 3, if you have any questions.

Thank you for your assistance.

Sincerely,


Ginger Andrews
Accounting Supervisor

APPENDIX -85

CONFIDENTIA
Attorney's Eyes O

# Morgan Paper Company

PO Box 147 Smyrna, De. 19977
Telephone 800-536-5008
Fax  302-653-0264

**Date:**    12/17/2002

**To:**    Ginger Andrews

**From:**    Gene Fox

**RE:**    Insurance

---

Please cancel my medical insurance effective January 1, 2003. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

*Gene Fox*