# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,** | ) |
| | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) **CIVIL ACTION NO. 04-1304 (KAJ)** |
| **v.** | ) |
| | ) |
| **P.T. MORGAN PAPER CO., affiliated with** | ) |
| **P.T. MORGAN PACKAGING COMPANY,** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

**APPENDIX TO**
**PLAINTIFF EEOC'S ANSWERING BRIEF IN OPPOSITION TO**
**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**
**and**
**PLAINTIFF EEOC'S BRIEF IN SUPPORT OF ITS**
**CROSS MOTION FOR SUMMARY JUDGEMENT**
**(PART D)**

**EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**JACQUELINE H. MCNAIR, REGIONAL ATTORNEY**
**JUDITH O'BOYLE, SUPERVISORY TRIAL ATTORNEY**
**M. JEAN CLICKNER, SENIOR TRIAL ATTORNEY**
Equal Employment Opportunity Commission
Liberty Center, Suite 300
1001 Liberty Avenue
Pittsburgh, PA 15222
(412) 644-6439

Local Counsel:

**UNITED STATES ATTORNEY**
**DISTRICT OF DELAWARE**
**SETH M. BEAUSANG, ASST. U.S. ATTORNEY**
The Nemours Building
1007 Orange Street, Suite 700
Wilmington, Delaware 19899
Dated: January 6, 2006

Del. Bar ID No. 4071
(302) 573-6277

| | **Document** | **Appendix Page** |
|---|---|---|
| **Ex. A** | P.T. Morgan Packaging Co. employee flow chart | 1 |
| **Ex. B** | P.T. Morgan Paper Co. employee flow chart | 2 |
| **Ex. C** | Letter from MAMSI Health Plan to P.T. Morgan Paper Co. | 3 |
| **Ex. D** | Workers Compensation Payroll Report - P.T. Morgan Packaging Co. | 6 |
| **Ex. E** | Warwick Enterprises Invoice | 7 |
| **Ex. F** | Letter from P.T. Morgan Packaging Co. to Hartford Insurance | 9 |
| **Ex. G** | Selected documents between P.T. Morgan Packaging Co. and insurance companies | 12 |
| **Ex. H** | MAMSI Health Plan Notice of Amount Due to P.T. Morgan Paper Co. | 15 |
| **Ex. I** | List of Employees - P.T. Morgan Paper Co. | 16 |
| **Ex. J** | Defendant's Answers and Objections to Plaintiff's First Set of Interrogatories | 17 |
| **Ex. K** | Group of Board of Directors' meeting notes | 24 |
| **Ex. L** | Note from personnel file of Anthony Moore (10/04/04) | 33 |
| **Ex. M** | Employment Eligibility Verification (group of documents) | 34 |
| **Ex. N** | Fax from P.T. Morgan Paper on P.T. Morgan Packaging fax cover sheet | 39 |
| **Ex. O** | Fax from P.T. Morgan Packaging to Bob - Paychex | 41 |
| **Ex. P** | Letter from Gary Eberhard to Carlyle Moore (3/11/05) | 45 |
| **Ex. Q** | P.T. Morgan Paper Co.'s Memo: Bonus & Salary Adjustment 2001-2002 | 46 |
| **Ex. R** | P.T. Morgan Paper Co.'s anti-harassment policy (8/31/04) | 47 |

| | | |
|---|---|---|
| **Ex. S** | Letter from James Morgan to Eugene Fox (3/19/87) | 49 |
| **Ex. T** | Memo re: Attendance Rules and Regulations | 50 |
| **Ex. U** | Verification of Employment forms (group) | 53 |
| **Ex. V** | Memo from P.T. Morgan Packaging to Paychex | 68 |
| **Ex. W** | Vacation time computation for Doug [Goodermuth] | 70 |
| **Ex. X** | Memo from P.T. Morgan Packaging to Paychex | 71 |
| **Ex. Y** | Fax from P.T. Morgan Packaging to Paychex | 72 |
| **Ex. Z** | Group of personnel documents for P.T. Morgan Paper employees | 73 |
| **Ex. AA** | Handwritten note re: personnel matter for Carlyle Moore | 87 |
| **Ex. BB** | Letter from P.T. Morgan Paper Co. to AFLAC (2/8/05) | 88 |
| **Ex. CC** | Morgan Stanley documents for P.T. Morgan Paper Co. | 89 |
| **Ex. DD** | Defendant's Response to Plaintiff's Third and Fourth Sets of Requests for Production of Documents (selected pages) | 93 |
| **Ex. EE** | Defendant's Response to Plaintiff's Third and Fourth Sets of Interrogatories (selected pages) | 96 |
| **Ex. FF** | D&B Business Information Report: Morgan, PT Packaging Company, Inc. | 104 |
| **Ex. GG** | Commission's Request for Admissions (First Set) and Defendant's Responses (selected portion) | 114 |
| **Ex. HH** | Second Quarter 1998 Tax filing for P.T. Morgan Paper Co. | 117 |
| **Ex. II** | Simple IRA forms - Name of Employer: P.T. Morgan Packaging Co. & P.T. Morgan Paper Co. | 119 |
| **Ex. JJ** | P.T. Morgan Packaging - IRA contribution flow chart | 126 |
| **Ex. KK** | P.T. Morgan Paper - IRA contribution flow chart | 131 |

**Ex. LL**      Gary Eberhard's Application for Employment      135

**Ex. MM**      Gary Eberhard's Job Description      138

**Ex. NN**      Eugene Fox's bonus chart      140

**Ex. OO**      Employment Eligibility Form      141

**Ex. PP**      Affidavit of Mark Maddox      143

**Ex. QQ**      Affidavits of Carlyle Moore, Patrick Moore and Bernard Tingle      145

**Ex. RR**      Affidavit of Anthony Moore      148

**Ex. RR-1**      Affidavit of M. Jean Clickner      150

**Ex. SS**      Defendant's Response to the Plaintiff's Second Set of Interrogatories
and Request for Production of Documents, selected pages      151

P T Morgan Packaging

IRA Contribution

Month of December, 2004

| | | Initials | Date |
|---|---|---|---|
| Prepared By | | | |
| Approved By | | | |

© WILSON JONES    G7506 ColumnWrite ®

| | | | WE 11/27/04 WK 1 | WE 12/04/04 WK 2 | WE 12/11/04 WK 3 | WE 12/18/04 WK 4 | WE 12/20/04 WK 5 | TOTAL |
|---|---|---|---|---|---|---|---|---|
| 2 | Grabowski, Rose | 9 | 14 | 14 | 59 | 59 | 14 | 66 |
| 3 | Meyers, Joan | 10 | 44 | 44 | 44 | 44 | 44 | 20 |
| 5 | Morgan, Jim | | — | | | — | — | |
| 6 | Persico, Marianne | 0 | | | | | | |
| 7 | Miles, Julie | 3 | 100 | 00 | 00 | 00 | 00 | 00 |
| 8 | Reppenhagen, Linda | 3 | 67 | 67 | 57 | 57 | 57 | 05 |
| 11 | | | 25 | 25 | 60 | 60 | 15 | 30 |

rd 12/30/04

√ # 233009

# 221.04

POSTED
27363
04

EXHIBIT

APPENDIX -126

D866

Appendix D

## Participant Account Contribution Sheet

Instructions for completing:

1. Ask your Morgan Stanley Financial Advisor for SIMPLE IRA Account Adoption booklets for each Eligible Employee. After reading the information in the SIMPLE IRA Adoption booklet, each employee should complete and sign the SIMPLE IRA Adoption Agreement. Employees should detach the Adoption Agreement and submit it to the Employer, and retain the IRA booklet for reference.

2. Compile employee names on the Contribution Sheet under Contribution Information. Your Morgan Stanley Financial Advisor will assign SIMPLE IRA account numbers. He or she will then

give you a copy of the original contribution sheet complete with account numbers for your use in making future contributions.

3. Make separate contribution and administrative fee checks payable to Morgan Stanley DW Inc. First year annual fees are paid when the account is established. In subsequent years, the employee's account will be charged directly for the annual administrative fee.

**Send the Contribution Sheet(s), the employee IRA Account Adoption Agreement(s), and the checks to your Financial Advisor at his or her Morgan Stanley office. The SIMPLE Employer Agreement does not have to be returned to Morgan Stanley.**

| Employer Name | Business Telephone |
|---|---|
| P. T. Morgan Packaging Co. | 410 - 544-7733 |
| Address | Total New SIMPLE IRA Account Fees Due |
| P.O. Box 533 | _____ x $50.00 = _____ |
| City        State    Zip | Financial Advisor Name and Number |
| Severna Pk, Md. 21146 | Dean B. Shoplinkov  Rule 144 Specialist. |

Contribution information for the tax year 20 _____

| Employee Name | Account Number | Elective Deferral Contribution | Employer SIMPLE Contribution |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  | Subtotal | $ | $ |
|  | Total from Reverse | $ 815.85 | $ |
|  | TOTAL CONTRIBUTIONS | $ 815.85 | $ |

APPENDIX -127

D867

P T Morgan Packaging

## IRA Contribution

Month of _December, 2003_

| | | Initials | Date |
|---|---|---|---|
| Prepared By | | | |
| Approved By | | | |

© WILSON JONES          G7500 ColumnWrite ®

| | | | w/e 11/29/03 WK 1 | w/e 12/06/03 WK 2 | w/e 12/13/03 WK 3 | w/e 12/20/03 WK 4 | w/e 12/27/03 WK 5 | TOTAL |
|---|---|---|---|---|---|---|---|---|
| 1 | Andrews, Ginger | 3 | | | | | | |
| 2 | Grabowski, Rose | 9 | 68 | 68 | 68 | 68 | 68 | 40 |
| 3 | Meyers, Joan | 10 | 00 | 00 | 00 | 00 | 00 | 00 |
| 4 | MOSS., Cindy | 5 | 38 | 38 | 38 | 38 | 38 | 90 |
| 5 | Morgan, Jim | | | | | | | |
| 6 | Persico, Marianne | 10 | | | | | | |
| 7 | Miles, Julie | 3 | 73 | 64 | 73 | 64 | 73 | 47 |
| 8 | Reppen hagen, Linda | 3 | 77 | 80 | 80 | 80 | 86 | 45 |
| 9 | Mihm, FERD | 3 | 78 | 43 | 43 | 43 | 92 | 69 |
| 10 | | | | | | | | |
| 11 | | | 74 | 93 | 02 | 93 | 59 | 31 |
| 12 | | | | | | | | |
| 13 | | | | | | | | |
| 14 | | | | | | | | |
| 15 | | (119.31 | | | | | | |
| 16 | | ne 1/01/04 | | | | | | |
| 17 | | ✓# 231588 | | | | | | |
| 18 | | 221.04 | | | | | | |
| 19 | | | | | | | | |
| 20 | | | | | | | | |
| 21 | | TO D im written | | | | | | |
| 22 | | | | | | | | |
| 23 | | | | | | | | |
| 24 | | | | | | | | |
| 25 | | | | | | | | |
| 26 | | POSTED | | | | | | |
| 27 | | 2/24/2 | | | | | | |
| 28 | | | | | | | | |
| 29 | | | | | | | | |
| 30 | | | | | | | | |
| 31 | | | | | | | | |
| 32 | | | | | | | | |
| 33 | | | | | | | | |
| 34 | | | | | | | | |
| 35 | | | | | | | | |
| 36 | | | | | | | | |
| 37 | | | | | | | | |
| 38 | | | | | | | | |
| 39 | | | | | | | | |
| 40 | | | | | | | APPENDIX -128 | |

D868

# APPENDIX D

## PARTICIPANT ACCOUNT CONTRIBUTION SHEET

*Instructions for Completing:*

1. Ask your Dean Witter Account Executive for SIMPLE IRA-2000® Account Adoption booklets for each eligible employee. After reading the information in the SIMPLE IRA Adoption booklet, each employee should complete and sign the SIM-PLE IRA Adoption Agreement. Employees should detach the Adoption Agreement and submit it to the employer, and retain the IRA booklet for reference.

2. Compile employee names on the Contribution Sheet under *Contribution Information*. Your Dean Witter Account Executive will assign SIMPLE IRA-2000® account numbers. He or she will then give you a copy of the original contribution sheet complete with account numbers for your use in making future contributions.

3. Make separate checks payable to Dean Witter Reynolds Inc. First, semiannual fees are paid when the account is established. In subsequent years, the employee's account will be charged directly for the annual administrative fee.

Send the Contribution Sheet(s), the employee IRA-2000® Account Adoption Agreement(s), and the checks to your Account Executive at his or her Dean Witter office. THE SIMPLE EMPLOYER AGREEMENT DOES NOT HAVE TO BE RETURNED TO DEAN WITTER.

| Employer Name | Business Telephone |
|---|---|
| P.T. MORGAN Packaging Company | (410) 544-7733 |
| **Address** | **Total New SIMPLE IRA-2000® Account Fees Due** |
| 525 Broadwater Rd | '97 PAID ~~$30.00~~ |
| **City**  **State**  **Zip** | **Account Executive Name and Number** |
| Arnold   Maryland   ~~21015~~ 21012 | J.Christopher Persico  675-050 |

## Contribution Information for the Tax Year 19 97

| Employee Name | Account Number | Elective Deferral Contribution | Employer SIMPLE Contribution |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| Subtotal | $ | $ |  |
| Total from Reverse | $ 1119.31 | $ |  |
| TOTAL CONTRIBUTIONS | $ 1119.31 | $ |  |

APPENDIX -129

D869

| Employee Name | Account Number | Elective Deferral Contribution | Employer SIMPLE Contribution |
|---|---|---|---|
| James Morgan | 675-8209/-050 | — | |
| Marianne ~~Morgan~~ Persko | 675-86952-050 | | |
| Cindy ~~Morgan~~ Moss | 675-86966-050 | 201.90 | |
| Rose Grabowski | 675-869-4-050 | 363.40 | |
| Joan Meyers | 675-86951-050 | 315.00 | |
| Ginger Andraus | 675-86954-050 | — | |
| Julie Miles | 675-86967-050 | 49.47 | |
| Linda Reppenhagen | 675-013730-021 | 77.45 | |
| Ford Mihm | | 112.09 | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| Subtotal | $ 1119.31 | $ | |

20

APPENDIX -130

P T Morgan Paper

IRA Contribution

Month of _December, 2004_

© WILSON JONES          G7505 ColumnWrite ®

|  | Prepared By | Initials | Date |
|---|---|---|---|
|  | Approved By |  |  |

| | | | W/E 12/27/04 WK 1 | W/E 12/04/04 WK 2 | W/E 12/11/04 WK 3 | W/E 12/18/04 WK 4 | W/E 12/25/04 WK 5 | TOTAL |
|---|---|---|---|---|---|---|---|---|
| 2 | Broussard, Jerry | 4 | 56 | 270 | 68 | 19 | 64 | 72 |
| 3 | Goodermuth, Doug | 5 | | | | | | |
| 4 | James, Roy | 3 | 27 | 16 | 27 | 43 | 27 | 40 |
| 5 | Morgan, Peggy | | | | | 00 | 00 | 00 |
| 6 | Doug goodermuth | | vs ✓ | | | 00 | | |
| 7 | | | 93 | 86 | 95 | 62 | | 47 |
| 8 | | | | | | | 91 | 17 |

IR 12/30/04

✓ # 37947

+ 2.1.04

POSTED  1769.8

PAPER

PAPER

PAPER

PAP R

EXHIBIT

APPENDIX -131

D835

Employer
contribution

| Employee Name | Account Number | Elective Deferral Contribution | SIMPLE Contribution |
|---|---|---|---|
| Peggy Morgan | 675-087090-014 | | 341.09 |
| Roy James | 675-086946-014 | | 981.37 |
| Jerry Broussard | 675-086947-014 | | 889.52 |
| Doug Goodermuth | 675-086950-014 | | 727.96 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | Subtotal | $ | $ 2,939.94 |

APPENDIX -132

D834

## Appendix D

# Participant Account Contribution Sheet

Instructions for completing:

1. Ask your Morgan Stanley Financial Advisor for SIMPLE IRA Account Adoption booklets for each Eligible Employee. After reading the information in the SIMPLE IRA Adoption booklet, each employee should complete and sign the SIMPLE IRA Adoption Agreement. Employees should detach the Adoption Agreement and submit it to the Employer, and retain the IRA booklet for reference.

2. Compile employee names on the Contribution Sheet under Contribution Information. Your Morgan Stanley Financial Advisor will assign SIMPLE IRA account numbers. He or she will then give you a copy of the original contribution sheet complete with account numbers for your use in making future contributions.

3. Make separate contribution and administrative fee checks payable to Morgan Stanley DW Inc. First year annual fees are paid when the account is established. In subsequent years, the employee's account will be charged directly for the annual administrative fee.

Send the Contribution Sheet(s), the employee IRA Account Adoption Agreement(s), and the checks to your Financial Advisor at his or her Morgan Stanley office. The SIMPLE Employer Agreement does not have to be returned to Morgan Stanley.

| Employer Name | Business Telephone |
|---|---|
| *P.T. Morgan Paper Co.* | *1-800-536-5008* |
| **Address** | **Total New SIMPLE IRA Account Fees Due** |
| *P.O. Box 5011* | _____ x $50.00 = _____ |
| **City**            **State**      **Zip** | **Financial Advisor Name and Number** |
| *Severna Park, MD 21146* | *Sem Shuplinkov* |

Contribution information for the tax year 20 ____     *They're 2004 made in 2005*

| Employee Name | Account Number | Elective Deferral Contribution | Employer SIMPLE Contribution |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| Subtotal | | $ | $ *0* |
| Total from Reverse | | $ | $ *2939.94* |
| TOTAL CONTRIBUTIONS | | $ | $ *2939.94* |

APPENDIX -133

D833



| VOUCHER NO. | INVOICE NO. | INVOICE DATE | INVOICE AMOUNT | AMOUNT PAID | DISCOUNT TAKEN | NET CHECK AMOUNT |
|---|---|---|---|---|---|---|
| 0 11956 | YR 2004 | 03/22/05 | 2,939.94 | 2,939.94 | | 2,939.94 |
| | | | | Check Total | .00 | 2,939.94 |

38176    03/24/05    DEAN
CHECK NO.    CHECK DATE    VENDOR NO.

BANK OF AMERICA
BENFIELD OFFICE
SEVERNA PARK, MD 21146
7-163/320

TWO THOUSAND NINE HUNDRED THIRTY-NINE AND 94/100 DOLLARS

P.T. MORGAN PAPER CO., INC.
P.O. BOX 5011
SEVERNA PARK, MD 21146

CHECK NO.    38176

PAY
TO THE
ORDER OF

MORGAN STANLEY
ATTENTION: DEAN SHUPLINKOV
410 SEVERN AVE. STE 211
ANNAPOLIS    MD    21403

CHECK AMOUNT
$**2,939.94

NOT NEGOTIABLE

⑈038176⑈ ⑆052001633⑆ 00251400?913⑈

Shows Employer contribution for 2004

# APPLICATION FOR EMPLOYMENT

PRE-EMPLOYMENT QUESTIONNAIRE
EQUAL OPPORTUNITY EMPLOYER

CONFIDENTIAL
Attorney's Eyes Only

## PERSONAL INFORMATION

DATE _____

| | |
|---|---|
| NAME (LAST NAME FIRST) **EBERHARD     GARY** | SOCIAL SECURITY NO. ▓▓▓▓▓▓▓ |

| PRESENT ADDRESS **2508 MILLINGTON RD.** | CITY **CLAYTON** | STATE **DE.** | ZIP CODE **19938** |
|---|---|---|---|
| PERMANENT ADDRESS | CITY | STATE | ZIP CODE |

| PHONE NO. **(302) 653·8078** | REFERRED BY **CELL   302·359-1278** |
|---|---|

## EMPLOYMENT DESIRED

| POSITION | DATE YOU CAN START **7·22·2002** | SALARY DESIRED **$ 85,000.00** |
|---|---|---|

| ARE YOU EMPLOYED?  [X] YES   [X] NO | IF SO, MAY WE INQUIRE OF YOUR PRESENT EMPLOYER?  [X] YES   [ ] NO |
|---|---|

| EVER APPLIED TO THIS COMPANY BEFORE?  [ ] YES   [X] NO | WHERE? | WHEN? |
|---|---|---|

## EDUCATION HISTORY

| | NAME & LOCATION OF SCHOOL | YEARS ATTENDED | DID YOU GRADUATE? | SUBJECTS STUDIED |
|---|---|---|---|---|
| GRAMMAR SCHOOL | MIDDLETOWN HIGH | 8 | YES | GENERAL |
| HIGH SCHOOL | " | 4 | YES | GENERAL |
| COLLEGE | WILMINGTON COLLEGE | 1½ | NO | BUSS. |
| TRADE, BUSINESS OR CORRESPONDENCE SCHOOL | | | | |

## GENERAL INFORMATION

SUBJECTS OF SPECIAL STUDY/RESEARCH WORK OR SPECIAL TRAINING/SKILLS **RESIDENTIAL ELECTRIC· 1YR. — CERTIFIED FORK LIFT DRIVER- PLASTIC I/O - 40HR. PROBLEM SOLVING - DRAFTING + BLUE PRINT READING**

| U.S. MILITARY OR NAVAL SERVICE | RANK |
|---|---|

## FORMER EMPLOYERS (LIST BELOW LAST FOUR EMPLOYERS, STARTING WITH LAST ONE FIRST)

| DATE MONTH AND YEAR | NAME & ADDRESS OF EMPLOYER | SALARY | POSITION | REASON FOR LEAVING |
|---|---|---|---|---|
| FROM **8·26·64** TO **8·31·01** | **CHRYSLER  CORP.** | | **PROD. CANTROL** | **RETIRED** |
| FROM TO | | | | |
| FROM TO | | | | |
| FROM TO | | | | |

**EXHIBIT LL**

adams  9661
APR 1998

APPLICATION FOR EMPLOYMENT

CONTINUED ON OTHER SIDE

APPENDIX -135

CONFIDENTIAL
Attorney's Eyes Only

**REFERENCES**   GIVE BELOW THE NAMES OF THREE PERSONS NOT RELATED TO YOU, WHOM YOU HAVE KNOWN AT LEAST ONE YEAR.

| NAME | ADDRESS | BUSINESS | YEARS KNOWN |
|---|---|---|---|
| PAUL WALRAVEN | MGMT FAC FOR PQ1 | 302-737-3793 570-645-8639 | how  5: |
| GLEN CUNNINGHAM | UNION BOSS " " | 302-266-9558 | |
| | | | |

**AUTHORIZATION**

"I certify that the facts contained in this application are true and complete to the best of my knowledge and I understand that, if employed, falsified statements on this application shall be grounds for dismissal.

I authorize investigation of all statements contained herein and the references and employers listed above to give you any and all information concerning my previous employment and any pertinent information they may have, personal or otherwise, and release the company from all liability for any damage that may result from utilization of such information.

I also understand and agree that no representative of the company has any authority to enter into any agreement for employment for any specified period of time, or to make any agreement contrary to the forego-ing, unless it is in writing and signed by an authorized company representative.

This waiver does not permit the release or use of disability-related or medical information in a manner pro-hibited by the Americans with Disabilities Act (ADA) and other relevant federal and state laws."

DATE 7-22-2002      SIGNATURE _____

INTERVIEWED BY _____     DATE _____

──────────── **DO NOT WRITE BELOW THIS LINE** ────────────

**REMARKS**

| NEATNESS | | CHARACTER | |
|---|---|---|---|
| PERSONALITY | | ABILITY | |
| HIRED | FOR DEPT. | POSITION | WILL REPORT | SALARY WAGES |

APPROVED: 1. _____ 2. _____ 3. _____
         EMPLOYMENT MANAGER      DEPARTMENT HEAD         GENERAL MANAGER

This application for employment is sold only for general use throughout the United States. Adams assumes no responsibility and no form of any questions or requests for information upon which a violation of local, state and/or federal law may be based. It is the u plies with applicable laws, which change from time to time.

APPENDIX -136

D377

CONFIDENTIAL

Attorney's Eyes Only

# Form W-4 (1997)

**Want More Money in Your Paycheck?**
If you expect to be able to take the earned income credit for 1997 and a child lives with you, you may be able to have part of the credit added to your take-home pay. For details, get Form W-5 from your employer.

**Purpose.** Complete Form W-4 so that your employer can withhold the correct amount of Federal income tax from your pay. Form W-4 may be completed electronically, if your employer has an electronic system. Because your tax situation may change, you may want to refigure your withholding each year.

**Exemption From Withholding.** Read line 7 of the certificate below to see if you can claim exempt status. If exempt, only complete lines 1, 2, 3, 4, 7, and sign the form to validate it. No Federal income tax will be withheld from your pay. Your exemption expires February 17, 1998.

**Note:** You cannot claim exemption from withholding if (1) your income exceeds $650

and includes unearned income (e.g., interest and dividends) and (2) another person can claim you as a dependent on their tax return.

**Basic Instructions.** If you are not exempt, complete the Personal Allowances Worksheet. Additional worksheets are on page 2 so you can adjust your withholding allowances based on itemized deductions, adjustments to income, or two-earner/two-job situations. Complete all worksheets that apply to your situation. The worksheets will help you figure the number of withholding allowances you are entitled to claim. However, you may claim fewer allowances than this.

**Head of Household.** Generally, you may claim head of household filing status on your tax return only if you are unmarried and pay more than 50% of the costs of keeping up a home for yourself and your dependent(s) or other qualifying individuals.

**Nonwage Income.** If you have a large amount of nonwage income, such as interest or dividends, you should consider making estimated tax payments using Form 1040-ES.

Otherwise, you may owe additional tax at the end of the year.

**Two-Earners/Two Jobs.** If you have a working spouse or more than one job, figure the total number of allowances you are entitled to claim on all jobs using worksheets from only one W-4. This total should be divided among all jobs. Your withholding will usually be most accurate when all allowances are claimed on the W-4 filed for the highest paying job and zero allowances are claimed for the others.

**Check Your Withholding.** After your W-4 takes effect, use Pub. 919, Is My Withholding Correct for 1997, to see how the dollar amount you are having withheld compares to your estimated total annual tax. Get Pub. 919 especially if you used the Two-Earner/Two-Job Worksheet and your earnings exceed $150,000 (Single) or $200,000 (Married). To order Pub. 919, call 1-800-829-3676. Check your telephone directory to the IRS assistance number for further help.

**Sign This Form.** Form W-4 is not considered valid unless you sign it.

---

## Personal Allowances Worksheet

A   Enter "1" for yourself if no one else can claim you as a dependent . . . . . . . . . . . . . **A** `1`

B   Enter "1" if: { • You are single and have only one job; or
  • You are married, have only one job, and your spouse does not work; or
  • Your wages from a second job or your spouse's wages (or the total of both) are $1,000 or less. } . . . . . . . **B** `1`

C   Enter "1" for your spouse. But, you may choose to enter -0- if you are married and have either a working spouse or more than one job (this may help you avoid having too little tax withheld) . . . . . . . . . **C**

D   Enter number of dependents (other than your spouse or yourself) you will claim on your tax return . . . . . **D** `2`

E   Enter "1" if you will file as head of household on your tax return (see conditions under Head of Household above) . . **E** `1`

F   Enter "1" if you have at least $1,500 of child or dependent care expenses for which you plan to claim a credit . . . **F**

G   Add lines A through F and enter total here. Note: This amount may be different from the number of exemptions you claim on your return ▶ **G** `3`

( For accuracy, complete all worksheets that apply.
  • If you plan to itemize or claim adjustments to income and want to reduce your withholding, see the Deductions and Adjustments Worksheet on page 2.
  • If you are single and have more than one job and your combined earnings from all jobs exceed $32,000 OR if you are married and have a working spouse or more than one job, and the combined earnings from all jobs exceed $65,000, see the Two-Earner/Two-Job Worksheet on page 2 if you want to avoid having too little tax withheld.
  • If neither of the above situations applies, stop here and enter the number from line G on line 5 of Form W-4 below.

---------------------------- Cut here and give the certificate to your employer. Keep the top portion for your records. ----------------------------

| Form **W-4** | **Employee's Withholding Allowance Certificate** | OMB No. 1545-0010 |
|---|---|---|
| Department of the Treasury Internal Revenue Service | ▶ For Privacy Act and Paperwork Reduction Act Notice, see reverse. | **1997** |

**1** Type or print your first name and middle initial   `GARY  N.`   Last name `EBERHARD`   **2** Your social security number ████████

Home address (number and street or rural route) `6508 MILLINGTON ROAD`
**3** Single ☐   Married ☒   Married, but withhold at higher Single rate. ☐
Note: If married, but legally separated, or spouse is a nonresident alien, check the Single box.

City or town, state, and ZIP code `CLAYTON, DE.  19938`
**4** If your last name differs from that on your social security card, check here and call 1-800-772-1213 for a new card ▶ ☐

**5** Total number of allowances you are claiming (from line G above or from the worksheets on page 2 if they apply) . . **5** ████

**6** Additional amount, if any, you want withheld from each paycheck . . . . . . . . . . . . **6** $

**7** I claim exemption from withholding for 1997 and I certify that I meet BOTH of the following conditions for exemption:
  • Last year I had a right to a refund of ALL Federal income tax withheld because I had NO tax liability; AND
  • This year I expect a refund of ALL Federal income tax withheld because I expect to have NO tax liability.
  • If you meet both conditions, enter "EXEMPT" here . . . . . . . . . . . ▶ **7**

Under penalties of perjury, I certify that I am entitled to the number of withholding allowances claimed on this certificate or entitled to claim exempt status.

Employee's signature ▶ *[signature]*   Date ▶ `8·28·02`

**8** Employer's name and address (Employer: Complete 8 and 10 only if sending to the IRS)   **9** Office code (optional)   **10** Employer identification number

JSA
6W3041 1000

APPENDIX -137

1-5-05

Job Description - Gary Eberhard

Responsible for the overall profitability of the Paper Company

Personnel --
        Safety
        Maintain H/R
        Payroll Hours
        Keep all employment records
        Hire and fire employees as needed

Supervise-
        Loading and Unloading of trailers
        Manufacturing of Pads
        Warehouse

Truck Log - Record trailer # & contents of all trailers in yard

Set up unloading schedule for the day

Set up loading and pick up schedule for the day

Dispatch workload to employees

Discuss Pad workload for the day with team leaders

Maintain Pad Production Schedule

Answer phone

Shipping - enter into computer and maintain shipping records & billing
        send out samples as requested via UPS or trailer

Receiving - enter into computer and maintain perpetual inventory

Purchasing - Purchase new inventory as needed
        Maintain office supply inventory
        Maintain office machines (fax, copier, etc)

Filing



APPENDIX -138

D229

All record keeping
    Maintain all reports for Fed'l Govt for tractor (IFTA)
    Maintain all reports for Fuel Tax Stamp for State Govt
    Maintain all Motor Vehicles records and keep all licenses and inspections on all 15 trailers current
    Maintain all necessary posters required by Fed'l/State Govt

Pricing - New Items
    Negotiate with Current customer

Negotiate pricing with Vendors and Truckers

Sales - inside and outside

Inventory - maintain computer and verify inventory on floor
    Maintain separate inventory for Pad side

Keep P T Morgan Packaging accounting dept appraised of all
    billing
    receiving
    inventory
    payroll hours
    repairs
    utilities
    fuel usage
    fork truck usage
    end of month reports

Maintenance and decisions on repairs of fork lifts / mechanical equipment

Logistics - Coordinate staging of product, loading of trailers, coordinating PTM drivers and outside carriers, picking up of product from vendors, deliveries to customers,

APPENDIX -139

CONFIDENTIA
Attorney's Eyes Or





EXHIBIT

NN



# EMPLOYMENT ELIGIBILITY VERIFICATION (Form I-9)

**1** EMPLOYEE INFORMATION AND VERIFICATION: (To be completed and signed by employee.)

| Name: (Print or Type) Last | First | Middle | Maiden Name |
|---|---|---|---|
| TINGLE | BERNARD | Couch | Bernard Couch Tingle |

| Address: Street Name and Number | City | State | ZIP Code |
|---|---|---|---|
| East Commerce St | Delaware | | 19977 |

| Date of Birth (Month/Day/Year) | Social Security Number |
|---|---|
| 4-7-64 | 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 |

I attest, under penalty of perjury, that I am (check a box):

☑ 1. A citizen or national of the United States.
☐ 2. An alien lawfully admitted for permanent residence (Alien Number A _____ ).
☐ 3. An alien authorized by the Immigration and Naturalization Service to work in the United States (Alien Number A _____
or Admission Number _____ Expiration of employment authorization, if any _____ ).

I attest, under penalty of perjury, the documents that I have presented as evidence of identity and employment eligibility are genuine and relate to me. I am aware that federal law provides for imprisonment and/or fine for any false statements or use of false documents in connection with this certificate.

| Signature | Date (Month/Day/Year) |
|---|---|
| Bernard Couch Tingle | Nov.-13-03 |

PREPARER/TRANSLATOR CERTIFICATION (To be completed if prepared by person other than the employee). I attest, under penalty of perjury, that the above was prepared by me at the request of the named individual and is based on all information of which I have any knowledge.

| Signature | Name (Print or Type) |
|---|---|
| | |

| Address (Street Name and Number) | City | State | Zip Code |
|---|---|---|---|
| | | | |

**2** EMPLOYER REVIEW AND VERIFICATION: (To be completed and signed by employer.)

Instructions:
Examine one document from List A and check the appropriate box. OR examine one document from List B and one from List C and check the appropriate boxes.
Provide the Document Identification Number and Expiration Date for the document checked.

| List A<br>Documents that Establish<br>Identity and Employment Eligibility | List B<br>Documents that Establish<br>Identity and | | List C<br>Documents that Establish<br>Employment Eligibility |
|---|---|---|---|
| ☐ 1. United States Passport | ☑ 1. A State-issued driver's license or a State-issued I.D. card with a photograph, or information, including name, sex, date of birth, height, weight, and color of eyes. (Specify State) DE | | ☐ 1. Original Social Security Number Card (other than a card stating it is not valid for employment) |
| ☐ 2. Certificate of United States Citizenship | | | ☑ 2. A birth certificate issued by State, county, or municipal authority bearing a seal or other certification |
| ☐ 3. Certificate of Naturalization | ☐ 2. U.S. Military Card | | |
| ☐ 4. Unexpired foreign passport with attached Employment Authorization | ☐ 3. Other (Specify document and issuing authority) | and | ☐ 3. Unexpired INS Employment Authorization Specify form |
| ☐ 5. Alien Registration Card with photograph | | | |
| Document Identification | Document Identification | | Document Identification |
| # | # 9239007 | | # 10552 |
| Expiration Date (If any) | Expiration Date (If any) | | Expiration Date (If any) |
| | 04/07/2001 | | |

CERTIFICATION: I attest, under penalty of perjury, that I have examined the documents presented by the above individual, that they appear to be genuine and to relate to the individual named, and that the individual, to the best of my knowledge, is eligible to work in the United States.

| Signature | Name (Print or Type) | Title |
|---|---|---|
| | Robbi Smith | Owning |
| Employer Name | Address | Date |
| V. F. Morgan Paper | | 11/17/03 |

Re-order Form #2040 From Amsterdam Printing and Litho Corp., Amsterdam, N. Y. 12010

U.S. Department of Justice
Immigration and Naturalization Service



EXHIBIT

tabbies ○○

D118

APPENDIX -141

CONFIDENTIA

## EMPLOYMENT ELIGIBILITY VERIFICATION (Form I-9 Attorney's Eyes O

**1 EMPLOYEE INFORMATION AND VERIFICATION: (To be completed and signed by employee.)**

| Name: (Print or Type) Last | First | Middle | Birth Name |
|---|---|---|---|
| EBERHARD | GARY | NORMAN | SAME |

| Address: Street Name and Number | City | State | ZIP Code |
|---|---|---|---|
| 6508 MILLINGTON RD. | CLAYTON , | DE. | 19938 |

| Date of Birth (Month/Day/Year) | Social Security Number |
|---|---|
| 06·04·46 | 222· 28·0856 |

I attest, under penalty of perjury, that I am (check a box):

☒ 1. A citizen or national of the United States.

☐ 2. An alien lawfully admitted for permanent residence (Alien Number A _____ ).

☐ 3. An alien authorized by the Immigration and Naturalization Service to work in the United States (Alien Number A _____ ,

or Admission Number _____ , expiration of employment authorization, if any _____ ).

I attest, under penalty of perjury, the documents that I have presented as evidence of identity and employment eligibility are genuine and relate to me. I am aware that federal law provides for imprisonment and/or fine for any false statements or use of false documents in connection with this certificate.

| Signature | Date (Month/Day/Year) |
|---|---|
|  | 8·27·02 |

**PREPARER/TRANSLATOR CERTIFICATION (To be completed if prepared by person other than the employee.)** I attest, under penalty of perjury, that the above was prepared by me at the request of the named individual and is based on all information of which I have any knowledge.

| Signature | Name (Print or Type) | | |
|---|---|---|---|
| Address (Street Name and Number) | City | State | Zip Code |

**2 EMPLOYER REVIEW AND VERIFICATION: (To be completed and signed by employer.)**

**Instructions:**

Examine one document from List A and check the appropriate box, *OR* examine one document from List B *and* one from List C and check the appropriate boxes.

Provide the *Document Identification Number* and *Expiration Date* for the document checked.

| List A<br>Documents that Establish<br>Identity and Employment Eligibility | List B<br>Documents that Establish<br>Identity | and | List C<br>Documents that Establish<br>Employment Eligibility |
|---|---|---|---|
| ☐ 1. United States Passport | ☑ 1. A State-issued driver's license or a State-issued I.D. card with a photograph, or information, including name, sex, date of birth, height, weight, and color of eyes. (Specify State) SDE | | ☑ 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 1. Original Social Security Number Card (other than a card stating it is not valid for employment) |
| ☐ 2. Certificate of United States Citizenship | ☐ 2. U.S. Military Card | | ☐ 2. A birth certificate issued by State, county, or municipal authority bearing a seal or other certification |
| ☐ 3. Certificate of Naturalization | ☐ 3. Other (Specify document and issuing authority) | | ☐ 3. Unexpired INS Employment Authorization Specify form # Sam's club card |
| ☐ 4. Unexpired foreign passport with attached Employment Authorization | | | |
| ☐ 5. Alien Registration Card with photograph | | | |
| Document Identification<br># _____ | Document Identification<br># 474512 | | Document Identification<br># B6330X 02894 |
| Expiration Date (if any)<br>_____ | Expiration Date (if any)<br>6/04/2007 | | Expiration Date (if any)<br>_____ |

**CERTIFICATION: I attest, under penalty of perjury, that I have examined the documents presented by the above individual, that they appear to be genuine and to relate to the individual named, and that the individual, to the best of my knowledge, is eligible to work in the United States.**

| Signature | Name (Print or Type) | Title |
|---|---|---|
|  | Robbi Smith | Accting |
| Employer Name<br>P. T. Morgan Paper | Address | Date<br>11/18/03 |

Form I-9 (05/07/87)
OMB No. 1115-0136

U.S. Department of Justice

Service

APPENDIX -142

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

EQUAL EMPLOYMENT OPPORTUNITY      )
COMMISSION,                       )
                                  )
            Plaintiff,            )
                                  )  CIVIL ACTION NO. 04-1304 (KAJ)
v.                                )
                                  )
P.T. MORGAN PAPER CO., affiliated with  )
P.T. MORGAN PACKAGING COMPANY     )
                                  )
            Defendant.            )

**AFFIDAVIT OF MARK MADDOX**

Affiant, Mark Maddox, being first duly sworn, states as follows:

1.      My name is Mark Maddox. The information set forth in this affidavit is based upon my personal knowledge and is true and accurate to the best of my knowledge, information, and belief.

2.      I am an Investigator for the Equal Employment Opportunity Commission ("EEOC"). I am assigned to work in the Philadelphia District Office of the EEOC. In that capacity, I was responsible for conducting the EEOC's investigation of EEOC Charge Anthony Moore v. P.T. Morgan Paper Company, EEOC Charge No. 17C-2004-00135.

3.      I am authorized to execute this Affidavit on behalf of the E.E.O.C.

4.      During the course of my investigation of EEOC Charge No. 17C -2004-00135, on July 9, 2004, I attempted to contact James Morgan, an owner of P.T. Morgan Paper Company. I dialed (410) 544-7733.

5.      I was informed by Robbin Smith, who had answered the telephone, that Mr. Morgan was not available to take my call.

6.      I proceeded to identify myself and asked if she or anyone else could tell me how many individuals were employed by the Respondent, P.T. Morgan Paper Company. She replied that she was in the Accounting Department and that she handled payroll, as well.

1



EXHIBIT

_ρρ_

APPENDIX -143

She informed me that it employed a total of 19 people.

7.    Attached as Exhibit A is a copy of my notes made contemporaneously with the July 9, 2004 telephone conversations.

Further Affiant sayeth naught

_____
Mark Maddox

ANIA                    )
                                        : SS
PHILADELPHIA      )

The foregoing instrument was subscribed, sworn to, and acknowledge before me

_____, 2005, by Mark Maddox.

My commission expires:_____

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
A  Yvonne Davis, Notary Public
City Of Philadelphia, Philadelphia County
My Commission Expires May 20, 2008
Member, Pennsylvania Association Of Notaries

_____
Notary Public

2

APPENDIX -144

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

EQUAL EMPLOYMENT OPPORTUNITY )
COMMISSION, )
                                                       )
                    **Plaintiff,** )
                                                       )
                                                       ) CIVIL ACTION NO. 04-1304 (KAJ)
v.                                                 )
                                                       )
P.T. MORGAN PAPER CO., affiliated with )
P.T. MORGAN PACKAGING COMPANY, )
                                                       )
                    **Defendant.** )
                                                       )

## UNSWORN DECLARATION OF BERNARD TINGLE
### UNDER 28 U.S.C. § 1746

I, Bernard Tingle, hereby depose and state as follows:

1.      My name is Bernard Tingle. The information set forth in this affidavit is based upon my personal knowledge and is true and accurate to the best of my knowledge, information, and belief.   I will testify hereto if called as a witness.  I am competent to testify as a witness.

2.      I commenced working as a laborer for P.T. Morgan Paper Company in June, 2002 and continue to be employed in there.

3.      I have personally seen Rose Grabowski work at the P.T. Morgan Paper Company location in Smyrna, Delaware.  Although I do not know all that she does here, I do know that she does work with the computers.

4.      To the best of my recollections, Ms. Grabowski comes to the Paper site approximately once a week.

                    _____
                    **BERNARD TINGLE**

I declare under penalty of perjury that the foregoing is true and correct.  Executed on this ____ day of _12 - 2 8_ , 200_5_.



EXHIBIT

APPENDIX -145

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CIVIL ACTION NO. 04-1304 (KAJ) ) |
| P.T. MORGAN PAPER CO., affiliated with P.T. MORGAN PACKAGING COMPANY, | ) ) ) |
| Defendant. | ) ) ) |

## UNSWORN DECLARATION OF CARLYLE MOORE
## UNDER 28 U.S.C. § 1746

I, Carlyle Moore, hereby depose and state as follows:

1.    My name is Carlyle Moore. The information set forth in this affidavit is based upon my personal knowledge and is true and accurate to the best of my knowledge, information, and belief.   I will testify hereto if called as a witness.  I am competent to testify as a witness.

2.    I commenced working as a laborer for P.T. Morgan Paper Company in June, 2002 and continue to be employed in there.

3.    I have personally seen Rose Grabowski work at the P.T. Morgan Paper Company location in Smyrna, Delaware.  Although I do not know all that she does here, I do know that she does work with the computers.

4.    To the best of my recollections, Ms. Grabowski comes to the Paper site approximately once a week.

*Carlyle E. Moore*
**CARLYLE MOORE**

I declare under penalty of perjury that the foregoing is true and correct.  Executed on this *22* day of *December*, 200*5*.

## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) |
| Plaintiff, | ) ) |
| | ) CIVIL ACTION NO. 04-1304 (KAJ) |
| v. | ) ) |
| P.T. MORGAN PAPER CO., affiliated with P.T. MORGAN PACKAGING COMPANY, | ) ) ) |
| Defendant. | ) ) ) |

### UNSWORN DECLARATION OF PATRICK MOORE
### UNDER 28 U.S.C. § 1746

I, Patrick Moore, hereby depose and state as follows:

1.     My name is Patrick Moore. The information set forth in this affidavit is based upon my personal knowledge and is true and accurate to the best of my knowledge, information, and belief.   I will testify hereto if called as a witness.  I am competent to testify as a witness.

2.     I commenced working as a laborer for P.T. Morgan Paper Company in June, 2002 and continue to be employed in there.

3.     I have personally seen Rose Grabowski work at the P.T. Morgan Paper Company location in Smyrna, Delaware.  Although I do not know all that she does here, I do know that she does work with the computers.

4.     To the best of my recollections, Ms. Grabowski comes to the Paper site approximately once a week.

_Patrick Moore_
**PATRICK MOORE**

I declare under penalty of perjury that the foregoing is true and correct.  Executed on this _27_ day of _December_, 200_5_.

APPENDIX -147

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,** | ) |
| | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) **CIVIL ACTION NO. 04-1304 (KAJ)** |
| **v.** | ) |
| | ) |
| **P.T. MORGAN PAPER CO., affiliated with P.T. MORGAN PACKAGING COMPANY** | ) |
| | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

## UNSWORN DECLARATION OF ANTHONY MOORE
### UNDER 28 U.S.C. § 1746

I, Anthony Moore, hereby depose and state as follows:

1.   My name is Anthony Moore. The information set forth in this affidavit is based upon my personal knowledge and is true and accurate to the best of my knowledge, information, and belief.   I will testify hereto if called as a witness.  I am competent to testify as a witness.

2.   I worked as a laborer for P.T. Morgan Paper Company from January 16, 2001 until February, 2004.

3.   During a portion of the time I worked for P.T. Morgan, I was supervised by Douglas Goodermuth.

4.   From at least 2002, until I was constructively discharged in mid February, 2004, Mr. Goodermuth made racially offensive statements to me or within my hearing.  These statements included, but were not limited to,

    a.   Comments about how strong black men are and how good they would be on a plantation (implying slavery of the American negroes);

Page 1 of 2



b.    Comments about the food African Americans, including myself, eat, such as fried chicken and watermelon;

c.    He referred to me and other African American employees as "boys;"

d.    He referred to me and other African American employees as "crows" and commented that if he had a shotgun, he would shoot us down off the wires;

e.    Sometimes, when I walked past me, he would whistle "Dixie," again indicating the South during the time of slavery;

5.    I did not like Mr. Goodermuth's comments and told him so. He would cease for a period of time, and then he would start with the racial comments, again.

6.    I first complained about Goodermuth's comments to Eugene Fox, who was the General Manager at that time.   To my knowledge, Mr. Fox took no action to alleviate the situation.

7.    I later complained about Goodermuth's comments and language to Gary Eberhard, who succeeded Mr. Fox as General Manager.  To my knowledge, Mr. Eberhard took no action to alleviate the situation.

8.    In mid to late November, 2003, Mr. Goodermuth handed me some paper, titled "Nigger Application."   At first, I thought that I was being given an opportunity to apply for a promotion.   As I began to complete the form, I realized how offensive and derogatory it was.  I became very angry and told Goodermuth that.  He simply laughed. He said, "Show it to Gary (Eberhard).  He'll get a laugh."

9.    Shortly thereafter, I took the Nigger Application to Mr. Eberhard and told him how offended and outraged I was by it.  To my knowledge, Mr. Eberhard took no action to discipline Mr. Goodermuth for his conduct.

10.   Mr. Goodermuth's racially offensive conduct continued thereafter.

_____

ANTHONY MOORE

I declare under penalty of perjury that the foregoing is true and correct.  Executed on this 2 day of January, 2006.

Page 2 of 2

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **EQUAL EMPLOYMENT OPPORTUNITY** | ) |
| **COMMISSION,** | ) |
| **Plaintiff,** | ) |
| | ) **CIVIL ACTION NO. 04-1304 (KAJ)** |
| **v.** | ) |
| | ) |
| **P.T. MORGAN PAPER CO., affiliated with** | ) |
| **P.T. MORGAN PACKAGING COMPANY** | ) |
| **Defendant.** | ) |
| | ) |

## UNSWORN DECLARATION OF M. JEAN CLICKNER
## UNDER 28 U.S.C. § 1746

I, M. Jean Clickner, hereby depose and state as follows:

1.    My name is M. Jean Clickner. The information set forth in this affidavit is based upon my personal knowledge and is true and accurate to the best of my knowledge, information, and belief.

2.    I am lead trial counsel for the Equal Employment Opportunity Commission in this case.

3.    The period of discovery for this case is not scheduled to conclude until April 29, 2006.

4.    The Commission has served several sets of written discovery, including Interrogatories, Requests for Production of Documents, and Requests for Admissions on Defendant. And, Defendant has responded to all outstanding written discovery.

5.    The Commission has not taken any depositions, to date.   The Commission has several depositions scheduled for late January and early February, 2006.  If necessary, the Commission will seek additional information in support of its summary judgment position at upcoming depositions.

_____
**M. JEAN CLICKNER**

I declare under penalty of perjury that the foregoing is true and correct.  Executed on this 5th day of January, 2006.

150



**EXHIBIT**

RR-1

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EQUAL EMPLOYMENT<br>OPPORTUNITY COMMISSION, | : |
| | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : |
| | :     C.A. No.04-1304-KAJ |
| P.T. MORGAN PAPER COMPANY, an<br>affiliate of P.T. MORGAN PACKAGING<br>COMPANY, | : |
| | : |
| | : |
| Defendant. | : |

## DEFENDANT'S RESPONSE TO THE PLAINTIFF'S SECOND SET OF INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS

Defendant, P.T. Morgan Paper Company, by its attorneys, hereby objects to Plaintiff's Second Set of Interrogatories and Request for Production of Documents ("Discovery") in accordance with the numbered paragraphs as set forth below. Defendant reserves the right to amend or supplement the responses contained herein as may be necessary or appropriate in the future.

Discovery has not concluded in this case. Defendant reserves the right to supplement its responses at a later time as discovery is completed.

## GENERAL OBJECTIONS

1.    Defendant objects generally to Discovery insofar as it requests information or documents which are subject to the attorney-client privilege, or which constitute trial preparation materials or attorney-client work product, or which are otherwise privileged or protected and not subject to discovery.

**EXHIBIT**

tabbies  SS

APPENDIX -151

**Response:** Objection. Duplicative (see #15).

Subject to and without waiving the foregoing objections:

No such documents are in the possession, custody or control of defendant since AFLAC benefits were not instituted until February 2005.

19.    Explain the nature and coverage of AFLAC.

**Response:** AFLAC benefits were not instituted until February 2005.

20.    For the years 2003 and 2004, produce a copy of documents which reflect the contractual relationship between P.T. Morgan Paper Company and "Payrolls by Paychex, Inc." Also produce a document submitted Payrolls by Paychex, Inc. which reveal the names of employees identified by P.T. Morgan Paper Company as participants in the services provided.

**Response:** No further objections.  The documents will be produced. (D 907-917).

21.    For the years 2003 and 2004, produce a copy of documents which reflect the contractual relationship between P.T. Morgan Packaging Company and "Payrolls by Paychex, Inc." Also produce a document submitted Payrolls by Paychex, Inc. which reveal the names of employees identified by P.T. Morgan Packaging Company as participants in the services provided.

**Response:** Objection. As explained above, P.T. Morgan Packaging Company is a separate and distinct corporation and legal entity.  Defendant P.T. Morgan Paper Company is not

able to speak, answer or otherwise act on its behalf.

Subject to and without waiving the foregoing objections:

The documents are being produced. (D 918-921).


As to objections:

THE NEUBERGER FIRM, P.A.

/s/ Thomas S.. Neuberger
**THOMAS S. NEUBERGER, ESQ. (#243)**
**STEPHEN J. NEUBERGER, ESQ. (#4440)**
Two East Seventh Street, Suite 302
Wilmington, DE 19801
(302) 655-0582
TSN@NeubergerLaw.com
SJN@NeubergerLaw.com

Attorneys for Defendant

Dated: December 8, 2005

PTMorgan/Pleadings/Second RFP Docs - FINAL

11

## DECLARATION OF JAMES B. MORGAN UNDER 28 U.S.C. § 1746

1. I am the Vice President of P.T. Morgan Paper Company of Smyrna, Delaware, the Defendant in this action. I have investigated and/or have personal knowledge of the facts contained in this Declaration and, if called as a witness, I am competent to testify to those facts.

2. I have read the Defendant's Response to Plaintiff's Second Set of Interrogatories and Request for Production of Documents set out above. The answers contained therein are true and correct to the best of my knowledge, information, and belief.

3. Pursuant to 28 U.S.C. § 1746(2), I declare under penalty of perjury that the foregoing is true and correct.

_James B. Morgan_
JAMES B. MORGAN

_12/5/05_
Date

12

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EQUAL EMPLOYMENT<br>OPPORTUNITY COMMISSION,<br>        Plaintiff,<br><br>                v.<br><br><br>P.T. MORGAN PAPER COMPANY, an<br>affiliate of P.T. MORGAN PACKAGING<br>COMPANY,<br>        Defendant. | )<br>)<br>)<br>)<br>) **Civil Action No. 04-1304**<br>)  **Judge Kent A. Jordan**<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATE OF SERVICE

I, Seth M. Beausang, counsel for Plaintiff, hereby certify that on this 6th day of January, 2006, a correct copy of the foregoing Commission's Appendix was served by electronic filing:

Thomas S. Neuberger and
Steven J. Neuberger
Two East Seventh St., Suite 302
Wilmington, DE 19801-3725
Attorneys for Defendant

  /s/ Seth M. Beausang
**SETH M. BEAUSANG, ASST. U.S. ATTORNEY**