UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **EQUAL EMPLOYMENT** | ) |
| **OPPORTUNITY COMMISSION,** | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 04-1304 |
| | ) Judge Kent A. Jordan |
| | ) |
| **P.T. MORGAN PAPER COMPANY**, an | ) |
| affiliate of P.T. MORGAN PACKAGING | ) |
| **COMPANY,** | ) |
| Defendant. | ) |

**CERTIFICATE OF SERVICE**

   I, Seth M. Beausang, counsel for Plaintiff, hereby certify that on this 6th day of January, 2006, a correct copy of the foregoing Commission's Appendix was served by electronic filing:

   Thomas S. Neuberger and
   Steven J. Neuberger
   Two East Seventh St., Suite 302
   Wilmington, DE 19801-3725
   Attorneys for Defendant

      /s/ Seth M. Beausang
**SETH M. BEAUSANG, ASST. U.S. ATTORNEY**