**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| EQUAL EMPLOYMENT<br>OPPORTUNITY COMMISSION,<br>    Plaintiff,<br><br>        v.<br><br>P.T. MORGAN PAPER COMPANY, an<br>affiliate of P.T. MORGAN PACKAGING<br>COMPANY,<br>    Defendant. | )<br>)<br>)<br>)<br>) CIVIL ACTION NO. 04-1304 (KAJ)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF SERVICE**

I, Seth M. Beausang, local counsel for Plaintiff, hereby certify that on this 10th day of January, 2006, a correct copy of the foregoing Commission's First Supplement to Rule 26(a)(1) Initial Disclosure was served by U.S. Mail on:

Thomas S. Neuberger and
Steven J. Neuberger
Two East Seventh St., Suite 302
Wilmington, DE 19801-3725
Attorneys for Defendant


         /s/ Seth M. Beausang
        Seth M. Beausang
        Asst. U.S. Attorney
        The Nemours Building
        1007 Orange Street, Suite 700
        Wilmington, Delaware 19899
        Del. Bar ID No. 4071
        (302) 573-6277