UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EQUAL EMPLOYMENT ) | |
| OPPORTUNITY COMMISSION, ) | |
|     Plaintiff, ) | |
|     v. ) | Civil Action No. 04-1304 |
| ) | Judge Kent A. Jordan |
| P.T. MORGAN PAPER COMPANY, an ) | |
| affiliate of P.T. MORGAN PACKAGING ) | |
| COMPANY, ) | |
|     Defendant. ) | |

## NOTICE OF SERVICE

I, Seth M. Beausang, counsel for Plaintiff, hereby certify that on this 12th day of January, 2006, a correct copy of the foregoing Commission's Fifth Set of Interrogatories and Request for Production of Documents Directed to Defendant was sent by facsimile and by United States first class mail, postage prepaid, to the following:

    Thomas S. Neuberger and
    Steven J. Neuberger
    Two East Seventh St., Suite 302
    Wilmington, DE 19801-3725
    Attorneys for Defendant

    /s/ Seth M. Beausang
    UNITED STATES ATTORNEY
    DISTRICT OF DELAWARE
    Seth M. Beausang
    Asst. U.S. Attorney
    The Nemours Building
    1007 Orange Street, Suite 700
    Wilmington, Delaware 19899
    Del. Bar ID No. 4071
    (302) 573-6277 x149
    seth.beausang@usdoj.gov