# THE NEUBERGER FIRM
### ATTORNEYS AND COUNSELLORS AT LAW

## TWO EAST SEVENTH STREET
## SUITE 302
## WILMINGTON, DELAWARE 19801-3707

### WWW.NEUBERGERLAW.COM
### EMAIL: INFO@NEUBERGERLAW.COM

THOMAS S. NEUBERGER, ESQUIRE
STEPHEN J. NEUBERGER, ESQUIRE

PHONE: (302) 655-0582
FAX: (302) 655-9329

January 13, 2006

**Via CM/ECF Filing**

The Honorable Kent A. Jordan
United States District Court
District of Delaware
844 King Street
Wilmington, DE 19801

**RE:**   **EEOC v. P.T. Morgan Paper Company**, C.A.No. 04-1304-KAJ
Wavier of an answering brief, request for an early ruling and a small stay of discovery

Dear Judge Jordan:

Defendant's motion for summary judgment on the jurisdictional issue was submitted today with the filing of its reply brief.

Plaintiff last week cross moved for summary judgment on the same issue but in footnote one of defendant's reply brief it waived any answering brief in this regard and relies upon the more than sufficient briefing on all issues found in the record already. The matter is ripe for decision.

Discovery ends April 28, 2006. A three month stay of deposition discovery until April 10, 2006 would leave the parties 14 work days to take whatever depositions are necessary in this case. A stay also would allow the court three months to rule on the jurisdictional issue before it and possibly dispose of the case without costly deposition discovery for this small closely held corporate defendant.

Presently the government has five depositions of corporate employees scheduled for January 24, 31 and February 1 and 2. Defendant needs to take five depositions, of the four complaining parties and the EEOC investigator, to defend the case. But they can be put off until April. The EEOC also has just amended its Rule 26 witness list to add five more witnesses into the mix, so the case keeps getting more expensive to defend.

The Honorable Kent A. Jordan
January 13, 2006
Page 2

In the interests of economy for this small corporate defendant, I request that the court stay deposition discovery until April 10th and that, if the court's busy schedule permits, it try to at least rule by order, with any memorandum opinion to follow, by early April of 2006.

In this way costly discovery could be avoided in a case which I believe has a good chance of being dismissed.

I asked the EEOC to consent to this delay but it was unable to do so. My email and its reply is attached. It does not appear however that there is any obstacle to either side reserving the last part of April for these depositions should the court grant my request.

Respectfully submitted,

/s/ Thomas S. Neuberger

Attorney for Defendant

cc:    Seth M. Beausang, Esq. (Via CM/ECF)
       M. Jean Clickner, Esq. (Via Email)
       Clerk of Court (Via Hand Delivery)
       client (Via U.S. Mail)

PT Morgan \ Letters \ Jordan.02

2

## Thomas S. Neuberger, Esquire

**From:** "Thomas S. Neuberger, Esquire" <TSN@NeubergerLaw.com>
**To:** "M. Jean Clickner, Esq." <jean.clickner@eeoc.gov>
**Cc:** "Cheryl A. Sasadeusz, Esq." <CherylH@NeubergerLaw.com>
**Sent:** Tuesday, January 10, 2006 11:12 AM
**Subject:** EEOC v. PT Morgan

Jean,

Thank you for your timely summary judgment filing.

There is no need for me to respond to your cross motion for summary judgment. I will stand on the record in my briefing. So I will file my Reply brief on my motion by this Friday and rest.

The matter then will be under submission.

The discovery cut off is the end of April. You have depositions scheduled in Wilmington on Jan 24, 31 and Feb. 1 and 2. Would you consider postponing them and booking them the last two weeks of April along with the five I needed? Then we could ask the court if in the interest of economy it might be able to rule before April 15, at least by order and any opinion to follow later. That would give the court 3 months to rule and save everyone possibly unnecessary expense.

I appreciate your considering my request.

Tom

*****************************************
Thomas S. Neuberger, Esquire
The Neuberger Firm
Attorneys And Counsellors At Law
Two East Seventh Street, Suite 302
Wilmington, Delaware 19801-3707
Phone 302.655.0582
Fax 302.655.9329
Email: TSN@NeubergerLaw.com

## Thomas S. Neuberger, Esquire

**From:**      "JEAN CLICKNER" <JEAN.CLICKNER@EEOC.GOV>
**To:**        <TSN@neubergerlaw.com>
**Sent:**      Tuesday, January 10, 2006 1:38 PM
**Subject:**   Re: EEOC v. PT Morgan

Tom,

In response to your proposal, let me say that the notion of postponing
the deps has crossed my mind.  However, I am disinclined to do so for
several reasons.  Primarily, everything is scheduled;  the subpoenas
have been served, my travel arrangements are made and I have the time
set aside for this case.  As you may imagine, I have to factor in
several days for travel, in addition to the dep days.   Moreover, I
expect that the deps will be necessary.

If you want to save your clients money, I suggest that you reinstitute
settlement discussions.  The Commission will entertain any reasonable
proposal.

Jean


M. Jean Clickner, Trial Attorney
EEOC Pittsburgh Area Office
(412) 644-6439
(412) 644-4935(fax)
jean.clickner@eeoc.gov

>>> "Thomas S. Neuberger, Esquire" <TSN@NeubergerLaw.com> 1/10/2006
11:12:55 AM >>>
Jean,

Thank you for your timely summary judgment filing.

There is no need for me to respond to your cross motion for summary
judgment.  I will stand on the record in my briefing.  So I will file my
Reply brief on my motion by this Friday and rest.

The matter then will be under submission.

The discovery cut off is the end of April.  You have depositions
scheduled in Wilmington on Jan 24, 31 and Feb. 1 and 2.  Would you
consider postponing them and booking them the last two weeks of April
along with the five I needed?  Then we could ask the court if in the
interest of economy it might be able to rule before April 15, at least
by order and any opinion to follow later.  That would give the court 3
months to rule and save everyone possibly unnecessary expense.

I appreciate your considering my request.

Tom

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Thomas S. Neuberger, Esquire
The Neuberger Firm
Attorneys And Counsellors At Law
Two East Seventh Street, Suite 302
Wilmington, Delaware 19801-3707
Phone 302.655.0582
Fax 302.655.9329
Email: TSN@NeubergerLaw.com