IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

EQUAL EMPLOYMENT OPPORTUNITY )
COMMISSION,                   )
                              )
              Plaintiff,      )
                              )
       v.                     )        Civil Action No. 04-1304-KAJ
                              )
P.T. MORGAN PAPER COMPANY, an )
affiliate of P.T. MORGAN PACKAGING )
COMPANY,                      )
                              )
              Defendant.      )

## ORDER

Oral argument on all pending summary judgment motions in the above-

captioned action will be heard on **February 6, 2006** beginning at 10:00 a.m. and

concluding at 11:00 a.m. in courtroom 6-A, 6th Floor, J. Caleb Boggs Federal Building,

Wilmington, Delaware.

UNITED STATES DISTRICT JUDGE

January 20, 2006
Wilmington, Delaware