**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) |
| Plaintiff, | ) ) ) CIVIL ACTION NO. 04-1304 (KAJ) |
| v. | ) ) |
| P.T. MORGAN PAPER CO., affiliated with P.T. MORGAN PACKAGING COMPANY, | ) ) ) |
| Defendant. | ) ) ) |

## COMMISSION'S SUPPLEMENTAL APPENDIX

**EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
JACQUELINE H. MCNAIR, REGIONAL ATTORNEY
JUDITH O'BOYLE, SUPERVISORY TRIAL ATTORNEY
M. JEAN CLICKNER, SENIOR TRIAL ATTORNEY
Equal Employment Opportunity Commission
Liberty Center, Suite 300
1001 Liberty Avenue
Pittsburgh, PA 15222
(412) 644-6439

Local Counsel:
**UNITED STATES ATTORNEY**
**DISTRICT OF DELAWARE**
SETH M. BEAUSANG, ASST. U.S. ATTORNEY
The Nemours Building
1007 Orange Street, Suite 700
Wilmington, Delaware 19899

Dated: February 2, 2006

Del. Bar ID No. 4071
(302) 573-6277

| **Document** | | **Appendix Page** |
|---|---|---|
| Ex. A | Transcript of James Morgan January 24, 2006 Deposition | 1 |

**Exhibit A**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

EQUAL EMPLOYMENT OPPORTUNITY  )
COMMISSION,              )
                    )
     Plaintiff,       )
                    )
v.                  )   Civil Action No.
                    )   04-1304
P.T. MORGAN PAPER COMPANY, an )
affiliate of P.T. MORGAN     )
PACKAGING COMPANY,          )
                    )
     Defendant.      )

        Deposition of JAMES MORGAN taken pursuant to
notice at the offices of the United States Attorney for
the District of Delaware, The Nemours Building, 1007
Orange Street, Suite 700, Wilmington, Delaware, beginning
at 9:30 a.m. on Tuesday, January 24, 2006, before Anne L.
Adams, Registered Professional Reporter and Notary
Public.

APPEARANCES:

        M. JEAN CLICKNER, ESQ.
        U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
         1001 Liberty Avenue
         Pittsburgh, Pennsylvania  15222-4187
         for the Plaintiff,

        THOMAS S. NEUBERGER, ESQ.
        THE NEUBERGER FIRM
         Two East Seventh Street, Suite 302
         Wilmington, Delaware  19801-3707
         for the Defendant.

------------------------------------------------------
         WILCOX & FETZER
    1330 King Street - Wilmington, Delaware 19801
             (302) 655-0477
                   James Morgan            2

1            JAMES MORGAN,

2      the witness herein, having first been

3      duly sworn on oath, was examined and

4      testified as follows:

5                    EXAMINATION

6    BY MS. CLICKNER:

7      Q.  Good morning, Mr. Morgan.  My name is Jean

8    Clickner.  I'm the trial attorney for the Equal

9    Employment Opportunity Commission.  And you are here for

10   your deposition in the case of EEOC versus P.T. Morgan

11   Paper Company; is that correct?

12     A.  Correct.

13     Q.  Would you state your full name for the record?

14     A.  James B., as in Bruce, Morgan.

15     Q.  And are you taking any medications today that

16   would impair your ability to remember things or to speak

17   the truth?

18     A.  Well, I take a fair amount of medications, but I

19   don't know that there is any that would prevent me from

20   telling the truth.

21     Q.  Do your medications impair your memory?

22     A.  I don't think so.  Let's put it that way.  But

23   age is impaired a little bit.

24     Q.  Nothing we can do about that.


                James Morgan              3


1    A.  Right.

2    Q.  Do you have any physical condition that would

3    impair your ability to remember or to tell the truth?

4    A.  I doubt it.  But I have atrial fibrillation and

5    diabetes too.

6    Q.  To your knowledge, do they impair your ability to

7    tell the truth?

8    A.  No.

9    Q.  Would you, please, state your home address and

10   telephone number?

11    A.  Home address is 525 Broadwater, all one word,

12   Broadwater Road, Arnold -- A-R-N-O-L-D -- Maryland,

13   21012.

14   Q.  Your phone number?

15         MR. NEUBERGER:  Is your phone number

16   unlisted?

17         THE WITNESS:  Yes, it is.

18   BY MS. CLICKNER:

19   Q.  Your office number is fine.

20   A.  The office number is (410) 544-7733.

21   Q.  What is your race?

22   A.  Caucasian.

23   Q.  Are you married?

24   A.  Yes.


                James Morgan              4


1    Q.  And is your wife still living?

2    A.  Yes.

3    Q.   And what is her name?

4    A.   Peggy Morgan.  No middle name.

5    Q.   Does she ever go by the initials P.T.?

6    A.   Jokingly, occasionally people in the office call

7    her P.T.

8    Q.   What is behind that joke?

9    A.   When we started the company, the first order we

10   got, we were standing on a street corner in Brooklyn in a

11   snow storm.  The first purchase order we had, the guy

12   said, well -- it was pay big company from Chicago -- what

13   is the name of your company?  And I just pulled it out of

14   the air because I wasn't prepared.  T stands for Tindall,

15   which was her maiden name.  So Peggy Tindall Morgan.

16   Q.   And does your wife live with you?

17   A.   Yes.

18   Q.   Do you have children?

19   A.   Three daughters.

20   Q.   What are their names?

21   A.   Debbie, Cindy --

22   Q.   What is Debbie's last name?

23   A.   Sanders, S-A-N-D-E-R-S.  Cindy Moss, M, as in

24   Michael, O-S-S.  And Maryanne Persico, spelled P, as in


                    James Morgan              5


1    Paul, E-R-S-I-C-O.

2    Q.   And what is your highest level of education,

3    formal education?

4    A.  I'm a college graduate.

5    Q.  Where did you graduate from college?

6    A.  West Point.

7    Q.  What year?

8    A.  1958.

9    Q.  Now, do you have a relationship with the P.T.

10   Morgan Paper Company?

11   A.  Yes.

12   Q.  What is your relationship?

13   A.  Executive vice president.

14   Q.  Are you also an owner?

15   A.  Yes, but my wife is the majority owner.

16   Q.  Your wife owns 51 percent?

17   A.  Correct.

18   Q.  And you own 49 percent?

19   A.  Correct.

20   Q.  So I would take that to mean there are no other

21   owners of the company.

22   A.  Correct.

23   Q.  Do you have a relationship with the P.T. Morgan

24   Packaging Company?


                 James Morgan              6


1    A.  Yes.

2    Q.  And what is your relationship?

3    A.  I'm the president and 50 percent owner.

4     Q.  50 percent?

5     A.  Yes.

6     Q.  Who owns the other 40 percent?

7     A.  My wife.

8          MR. NEUBERGER:  You mean the other 50

9  percent.

10  BY MS. CLICKNER:

11    Q.  Excuse me.  Right.  I take it there are no other

12  owners?

13    A.  Correct.

14    Q.  No one else with an ownership interest.  Okay.

15  Now, we're going to be here for several hours and I would

16  like to abbreviate things so we can talk a little more

17  quickly.  If I refer to the Paper Company, can we agree

18  that that means P.T. Morgan Paper Company?

19    A.  Sure.  Yes.

20    Q.  If I refer to the Packaging Company, we can agree

21  that means P.T. Morgan Packaging Company?

22    A.  Yes.

23    Q.  Do you own or have an ownership interest in any

24  other companies?

                    James Morgan            7

1     A.  No.

2     Q.  Does your wife own or have an ownership interest

3  in any other companies?

4     A.  No.

5    Q.  Do your daughters own or have an ownership

6  interest in any other company?

7    A.  No.

8    Q.  Does the Paper Company have a board of directors?

9    A.  Yes.

10    Q.  Who is on the board of directors?

11    A.  My wife and myself.

12    Q.  And who is on the board of directors of the

13  Packaging Company?

14    A.  My wife and myself.

15    Q.  Are any of your daughters on the board of

16  directors of either company?

17    A.  No.

18    Q.  Do your daughters have any formal interest in the

19  running of either company?

20    A.  Not at this time.

21    Q.  So that implies that they have previously or they

22  will in the future?

23    A.  Well, I hope in the future.  If they were, I

24  wouldn't be here.  I would be retired.  But in the past,

James Morgan         8

1  they have had positions in the company.

2    Q.  Employee positions or management positions or

3  both?

4    A.  I would say employee relations -- ships.

5    Q.  We'll get to that in a few minutes.  Would you

6    tell me when the Packaging Company was incorporated?

7    A.  I believe roughly around July 1st, 1982.

8    Q.  And at that time, what was the business of the

9    Packaging Company?

10   A.  It was basically the same as it is now, but the

11   primary focus is the brokering and distribution of

12   corrugated shipping containers.  A lot of people refer to

13   them as cardboard boxes, but technically they are not.

14   Q.  And can you tell me, how did you get into this

15   business?

16   A.  I started to work at a box plant during the

17   Korean war in 1951 as an hourly employee.  And I worked

18   for seven summers and while I was going to college at the

19   University of Cincinnati.  And I started late to get an

20   appointment to West Point.  So I went to a year of

21   regular college and I then went to West Point, graduated,

22   went into the Army for four years.  And I resigned right

23   before Vietnam started.

24          So I figured I knew two things, how to make

                    James Morgan            9


1    boxes and how to fly a plane.  So the little independent

2    box plant that I last worked in the summer of 1958 -- in

3    our industry, there is a lot of large integrated

4    suppliers, integrated meaning they own trees, forests,

5    paper mills, paper machines and box plants.  When I left

6    in 1958, they subsequently became the first Mead

7    containers corrugated plant.  And from then until 1962,

8    they went from 1 plant to 23.  And they were looking

9    primarily for graduates that had an MBA degree to go into

10    a training program where they would have a position

11    similar to a controller.

12         But all these plants were acquisitions.  And

13    many of them had five-year contracts with the owners.  At

14    the end of five years, they went across the street, took

15    all the business, took all the salesmen.  So there was a

16    desperate need for people.  But because of the way they

17    grew so fast, it was very difficult to find trained

18    people.  So I went into the training program.

19    Q.  Would that be in 1962 or '63?

20    A.  That would have been the summer of 1962.

21    Q.  And how long did you work for Mead?

22    A.  From 1962 to 1969.

23    Q.  What happened in 1969?

24    A.  Mead Corporation on a box plant level had opted


              James Morgan            10


1    to follow staffing procedure of a competitor in that

2    there were no general managers at the plants.  There was

3    a manufacturing manager and sales manager.  And they were

4    of equal rank.  But there was no one person making a

5    decision at the local level.  So you went up another step

6    and you had regional managers.  And there was no general

7    manager there either.  You didn't get to the top until

8    you got to the head of the container division.  And I

9    wanted to progress for the future.  So I wanted to be a

10    general manager or above.  And I answered a blind ad in

11    the trade journal and got the job.

12    Q.  With Mead?

13    A.  No, this is with Interstate Container

14    Corporation.

15    Q.  So in 1969 you changed jobs?

16    A.  Let me think.  Yes.  '69 to '77.

17    Q.  And what did you do in 1977?

18    A.  I became the general manager of Interstate

19    Container Corporate -- vice president, general manager of

20    Interstate Container Corporation in Harrison, New Jersey,

21    which is basically Newark, and was subsequently

22    transferred to the plant in Edison, New Jersey.

23    Q.  In 1977, you stayed with Interstate after 1977;

24    is that --

                    James Morgan            11

1    A.  No, I left.  So '62 to '69, '69 to '77.

2        MR. NEUBERGER:  I'm sorry.  She had asked

3    you, in '77, where did you go?

4        THE WITNESS:  I took a job with what then

5    was called the Baltimore Box Company.

6    BY MS. CLICKNER:

7    Q.  What was your position?

8    A.  Vice president and general manager.

9    Q.  How long did you stay there?

10    A.  From 1977 to the fall of '81.

11    Q.  What was the change that you made in the fall of

12  1981?

13    A.  I had basically lost my job during the recession

14  when there was a lot of downsizing.  To me, every 10

15  years there is a recession.  And they downsized.  And

16  there were no jobs because the large integrated companies

17  like International Paper and Weyerhaeuser, when they say

18  there is a freeze on hiring, they mean there is a freeze

19  on hiring.

20        So I had a lot of good experience over the

21  years.  And it appeared that we would have to move with,

22  if I got a job, with one of the larger companies.  And we

23  didn't want to move.  We moved enough.  And I said -- I

24  guess it was Christmas eve, we sold a trailer load of

James Morgan            12

1  Random House obsolete boxes, a load of what's called old

2  corrugated waste.  And that was like right around

3  Christmas eve.  So I said, well, maybe we ought to make a

4  stab at it.

5    Q.  When you say we sold, who is we?

6    A.  My wife and I.

7    Q.  So in 1982 you started to develop your own

8  business?

9    A.  That is correct.

10    Q.  And what business did you start to develop?

11    A.  It was basically the purchase and sale of

12  corrugated boxes.

13    Q.  So is that what you would call brokering?

14    A.  Yes, in that we took possession once it was

15  loaded on the trailer.  And bills of lading were made out

16  by somebody like International Paper or Weyerhaeuser,

17  Georgia Pacific, somebody like that.  And the trailer

18  went from that particular plant.  We sold and still do

19  sell primarily in North Jersey, Catskills, Miami --

20  Miami?  New York City, Manhattan and Brooklyn.

21    Q.  You don't mean Miami; is that correct?

22    A.  I do not mean Miami.  So we drop-shipped.  We,

23  basically, did not touch a product.  We took the order

24  placed it.  It was delivered.  We paid the invoice and


James Morgan            13


1   billed the customer.

2    Q.  Did you hire truck drivers at that time?

3    A.  No.  Because there was no need for us to have

4  drivers because all of the box plants would have their

5  own drivers anyway.  If not, we used common carries.

6    Q.  So at the time, let's say in 1982, when you are

7  starting the business, where were you living at that

8  time?

9    A.  We were living in Severna Park, Maryland, just

10  like across the main drag and about five miles from where

11    we live now.

12       Q.  And was it just you and your wife running this

13    business?

14       A.  When it started, we started in the basement of

15    our house.

16       Q.  And then you subsequently incorporated this

17    business?

18       A.  Correct.

19       Q.  And that became what business?

20       A.  That became the P.T. Morgan Packaging Company.

21       Q.  When did you move into the Paper Company

22    business?  First off, let me back up.  What is the Paper

23    Company business?

24       A.  Paper Company is primarily engaged in the sorting

                    James Morgan             14


1    and recycling of old grades of wastepaper from blank

2    newspaper to what is called old corrugated boxes that you

3    would see at a grocery store or see in the back of a

4    shopping center.  Some people had balers.  Some people

5    did not.  So we were engaged in the purchasing and,

6    generally speaking, the trucking to our facility in

7    Delaware where we separated the various grades of paper

8    because they are worth different values.  This paper is

9    much more available than a cardboard.

10       Q.  Let the record reflect that Mr. Morgan was

11    indicating white 8-and-a-half by 11 typing paper.

12    A.   Yes.  That would be sold as white ledger is what

13    it's called.

14    Q.   What is the end product of the Paper Company?

15    A.   It is baled corrugated -- when we first started,

16    there weren't the PC's and networks that there are now.

17    A lot of information was sent by IBM tab cards.  I'm sure

18    you remember tab cards.  And also there was a tremendous

19    amount of what's called CPO, which is computer printout,

20    some of which was worth more than other.

21    Q.   My question is -- I'm trying to figure out, you

22    brought in these various types of paper into your

23    facility.  You sorted them and you bale them.

24    A.   Correct.


                  James Morgan              15


1    Q.   Do you create a product other than these bales of

2    sorted papers?

3    A.   Not in the true sense of the word because there

4    are other functions that are performed at that warehouse

5    besides baling.  But that was the primary function,

6    particularly when we started.

7    Q.   But today, is there an end product other than

8    sorted and baled paper products?

9    A.   Yes.  We do some warehousing of finished boxes

10    where somebody could call today for tomorrow within

11    reason.

12    Q.   Do you create those boxes?

13    A.   We would purchase them and they would be shipped

14    to our plant in Smyrna or we would pick them up and bring

15    them there.

16         MR. NEUBERGER:  Wait a minute.  Were you

17    talking about Packaging there or Paper?

18    BY MS. CLICKNER:

19    Q.   I guess I don't really understand.   Are there

20    two businesses being run out of the Smyrna, Delaware,

21    facility?

22    A.   No, there is only one.  That one is a

23    freestanding company of itself.  Two companies were

24    incorporated separately.


                   James Morgan           16


1     Q.   But I've heard this referred to that there is a

2     paper and a packaging --

3     A.   I'll explain that to you.

4     Q.   Please do.

5     A.   One other product that is -- it's the only

6     product we manufacture -- is we manufacture corrugated

7     pads and liners that are sold to, let's say, apple box

8     people, egg carton people and other industrial companies

9     that would have a requirement for pads say 12 by 12, a

10    layer pad, apple box pads and another pad to increase the

11    stacking strength of a box.

12    Q.   Now, is that called the paper part of the Paper

13  Company or the packaging part of the Paper Company?

14    A.  There is per se no packaging part in the Paper

15  Company.  We have a general manager that is responsible

16  for the profit center.  There are some products that we

17  buy from them and resell just like we have products from

18  Weyerhaeuser or International Paper that we buy and

19  resell.

20    Q.  We meaning Packaging Company or Paper Company?

21    A.  Both.  The Paper Company might sell a box the

22  size of this desk.  And the Packaging Company might sell

23  the same thing.

24    Q.  So I'm just -- I still want to be clear about the

                    James Morgan              17

1  business of the Paper Company.  So what I understand is

2  you acquire and sort, recycle -- you acquire and you sort

3  and you bale various types of paper.

4    A.  Correct.

5    Q.  And then I'm assuming, do you sell those bales to

6  someone else?

7    A.  Yes.  Those bales will be sold to, generally

8  speaking, very large companies like a Weyerhaeuser or

9  Georgia Pacific and will be recycled into what they call

10  the furnish, the make-up of whatever paper grade that

11  they are using.  And they will dump it in and make

12  recycled paper out of it.

13    Q.  The Paper Company also manufactures corrugated

14   liners?

15       A.   Pads and liners, yes.

16       Q.   The Paper Company also buys and sells finished

17   corrugated boxes?

18       A.   True.  They are not as big as the Packaging

19   Company, but, yes, they have customers that would sell

20   the same box or product, too, as the Packaging Company

21   might sell 200 miles away.  They do have some corrugated,

22   new corrugated box customers.

23       Q.   So when you say the Packaging Company, you mean

24   the Packaging Company, P.T. Morgan Packaging Company buys


                    James Morgan              18


1    and sells finished boxes; is that true?

2        A.   Primarily.

3        Q.   Does P.T. Morgan Packaging Company warehouse

4    those boxes?

5        A.   We don't do much warehousing because of the slim

6    margins.  What we have would be generic boxes or pads

7    that could be shipped to a number of different people.

8    In other words, it doesn't have Budweiser beer printed on

9    it.

10       Q.   But speaking of the Packaging Company, do you

11   purchase finished boxes and/or pads and, at times,

12   warehouse them before they have been sold to your

13   customer?

14    A.  Run that by again, please.

15    Q.  The Packaging Company in Arnold, Maryland, the

16    Packaging Company buys and sells finished boxes and pads;

17    is that correct?

18    A.  Yes.

19    Q.  And in that process of buying and then selling

20    them, are they warehoused by the Packaging Company at any

21    time?

22    A.  For the pads and liners, not generally.

23    Q.  But are they sometimes?

24    A.  Yes.

James Morgan          19

1    Q.  And are the finished boxes warehoused?

2    A.  The vast majority of the finished boxes are of a

3    generic type where they can be sold either by the Paper

4    Company or by the Packaging Company.  A good example, I'm

5    sure you've heard of Perdue Poultry.  Poultry and fish

6    companies, for the majority of them, the boxes are the

7    same size, same composition, but not printed.  So we

8    could sell a kosher poultry place in Vineland a poultry

9    box and we could ship the same box and sell it to a fish

10    dealer at the Folton Fish Market.

11    Q.  But my question is:  Between the time you

12    purchase the finished boxes and you sell them, are they

13    warehoused at any time by the Packaging Company?

14    A.  Warehoused by the Packaging Company?  Very, very

15   minute.

16     Q.   This is a yes or no question.

17     A.   Could you ask again.

18     Q.   The Packaging Company, between the time that you

19   buy finished boxes and you sell them, are they ever

20   warehoused by the Packaging Company?

21     A.   Without qualifying, yes.

22     Q.   Where are they warehoused?

23     A.   They could be warehoused and are warehoused at

24   perhaps one of our vendors or they could be warehoused in


                    James Morgan            20


1   Smyrna.

2     Q.   At the Paper Company in Smyrna?

3     A.   Yes.  But there are very few and, general

4   speaking, anything that comes into that warehouse is

5   purchased and paid for by the Paper Company.

6     Q.   I'm only limiting my questions to the Packaging

7   Company business.  So do you reimburse the Paper Company

8   for warehousing Packaging boxes?  Does Packaging

9   reimburse Paper?

10     A.   What we -- the answer is yes.  But we reimburse

11   them for their cost.

12     Q.   How is that determined?

13     A.   Well, number one, some of the corra -- firstly,

14   all of the corrugated pads are made in Smyrna.  And let's

15   say we have a standard costing system.

16    Q.  Let me just back up one minute.  When you say

17    Smyrna, you are referring to the Paper Company; is that

18    correct?

19    A.  Right.

20    Q.  Go ahead.  You finish.  I'm sorry.  I didn't mean

21    to interrupt.  I wanted to clarify that.

22    A.  I forgot what your question was.

23    Q.  How does Packaging determine what to reimburse

24    Paper for warehousing Packaging Company products?


                    James Morgan              21

1    A.  Remember, they are the owner.

2    Q.  Who is the owner?

3    A.  The Paper Company.  When something comes into the

4    warehouse, 95 percent of the material is owned and paid

5    for by the Paper Company.

6    Q.  I'm not talking about that 95 percent.  I'm

7    talking about the other percentage of product that's

8    warehoused at the Paper Company for the Packaging

9    Company.  Do you have a system set up, does Packaging and

10    Paper companies have a system of reimbursement for that

11    warehousing service?

12    A.  Generally not, no.  If it were pads and

13    partitions, the answer would be yes.

14    Q.  Well, explain what you mean.

15    A.  Those are the items that they manufacture are

16    corrugated pads and scored liners.

17      Q.  Those are the products that the Paper Company

18    manufactures.

19      A.  Correct.

20      Q.  But there are occasions, is it true that on

21    occasion the Paper Company will warehouse either pads or

22    boxes for the Packaging Company?

23      A.  That is correct.

24      Q.  And the Packaging Company does not reimburse the

                    James Morgan            22


1     Paper Company for that warehousing service; is that

2     correct?

3       A.  It would be in the costs of the pads and

4     partitions, yes.  But the boxes, since they are generic,

5     they are sold at cost to the Packaging Company or they

6     sell them.

7       Q.  Sir, I am not asking you about products that are

8     created by the Paper Company.  I'm asking you about

9     products that are being warehoused by the Paper Company

10    for the Packaging Company.  We previously admitted or you

11    said to me, no, Packaging Company does not reimburse

12    Paper Company for that warehousing service.  Is that your

13    answer?

14      A.  Generally speaking, yes.

15      Q.  You are qualifying your answer now.  So what is

16    the qualification?

17    A.   Because we -- qualification, we pay them an

18  upcharge.

19    Q.   What is an upcharge?

20    A.   Basically the cost to load or unload a trailer.

21    Q.   So is it your testimony that the Packaging

22  Company reimburses the Paper Company an upcharge which is

23  the cost of loading or unloading a trailer?

24    A.   Upon occasion.


                    James Morgan            23


1    Q.   How often?  Let's limit this to 2002 to present.

2    A.   Depending upon the product, the price that they

3  are selling it to the Packaging Company includes those

4  warehousing costs.  In other words, there is not an

5  invoice for 10 of this and then a $15 loading charge.

6  It's built into the cost of the product when it's sold to

7  the Packaging Company.

8    Q.   Again, you are reverting back to products that

9  are created by the Paper Company and then sold to the

10  Packaging Company; is that correct?

11    A.   No.  They do warehouse some boxes that are

12  generic.  And if they are purchased from the Paper

13  Company, the price that they charge would incorporate all

14  of their costs, which would be --

15    Q.   Sir, are you referring -- when the Packaging

16  Company -- back up.

17         Does the Packaging Company purchase boxes

18   from the Paper Company?

19   A.  Yes.

20   Q.  Are those boxes that the Paper Company has made?

21   A.  No.

22   Q.  Those are boxes that the Paper Company has

23   purchased from a third party?

24   A.  Correct.


                    James Morgan              24


1    Q.  Does the Packaging Company purchase from the

2    Paper Company boxes that the Packaging Company owns?

3    A.  If the Packaging Company owns, then you wouldn't

4    charge the Paper Company.

5    Q.  You wouldn't pay the Paper Company.

6    A.  Wouldn't pay for it.  We have some product there,

7    not very much.  Last month it was $13,000 worth of

8    material that was carried on the Packaging Company

9    inventory at the end of the month.

10   Q.  But it was located at the Paper warehouse

11   facility?

12   A.  Correct.

13   Q.  And did the Packaging Company pay the Paper

14   Company anything for that warehousing service?

15   A.  Not for those $13,000.

16   Q.  Okay.  Thank you.  The Packaging Company is

17   basically a broker of paper products; is that correct?

18   A.  Yes.

19    Q.   What percentage of packaging business is related

20    to products, related to the brokering of Paper Company

21    products?

22    A.   What percentage of the Packaging Company?

23    Q.   Yes.

24    A.   I don't really know because we've never kept

James Morgan                25

1    track of it.  But I would say somewhere in the range of

2    20 to 30 percent.

3    Q.   Now, in converse, the Paper Company creates

4    several products, right, bales, sorted bales, some wrap,

5    right, pads and liners?

6    A.   Uh-huh.

7    Q.   What percentage of the paper company's business

8    is brokered through the Packaging Company?

9    A.   I thought that was the same question I just

10    answered earlier.

11    Q.   No.  Let's back up.  Relating to the Packaging

12    Company, what percentage of the Packaging Company's

13    business, total business, is related to brokering

14    products created by the Paper Company?

15    A.   Products created by the Paper Company?

16    Q.   Yes.

17    A.   I would think roughly 10 percent.

18    Q.   And when I said products created by the Paper

19    Company, does that mean to you all of Paper's business or

20   are you excluding bales when I say that?  What are you

21   including in that term?

22      A.  Okay.  Could you re-ask the question?

23      Q.  The Paper Company creates sorted bales; is that

24   true?

James Morgan              26

1      A.  Baled and sorted and sometimes they are already

2   baled, but, yes.

3      Q.  The Paper Company creates pads?

4      A.  Correct.

5      Q.  Does Paper Company create anything else?

6      A.  No.

7      Q.  And Paper Company buys and sells pre-made

8   corrugated boxes or containers?

9      A.  Paper Company?

10     Q.  Yes.

11     A.  Yes.

12     Q.  Now, taking that as the total of the Paper

13   Company business, as I understand it from your testimony,

14   all of those products have to be sold; is that correct?

15     A.  Correct.  Well, I will say some of the material

16   that is purchased ends up getting baled because it's not

17   suitable to sell it to a customer.

18     Q.  Well, you don't make a profit until you turn it

19   over to someone else; is that correct?

20     A.  And get paid, yes.

21    Q.  How much of the Paper Company's total business,

22   the sale of all these things that the Paper Company

23   handles, how much of that is handled, the sale of those

24   items handled through the Packaging Company?


James Morgan          27


1    A.  Probably close to 25, 30 percent.

2    Q.  How is then the remaining 75, 70 to 75 percent

3   sold, of Paper Company's total products, how is that

4   sold?

5    A.  It is sold by the Paper Company itself.

6    Q.  Does the Paper Company have a sales force?

7    A.  No.

8    Q.  So how are products, how do potential purchasers

9   interact with the Paper Company to buy their products?

10    A.  Over the years, I have brought some in.  We have

11   some outside sales reps in the Packaging Company, but

12   they are not employees.  They are -- we call them

13   commission salesmen, but they are not on the company

14   payroll.  They don't get paid unless they sell.  A fair

15   amount is by word of mouth in the marketplace.  We handle

16   several products that very, very few people have.  And

17   then there is the sale of the product by the general

18   manager.

19    Q.  Anything else?

20    A.  Not that I can think of.

21    Q.  So when a Paper customer makes an order, what is

22   the process taking the order and invoicing the order?

23   Who does that?

24     A.   Well, the order may be taken by the general

James Morgan              28

1    manager.  It could be taken by myself.  It could be taken

2    by one of the -- I've got the right word for the

3    commission sales -- manufacturer's reps.  It could be

4    taken by them.

5      Q.   Does paperwork have to be created when an order

6    is made?

7      A.   Yes.

8      Q.   What paperwork has to be created?

9      A.   We are talking about the Paper or Packaging or

10   both?

11     Q.   For the Paper Company.

12     A.   If the order is taken directly by the Paper

13   Company and they have the product let's say in stock,

14   they will, when it's shipped, make out a bill of lading

15   which is sent to the Packaging Company's office in

16   Maryland.  And then once we had the signed delivery

17   receipt, it would be invoiced to the customer in the name

18   of the Paper Company.

19     Q.   So I want to go back over this.  So if an order

20   is made for a product from the Paper Company, someone

21   creates a bill of lading; is that correct?

22     A.   You said when an order is made?

23    Q.  For a product from the Paper Company.

24    A.  To me that's saying the Paper Company got an

James Morgan            29

1    order for something.

2    Q.  Yes.

3    A.  But they are not making that product but they got

4    an order for something that's warehoused there.

5        MR. NEUBERGER:  Jim, I think she asked you

6    when Paper takes an order for one of its products.  You

7    talked about bales, pads, things like that.

8        THE WITNESS:  The Paper Company takes --

9        MR. NEUBERGER:  Takes an order.

10        THE WITNESS:  For something that it has,

11    yeah.  The order will be taken by the Paper Company.

12    And --

13    BY MS. CLICKNER:

14    Q.  And a bill of lading would be created; is that

15    correct?

16    A.  Correct.

17    Q.  Who would create the bill of lading?

18    A.  The bill of lading would be created by, generally

19    speaking, the general manager.

20    Q.  Who else would create a bill of lading?

21    A.  Say a team leader because maybe the general

22    manager is not there or, perhaps, another senior employee

23    who is familiar with loading trucks and making out bills

24   of lading.

James Morgan                30

1      Q.  And then you said the bill of lading would be

2   sent to the Packaging Company?

3      A.  Right.

4      Q.  Who in the Packaging Company would receive that?

5      A.  It would be Robbi Smith.  And if she were out for

6   whatever reason, there are one or two other people who

7   can create an invoice from the bill of lading.

8      Q.  Who are those other people?

9      A.  One would be Rose Grabowski, the supervisor, and

10   to a very limited degree, Linda Reppenhagen, or in some

11   cases my daughter, Maryanne.

12     Q.  So a bill of lading is created.  The product is

13   shipped.  And then there is a delivery receipt; is that

14   correct?

15     A.  To us a delivery receipt and the signed bill of

16   lading; although they may be two different papers.  It

17   would be one of the two.  Because sometimes the customer

18   will make out a receiving report, sign for it and give it

19   to the driver.

20     Q.  Who is the delivery receipt or the signed bill of

21   lading sent back to?

22     A.  Most generally, Robbi Smith.

23     Q.  And then she creates an invoice for the product;

24   is that correct?

James Morgan                31

1    A.   Correct.

2    Q.   And does she send that invoice to the customer?

3    A.   Yes.

4    Q.   And assuming the customer pays, who does the

5    customer send the money to?

6    A.   Most generally it is sent to the Paper Company's

7    post office box.

8    Q.   Which is in --

9    A.   Severna Park, Maryland.

10    Q.   And who retrieves the mail from that post office

11    box?

12    A.   Generally speaking, Joan Meyers.

13    Q.   Who is Joan Meyers?

14    A.   She has several functions.  She's my, let's say,

15    secretary.  She handles accounts receivable, unless there

16    is a major, major problem.  She sends out quotations to

17    potential vendors.  She will call the potential vendors

18    and ask what are your prices on this box.  We have to

19    follow up with a lot of our vendors because they don't

20    reply promptly.

21    Q.   Is Joan Meyers a Packaging Company employee?

22    A.   Yes.

23    Q.   So if Joan Meyers retrieves the payments that

24    have been sent to the Paper Company's P.O. Box in Severna

James Morgan                    32

1   Park, she's brings those payments back to the Packaging

2   Company office; is that correct?

3     A.  Correct.

4     Q.  Who handles then the banking and the keeping

5   track of those payments?

6     A.  Basically, she will bring the mail back for both

7   companies.  We have two separate post office box numbers.

8   And she will open the mail and make a decision who the

9   mail goes to or who these payments go to.  And she will

10  sort it out and, let's say, give the mail out to the

11  proper person.  And I don't know -- she makes out a

12  deposit slip.

13          So she's sorting the checks out from the

14  Paper Company and the Packaging Company.  And I believe

15  she's the one that makes out the deposit slip for the two

16  companies.  She gives the information to Robbi Smith.

17  I'm not sure when it is given to Robbi.  But she gets it.

18  And she will match it up with the bill of lading or

19  receiving slip and we would have already created an

20  invoice.  So she will go into accounts receivable and

21  delete those particular invoices that have been paid.

22    Q.  Can you tell me what, for the Paper Company, what

23  its total business was in 2002?

24    A.  Not without looking at the financial statement.

James Morgan                    33

1    But I would say in excess of a million dollars.

2       Q.  And that's the Paper Company?

3       A.  Uh-huh.

4       Q.  And that's 2002.  And we will just use round

5    numbers in excess of a million dollars.  What about 2003?

6          MR. NEUBERGER:  Your question is sales you

7    are asking, right?

8    BY MS. CLICKNER:

9       Q.  Yes, that's fine.

10      A.  I would say approximately the same.

11      Q.  What about 2004?

12      A.  Slightly less than a million.

13      Q.  Do you know what your sales were for 2005?

14      A.  Not without looking at the financial statement.

15   But it would have been between 900 and 1,000 -- 900,000

16   and a million.

17      Q.  Now, assuming that a customer does not pay for a

18   product that has been shipped to it, does the Paper

19   Company take any steps to get its money?

20      A.  Generally, the collections are handled by Joan

21   Meyers.  If there is somebody that is not paying for

22   whatever the reason might be, it's turned over to the

23   general manager of the Paper Company to go after the

24   money.

James Morgan          34

1    Q.  Let's go back to Joan Meyers.  What does she do

2  if bills are not being paid?

3    A.  Well, first of all, I get an accounts receivable

4  run for both companies every Friday.  And I look at them

5  and I tell her which ones to contact.  When she gets to

6  the point where people still aren't paying, if it's

7  Packaging Company, then I will call them or visit them.

8  If it's the Paper Company, the general manager will take

9  up the matter with the customer.

10    Q.  So you are saying that you do not call Paper

11  customers?

12    A.  Virtually not.

13    Q.  Do you ever?

14    A.  I would say very, very seldom.

15    Q.  My question is:  Do you ever call Paper Company

16  delinquents?

17    A.  Yes.

18    Q.  And Joan Meyers also calls Paper Company

19  delinquents; is that correct?

20    A.  Yes.

21    Q.  And is it your testimony that the general manager

22  also calls Paper Company delinquents?

23    A.  Yes.

24    Q.  Anyone else?


James Morgan          35


1    A.  Only if Joan Meyers is out sick or on vacation,

2    then it would probably be Rose Grabowski, her boss.

3    Q.  Under what circumstances would you call Paper

4    Company employee delinquents?  Not Paper Company

5    delinquents, customers.

6    A.  The only time probably would be if, the account

7    in question, I know the person.  In other words, there

8    are occasions when two different companies, the Paper

9    Company and the Packaging Company, will sell the same

10    account.  I don't know personally, for the most part, the

11    person who makes the decisions to pay the Paper Company.

12    I know some of their customers.  But most of them I

13    don't.  So it would only be somebody that, along the way,

14    both companies sold or I had occasion to meet them.

15            But, generally, I don't get into Paper

16    accounts.  Generally, the invoices and the accounts

17    receivable are far less at the Paper Company than they

18    are at the Packaging Company.

19    Q.  Are Paper Company delinquent accounts ever turned

20    over to a collection agency?

21    A.  Not that I recall, no.

22    Q.  Is there any third party that is used to collect

23    Paper Company accounts due?

24    A.  I don't believe we've ever used a third party

James Morgan                    36

1    primarily because there aren't that many accounts.  And

2    for the most part, the monies are not significant, except

3    when you are selling to one of the mills that's doing,

4    using recyclable material.  But, generally, they are very

5    large accounts like a Georgia Pacific.  So if a Georgia

6    Pacific is not paying, it's because they skipped an

7    invoice or somebody has said we are going to make a

8    deduction on this invoice for whatever reason.  But those

9    accounts are much smaller and easier to handle than the

10   Packaging accounts.

11       Q.   If a Paper Company customer decides to make a

12   reduction for whatever reason on an invoice, who at Paper

13   Company approves or disapproves that or deals with that?

14       A.   It will come in the mail.  It will be opened.

15   And Joan will notice that there has been a deduction.

16   And she will send the checks upstairs to Robbi who will

17   enter them into accounts receivable system and note that

18   there is a variance.  And the general manager of the

19   Paper Company will be sent a variance and a copy of the

20   invoice.  Sometimes people write on there what they are

21   deducting.  It's just fact or fiction.  Other times

22   you've got to call.

23       Q.   And the Packaging Company offices are in a

24   building on the property where your home is; is that

                    James Morgan              37

1    correct?

2        A.   Yes.

3        Q.   And is that residential area?

4      A.  Yes.

5      Q.  Was there a time when the Packaging Company was

6   located in Severna Park?

7      A.  Yes.

8      Q.  But there are no longer offices in Severna Park;

9   is that correct?

10      A.  Correct.

11      Q.  When did that move change?

12      A.  About January of '88.

13      Q.  And did they move to Arnold, Maryland, in January

14   of '88?

15      A.  Yes.  We had to move in two phases.  I think we

16   moved the office, perhaps, a month or two before -- my

17   wife and myself and our daughter that was still at home

18   moved into the house in January.  I believe we moved to

19   the office probably in November of '87.

20      Q.  Let's back up a little bit.  You said that in

21   1982 you and your wife started the Packaging Company.

22      A.  Correct.

23      Q.  Did you and she also start the Paper Company?

24      A.  Yes.


                    James Morgan              38


1      Q.  Did you purchase an existing company at that

2   time?

3      A.  No.  We started from scratch.  But we had become

4   involved with a small recycler in Delaware who was

5  desperate for money.  And that area of Delaware, there

6  aren't a whole lot of what we call wastepaper companies.

7  But he had some very large accounts, International,

8  Playtex, Scott Paper, General Foods and probably I've

9  forgotten some of the others.  So the guy needed money

10  desperately.  And at that time we were -- this is when

11  the Packaging Company first started up.  It also handled

12  baled waste paper.  We had no facilities but we were

13  buying it baled.  So -- and we had the contacts with the

14  mills to ship it to them.

15          And the guy -- the name of the company was

16  Delaware Recyclers -- but who was going bankrupt.  So

17  those were some pretty good sized accounts that he had.

18  Because you also get overruns, boxes printed in Spanish

19  or French or something but have never been packed.  So

20  they are usable boxes sold at a discount.  We didn't get

21  into that with the Paper Company's products.  But there

22  is overruns, misprints, job lots, seconds, used boxes.

23          So since we had the contacts and we could

24  make some money off of the guy, we made a decision to

James Morgan               39

1  advance him 10 or $20,000 at the beginning of the month.

2  Then we got everything that the guy generated.  And when

3  we started at the end of the month, what he sold to us

4  pretty much equated to what we had lent him.  But it gave

5  us a great entree on some of the boxes that he had.  If

6    you get six truck loads of Budweiser beer trays, there is

7    a market for that kind of stuff out there.

8            So he wanted us to buy the company.  And, at

9    that time, he had a financial guy by the name of Gene Fox

10   who used to work for us.  And he had an accounting

11   background.  So while we were talking with the guy about

12   buying his company, Gene Fox said this guy is going

13   bankrupt but he doesn't know it because all he booked in

14   a month were sales.  He booked no purchases.  So he could

15   show a profit of five or 10,000.  Again, this was a

16   recession year.

17           MR. NEUBERGER:  You are talking '82?  Is

18   that what you are talking about?

19           THE WITNESS:  Correct.  So we got up close

20   to the end of the year like Thanksgiving and Christmas

21   holidays.  And these mills will shut down for a week or

22   so.  And they won't take anything.  So we strung the guy

23   along.  We didn't advance him money, very much money at

24   the beginning of December because he was in arrears from

                 James Morgan           40

1    the previous month.  And, of course, the people that he

2    was getting these goods from, who he wasn't paying, were

3    breathing down his neck.

4            But there weren't any other recyclers.  You

5    either shipped it to him and hoped you got paid or you

6    paid for it to go to the dump.  So long story short, he

7    went bankrupt.  And about six months later we started up

8    our plant in May of '83.  And Gene Fox went to work for

9    us.  So all of the existing accounts, so to speak, were

10   still out there.  So that's really how we got started.

11   BY MS. CLICKNER:

12     Q.   So and then the paper business, the Paper

13   Company's business grew and developed?

14     A.   Over a period of time, yes.  When we started up,

15   we bought a used baler to be able to bale the material.

16          MS. CLICKNER:  Do you need to take a break?

17          (Thereupon, a short recess was had.)

18   BY MS. CLICKNER:

19     Q.   Are you considered an employee of the Packaging

20   Company?

21     A.   Yes.

22     Q.   Are you an employee of the Paper Company?

23     A.   I would say yes.  No one has ever asked me that

24   but I guess, yeah.


                James Morgan            41


1     Q.   What about Mrs. Morgan, is she an employee of the

2    Packaging Company?

3      A.   I hesitate only because she's very sick now.  And

4    she's not, let's say, active in either one of the

5    companies.

6      Q.   When did she become very sick?  I mean, before

7    she was sick.

8    A.  She was an employee of both companies.

9    Q.  Have you ever heard the term the P.T. Morgan

10   Companies?

11    A.  I've never used it.  I don't know if any of our

12   employees have.  But I believe the EEOC is referring to

13   them that way.  And I think Mark Maddox referred to them

14   in that way.

15    Q.  Well, have you seen any documents where that

16   term, P.T. Morgan Companies, has been used in this

17   litigation?

18    A.  I honestly can't recall.

19    Q.  And if one of the Packaging Company employees

20   used that term; would that be incorrect?

21    A.  Correct, that would not be correct.  Because they

22   are two separately run and incorporated and everything

23   else companies.  I could see because there is two

24   companies with close to the same name, someone might

                James Morgan              42

1    refer to it that way.

2    Q.  Have you ever corrected an employee for using

3    that term, P.T. Morgan Companies?

4    A.  I don't believe so.

5    Q.  Does the Paper Company have any locations where

6    it does work other than in Smyrna, Delaware?

7    A.  I can't recall any, no.

8    Q.  Does Rose Grabowski -- who is a Packaging Company

9   employee; is that correct?

10    A.  Correct.

11    Q.  Does she go to the Paper Company's site to work?

12    A.  Occasionally she does.

13    Q.  When did she start going there?

14    A.  I believe we started that in January of last

15  year.

16    Q.  '05?

17    A.  Yes.

18    Q.  Who made the decision to send her there to work?

19    A.  I did.

20    Q.  And why did you do that?

21    A.  Well, in our entire existence, we've had two

22  general managers with different backgrounds.  Rose is

23  knowledgeable enough to tear a computer down and rebuild

24  it.  And Gene Fox was very computer oriented because he


James Morgan              43


1   wrote his own programs.  And until about five years ago

2   when we got computerized, i.e., PC's and network, he was

3   able, with his program, to send information to the

4   Packaging Company.  Gene Fox left and we hired Gary

5   Eberhard, whose background is just the opposite of Gene

6   Fox.  Gene Fox was not operations oriented.  He did a

7   good job.

8         But Gary Eberhard had very little computer

9   experience.  He had far more operational experience.  He

10    was at 37 years with Chrysler in the auto assembly plant

11    around here.  So we had a very difficult time for Gary to

12    transition on Gene Fox's software for which there were no

13    manuals.  I mean, he was smart enough to write his own

14    programs.  So we run a financial statement on each

15    company every month, which requires a certain amount of

16    data and inventories.  And Gary was having a real problem

17    with the computer -- I don't know whether it was the

18    computer or the program that he inherited.

19          So Rose said let's get him a new computer

20    and let's get some off-the-shelf software.  And I will

21    teach him how to use this new computer and how to use the

22    software.  Well, the computer age has passed me by

23    mainly because --

24          MR. NEUBERGER:  Lucky you.


                        James Morgan            44


1     A.   -- there were no PC's in those days.  There were

2     IBM tab cards and huge computers that were centralized.

3     So she got the computer.  She got the programs and she

4     started to teach him.  But I think probably the older you

5     get the more difficult it is to learn a new skill.  And

6     we decided, between Rose and myself and Gary, that she

7     would be over there to handle, to make sure that the

8     inventory were properly handled and extended.

9           There were problems in the counts.  There

10    were problems in the valuations.  So that's how she

11    started over there.  Originally, it was like one day a

12    month.  When you hit holiday months like Thanksgiving and

13    December, it would be closer to maybe two days a week.

14          Then we developed the situation that you and

15    I are here for and Tom.  I'm sure you are aware, there is

16    a vast amount of information that you had to dig up and

17    we had to dig up.  And we still have to run that

18    operation.  So she has been over there more to, let's

19    say, collect data either there or at the Packaging

20    Company.

21          And then, at the same time roughly, we

22    developed a problem where the owner of our building who

23    had just signed a 20-year lease extension decided to sell

24    the property to a developer who is building a hospital


                James Morgan              45


1     where we are located.  And we have been involved in that

2     project for a year-and-a-half.  He is a person who either

3     is stupid or does not know how to figure costs.  And

4     she's spent a tremendous amount of time keeping the notes

5     of every meeting of what the guy said.  The town is

6     involved.  We have been threatened with eminent domain.

7     A new building is being put up for us.  Yet we continued

8     to have problems of misunderstanding with the developer.

9     So she has spent time over in Smyrna or around Smyrna

10     that would normally not be done.

11    Q.  So let me back up.  Does Miss Grabowski go to

12    Smyrna to input data, financial data into the computer

13    system?

14    A.  No.  She may have done that initially to get the

15    computer up and running.  But, no.  She might answer a

16    question or something.  But the financial statements are,

17    let's say, worked up by Robbi.  Then to make sure that

18    they are accurate and also because we have bank loans

19    that we have to give them certain data at certain times,

20    the work-up is sent to a CPA firm that runs it through

21    their computer, prints out the balance sheet and

22    financial statement.  But that, basically, comes through

23    Robbi.

24    Q.  There is financial information about the Paper

James Morgan                    46

1    Company business that needs to be input into a computer

2    system; is that correct?

3    A.  Well, yeah.  Probably -- I don't know.  I

4    wouldn't say all the time.  But the payroll information

5    every week is off whenever we bill or collect and the

6    input of the ending inventories.

7    Q.  Well, the financial information then is

8    accessible to the Packaging Company because they handle

9    that end of the business; is that correct?

10    A.  That is correct.  But I don't know that -- a good

11    portion of the information may be in that computer in