12  Smyrna.  I really don't know.  But I know they could not

13  run the profit and loss statement there.

14    Q.  What information needs to be input into the

15  computer system in Smyrna?

16    A.  Well, I assume it's input in the computer.  There

17  is a weekly payroll or the hours are generated by the

18  time clock.  So there is payroll information.  There are

19  billings that he does for his accounts.  There are

20  inventories, some inventories that are kept over there

21  and they are also kept at the Packaging Company.

22          And there are purchase orders issued by the

23  Paper Company to a vendor that are transmitted to the

24  Packaging office.  And I would suppose they are put in


                    James Morgan          47


1  the, input into the computer.  Then there are the

2  invoices from vendors that have to be matched up with the

3  receiving reports and checks cut to pay them.

4    Q.  Now, is it your testimony that all of this

5  information has to be input at the Paper location?

6    A.  I honestly don't know.  Some of it may be

7  automatically transmitted through a modem.  But as I say,

8  I'm very shallow on computers.  And we have somebody who

9  can tear them down and rebuild them.  So anything

10  relative to the data that is collected and transmitted, I

11  can't say for sure how it's done.  I see copies of

12  purchase orders that are sent by the Paper Company.  But

13   those are faxes.  And I get a copy of every invoice that

14   is made by the Paper Company to analyze it.

15     Q.  So you don't know, though, if that is information

16   that has been input into the computer in Delaware; do

17   you?

18     A.  By input, you mean it stays in that computer?

19     Q.  No.  When you enter information into a computer,

20   that's inputting information.  You don't know if all the

21   information that you just listed is actually input, put

22   manually into the computer system in Delaware?

23     A.  No, I don't really know.

24     Q.  Do you know for sure of any information that is

James Morgan            48

1   input into the computer in Delaware at the Paper Company?

2     A.  Well, I know for sure, since he generates

3   purchase orders, that's input.  Payroll is done by a

4   payroll service, but he inputs the number of straight

5   time and overtime hours.  I can't really answer that

6   question.

7     Q.  When you said we have someone who can tear down

8   and rebuild a computer, were you referring to Rose

9   Grabowski?

10     A.  Yes.

11     Q.  And you said Rose, Miss Grabowski, had started

12   going to the paper location to help set up this computer

13   system in January of 2005?

14     A.  I believe it was at that time.

15     Q.  Does the Paper Company pay the Packaging Company

16   for the services that Miss Grabowski is providing to the

17   Paper Company?

18     A.  A number of years ago it was decided that there

19   would be an administrative charge of $2,000 a month for

20   work done by Packaging Company employees, basically the

21   things that we've talked about, the purchases, accounts

22   receivable, invoicing customers and paying invoices.  And

23   it's been that way for, I think from the early '90s.

24     Q.  From the early '90s.  So the logs I received are

James Morgan                49

1   not a complete set; is that correct?

2     A.  Excuse me?

3     Q.  I received logs showing that payment starting in

4   2001.  Is it your testimony those payments started prior

5   to then?

6     A.  What information did you receive that said that

7   it started in 2000?

8     Q.  No, I received information, logs as far back as

9   2001.  Is it your testimony that this system was set up

10   prior to that?

11     A.  I believe so.

12     Q.  And you believe it was the early '90s?

13     A.  Early to mid '90s, yes.

14     Q.  And it started out as $2,000 per month; is that

15  correct?

16  A.  Yes.

17  Q.  And it has not changed to date; is that correct?

18  It's still $2,000 per month?

19  A.  Yes.

20  Q.  So the amount did not increase even though

21  Miss Grabowski was performing this additional duty on

22  behalf of the Paper Company; is that correct?

23  A.  That is correct.

24  Q.  And is Miss Grabowski reimbursed for her travel


                    James Morgan              50


1  expenses of going from Maryland to Delaware on a regular

2  basis?

3  A.  Yes.

4  Q.  And who reimburses her?

5  A.  Packaging Company.

6  Q.  At the time that you decided to reimburse, that

7  the Paper Company would reimburse the Packaging Company

8  $2,000 per month, let's say about 1995, do you have any

9  idea what the sales for the Paper Company were in 1995?

10  A.  They were probably substantially higher, maybe 50

11  percent.  That was a reflection of market conditions and

12  there was a paper shortage at that time.  We get $65 a

13  ton for old boxes baled today picked up.  Back then it

14  was as high as $230 per ton picked up.  So the sales

15  would have been substantially higher.  But it's more a

16    function of the market than -- although, we had more

17    accounts back then too.

18        Q.  Could you guess at how many more accounts you had

19    in 1995 than you had in 2004?

20        A.  Maybe 50.  And now maybe 35.

21        Q.  At the time that you started this payment system,

22    did either company engage in any due diligence to try to

23    determine what the service would cost them from a third

24    party?

                    James Morgan              51

1        A.  No.

2        Q.  How did you come up with the figure of $2,000 per

3    month?

4        A.  I would just say a guesstimate.

5        Q.  What was the guesstimate based on?

6        A.  Observation, a guesstimate how many hours and

7    using some type of cost per hour for -- way back then it

8    was just accounting.  Rose was not very involved at all

9    with the Paper Company.

10       Q.  So now the Packaging Company is providing the

11    Paper Company more services than it did in 1995; is that

12    correct?

13       A.  At the present time the answer is yes.  But don't

14    forget the two situations that I mentioned.

15       Q.  Let me show you a document and we will mark this

16    Exhibit 1.

17          (Morgan Deposition Exhibit No. 1, Notice to

18     Employees, Simple IRA, was marked for identification.)

19     BY MS. CLICKNER:

20     Q.  Mr. Morgan, have you had a chance to look at this

21     document?

22     A.  Yes.

23     Q.  Can you identify it?

24     A.  I guess it's the information that's given to

                    James Morgan              52


1     employees that are eligible to be covered under the

2     Simple IRA.

3     Q.  Is this with Dean Witter?  Is that the company

4     that's providing this service?

5     A.  Yes.

6     Q.  Are there two accounts?  Are there separate

7     accounts for the Paper Company and the Packaging Company?

8     A.  Yes.

9     Q.  And do you know who negotiated with Dean Witter

10     or interacted with them to set up these accounts?

11     A.  It was a question of giving our employees the

12     opportunity, but it was actually my son-in-law who worked

13     for Dean Witter at that time when Simple evolved.

14     Because we had other plans in the past.

15     Q.  What is your son-in-law's name?

16     A.  Chris Persico, P-E-R-S-I-C-O.

17     Q.  And you said he's your son-in-law and your

18    daughter works for you, his wife works for you.  Okay.

19    So who interacted with Dean Witter from the Paper Company

20    to set up this account?

21        A.  It would have been Gene Fox.

22        Q.  And did he also interact on behalf of the

23    Packaging Company?

24        A.  Not Gene Fox, no.  It would have been a quick


                    James Morgan              53


1    briefing by him to myself and probably Robbi's

2    predecessor.

3        Q.  A quick briefing by whom?

4        A.  Chris Persico.  I mean, I had read about Simple.

5    And because of all the paperwork involved in other

6    pension profit sharing programs, this was a great

7    opportunity for us to come out underneath having a

8    consultant we had to submit data to and everything.  It

9    greatly reduced the paper load.  And then he was allowed

10    to have a meeting with each group separate.

11        Q.  Chris had a meeting with each group separately?

12        A.  The Packaging Company and the Paper Company in

13    Smyrna.

14        Q.  Who hires employees for the Paper Company?

15        A.  Gary Eberhard.

16        Q.  And who hired Gary Eberhard?

17        A.  I did.

18        Q.  Are you involved in hiring Paper Company

19    employees?

20        A.   The only other employees are hourly laborer, and

21    the answer is no.

22        Q.   Now, I'm going to ask you a question.  And if

23    your answer is something that has changed over time, we

24    will need to explore that.  Who has responsibility for


                     James Morgan              54


1     disciplining Paper employees?

2         A.   Gary Eberhard.

3         Q.   The general manager?

4         A.   Yes.

5         Q.   Now, are there supervisors at the Paper Company?

6         A.   No.

7         Q.   Are there team leaders?

8         A.   Yes.

9         Q.   And do the team leaders have the authority to

10    discipline an employee?

11        A.   No.  And there is only, at this time, one team

12    leader.

13        Q.   Who is that?

14        A.   Jerry Broussard.

15        Q.   Were there previously more than one?

16        A.   There may have been.  But I don't recall.  It's

17    like two different operations and they are in what we

18    refer to as separate rooms.  There is an area here and

19    then there is an area that can be shut off by a fire

20   door.  And one area is where warehousing and baling is

21   done.  And the other area is where items are

22   manufactured.  So Jerry may have been a team leader in

23   the area where the balers are and where trucks are loaded

24   and unloaded.

James Morgan                55

1     Q.  So the trucks are loading and unloading in the

2   area where the balers are and where the warehousing is?

3     A.  Yes.

4     Q.  What about Doug Goodermuth, was he a team leader?

5     A.  He was.

6     Q.  When did that cease?

7     A.  I believe January or February of last year.

8     Q.  And what created that change or what caused that

9   change?

10    A.  Number one, he had had a heart attack in the late

11   fall.  He was out two or three months.  Number two, he

12   asked to be removed from the job.

13    Q.  Did he give a reason?

14    A.  I think that he was a little fearful being a team

15   leader with the group he was in charge of.

16    Q.  He was fearful of violence?

17    A.  Something being done to him.

18    Q.  Did he the tell you why he was fearful?

19    A.  I didn't talk directly with him.  I think it was

20   a combination of the stress and the people that he

21  supervised and what they were doing.

22  Q.  You don't know what they were doing?

23  A.  I've heard stories.  But when I'm there, I don't

24  see it.


James Morgan              56


1  Q.  What stories have you heard?

2  A.  Well, you've gotten copies of some letters

3  recently.  Supposedly, someone in that group was selling

4  drugs out the back door.

5  Q.  Someone in what group?

6  A.  Let's just say one of the employees that filed a

7  complaint against us.

8  Q.  Who?

9      MR. NEUBERGER:  You can answer the question.

10  A.  I would say that this is hearsay evidence in that

11  it was not told to me directly.  Patrick Moore.

12  Q.  And why did that make Mr. Goodermuth fearful?

13  A.  I don't know that that in fact is occurring now

14  or occurred before.  But this group of employees likes to

15  tell the company what they are going to do and not do.

16  Q.  Are you referring to the four complainants in

17  this lawsuit when you say this group of employees?

18  A.  Yes.

19  Q.  Are you including anyone else in that term, this

20  group, who is not a complainant in the lawsuit?  Do you

21  know who the complainants are?

22    A.   The three Moores and Greg.  I forget his last

23    name.

24    Q.   Bernard Tingle?


                James Morgan            57


1    A.   Bernard Tingle, yes.

2    Q.   So are you including anyone else in that group

3    when you use the term "this group" other than those four

4    people?

5    A.   No.

6    Q.   So what have you heard that makes Mr. Goodermuth

7    fearful of violence?

8    A.   That's just my personal guess.

9    Q.   Has someone told you that he's fearful of

10    violence?

11    A.   Obviously, this was over a year ago.  I didn't

12    question him about it.  And no one made that remark to

13    me.

14    Q.   So you are just assuming that he was fearful of

15    violence?  You have no basis for that assumption?  Or if

16    you do, I would like to hear what it is.

17    A.   I have no basis except knowing the guy's

18    personality, his age, how he reacts to things.

19    Q.   You mean Mr. Goodermuth?

20    A.   Uh-huh.

21    Q.   How old is he?

22    A.  I believe he's going to be 65 in a couple months.

23    Q.  And what is his race?

24    A.  Caucasian.

James Morgan                    58

1    Q.  Does the team leader have the authority to tell

2  an employee to leave the premises for any reason?

3    A.  If he feels there is a compelling reason, he

4  would do his best to contact first Gary Eberhard or,

5  secondly, myself.

6    Q.  That doesn't answer my question.

7    A.  Do you want to restate it?

8    Q.  Does the team leader have the authority to tell

9  an employee to leave the premises for any reason?

10    A.  I will answer it the same way.  If it was serious

11  enough, he would try and contact somebody first.

12    Q.  And if he is unable to contact yourself or the

13  general manager, does the team leader have the authority

14  to tell an employee to leave the premises?

15    A.  If it is a serious enough event, for instance,

16  we've had to call the police to get some people out of

17  the building.

18    Q.  And do you have the authority to discipline a

19  Paper Company employee?

20    A.  I would say I have the authority, but I have

21  never done it.  From a military background, I like to

22  work up the chain of command.

23      Q.  Have you ever informed someone at the Paper

24   Company to tell an employee they must leave?


                   James Morgan                59


1      A.  I know I did at least once.

2      Q.  And who did you tell?

3      A.  Jerry Broussard.

4      Q.  So on that occasion you did discipline a Paper

5   Company employee; is that correct?

6      A.  I gave the permission for him to tell the

7   employee to leave the premises.

8      Q.  Who was the employee?

9      A.  I don't recall who it was per se since, at one

10   time, there were three Moores.  But I believe it was one

11   of the three.  Probably Patrick.

12      Q.  And if you believe that Patrick is selling drugs,

13   have you ever informed the police or tried to do an

14   investigation?

15      A.  As I say --

16      Q.  Is that a no?

17      A.  Can you ask the question again?

18      Q.  You were shaking your head no.  And I wanted no

19   on the record.  That's all.  Was that a no?

20      A.  That's why I asked to re-ask the question.

21      Q.  If you have some reason to believe that Mr. Moore

22   is selling drugs out of the facility, have you done any

23   kind of an investigation, you or anyone for Paper?

24    A.  No.


                    James Morgan              60


1     Q.  Why not?

2     A.  Well, number one, it's a rumor.  And, number two,

3  we don't have any surveillance cameras.  But we will when

4  we move into the new building.  And the building, the way

5  it is set up, particularly in the summertime, there are

6  large doors that are open to the outside.  And it's easy

7  for somebody to go outside the building.

8     Q.  The Paper Company provides medical insurance for

9  its employee, is that correct, if they choose to

10  participate?

11    A.  Yes.

12    Q.  Who handles the paperwork for the employees who

13  choose to participate?

14    A.  The forms would be given to the employee by Gary

15  Eberhard and then sent to Robbi.

16    Q.  And Robbi would directly interact with the health

17  insurance companies; is that correct?

18    A.  Yes.

19    Q.  Who determines the hourly wages for Paper

20  employees?

21    A.  The general manager and myself.

22    Q.  So you are involved in setting wages.  Are you

23  involved in determining bonuses for Paper employee?

24    A.  I'm involved in the bonuses the same way I am in

James Morgan                61

1    the wage increases.  Recommendations are submitted to me.

2    Q.  By the general manager?

3    A.  Yes.  And there may or may not be a discussion on

4    certain people for bonuses or wage increases.

5    Q.  But you have authority to override the general

6    manager if you choose; is that correct?

7    A.  If I'm one of the owners, I would say that's

8    correct.

9    Q.  Thank you.  And the Paper Company payroll is

10   handled by a company called Paychecks; is that correct?

11   A.  Correct.

12   Q.  And who interacts directly with Paychecks such as

13   giving that company the hours and the wage amounts that

14   are to be paid?

15   A.  The hours are submitted on Monday.  I don't know

16   whether they are transmitted by computer or faxed or

17   UPS'd.  And there will be a breakdown of the hours for

18   various categories, straight time, overtime, vacation,

19   holiday.  And that information is given to Robbi Smith.

20   And it is called in to Paychecks.

21   Q.  So if there is a problem or a change in the

22   payroll, is she the person who interacts with Paychecks

23   and gives them that information?

24   A.  Yes.

James Morgan               62

1     Q.   And she's a Packaging Company employee; is that

2   correct?

3     A.   Yes.

4     Q.   Where are the personnel files for Paper Company

5   employees kept?

6     A.   They are kept in two places, one, at the Paper

7   Company and, number two, at the Packaging Company.

8     Q.   Are they identical files in each place as far as

9   you know?

10     A.   I would think so.  But I've never asked to see

11   the file on the Paper Company employees when I was at the

12   Paper Company.

13     Q.   Well, during the course of this litigation, the

14   commission has been provided with copies of certain

15   personnel files.  Were those files the files that were

16   kept at the Packaging office or at the Paper office?

17     A.   Well, I would think that they were provided by

18   the Packaging Company.

19     Q.   Do you know --

20     A.   But going back a ways, it may have been handled

21   at the Paper Company when Gene Fox was there.

22     Q.   My question was the files that had been turned

23   over to the EEOC.

24     A.   I don't know what years.  Going back to 2001?

James Morgan                63

1     Q.   No, the files that were -- there were some

2   personnel files turned over to us in this litigation.

3     A.   Right.  I don't have an answer for that.  I don't

4   know.

5     Q.   Now, during the course of this litigation, you

6   have been identified as the human resource manager for

7   the Packaging Company.  Is that correct?

8     A.   Yes.

9     Q.   And what does that mean to you, to be the human

10   resource manager?

11     A.   I've never identified myself as the human

12   relations manager.  We have an office manager, Rose

13   Grabowski, who everybody else reports to.  And then I am

14   her direct supervisor.  So if she wants to change

15   something or do something or a recommendation for a

16   better way to do it or what not, she'll present it to me

17   and we'll discuss it.  And, generally speaking, I let her

18   make the decision.

19     Q.   Do you know what an Employment Eligibility

20   Verification Form is?

21     A.   Employment Verification?

22     Q.   Yes.

23     A.   I believe so, yes.

24     Q.   What is it?

James Morgan                64

1    A.  It's a form that would be sent out, I would

2    think, by a prospective employer looking for information

3    or confirmation for an employee who at one time worked

4    for us.  And I guess that would be something like a fill

5    in the blank or circle A, B, C, or D and would be sent

6    back.

7    Q.  And is that something that would be handled by

8    the human resource manager?

9    A.  Which company are we --

10   Q.  Either company.

11   A.  We have very little turnover in the Packaging

12   Company.  So I don't recall ever seeing a Verification of

13   Employment Form for Packaging Company.  The Paper

14   Company, it would depend upon the, I would say -- well, I

15   don't really know whether those kind of forms are faxed

16   or not.  But it would be the, the request would either go

17   to Gary Eberhard or end up at the Packaging Company and

18   be handled by Robbi Smith.

19   Q.  If a Paper Company customer has a problem, can

20   they call the customer services person at the Packaging

21   Company?  Do you have a customer services employee?

22   A.  Yes.

23   Q.  Who is that?

24   A.  First of all, Rose Grabowski, she used to be

James Morgan        65

1    customer service manager.  But we changed her job so that

2    she's now also in charge of Robbi Smith.  So say the

3    question again.

4        Q.  I will show you what we'll mark as Exhibit 2.

5            (Morgan Deposition Exhibit No. 2, Paper

6    Company Organization Charts, was marked for

7    identification.)

8    BY MS. CLICKNER:

9        Q.  Can you identify these two pages?

10       A.  Yes.

11       Q.  What are they?

12       A.  Organization chart for the two companies.

13       Q.  Do you know who created these two charts?

14       A.  On the Packaging, I would say probably Rose

15   Grabowski, and probably on the Paper Company too.

16       Q.  On the second page on the organizational chart

17   for the Packaging Company, it has Joan Meyers, customer

18   service.  Do you see that?

19       A.  Yes.

20       Q.  Is she someone who handles complaints from

21   customers?  Is that what that means?

22       A.  Generally speaking, Joan would not handle

23   complaints.  She's not as technically oriented as Linda

24   and Rose.  If somebody is not there for whatever reason

                    James Morgan                66

1    or is on the phone, the system will switch over

2    automatically to the various employees.  And she could

3    end up taking an order, a message, a complaint.  But the

4    complaint would be given to somebody else to handle.

5    She's, even though she is in customer service, her

6    dealings with customers are far less than Linda and Rose.

7      Q.  Linda Reppenhagen, would she be someone who would

8    handle customer complaints from Paper customers?

9      A.  If that person happened to call the Packaging

10   Company, she would take the complaint and then contact

11   Gary Eberhard or fax him.  But the information would be

12   passed on to him first.

13     Q.  Now, you have two sales reps listed here.  Cindy

14   Morgan Moss and Maryanne Persico.  Those are not the

15   people you referred to as independent sales reps; is that

16   correct?

17     A.  No, that is correct.

18     Q.  What is their job?  Do they have the same job as

19   sales reps?

20     A.  They do.  However, Cindy has had three back

21   operations and has been on sick leave for about three

22   years.  So she's on the chart.  But she doesn't sell

23   anything.

24     Q.  Is she still on the payroll?

James Morgan                67

1      A.  For hospitalization only.  She does not get a

2    paycheck.

3    Q.  So what is Maryanne's job as sales rep?

4    A.  Her status is somewhat like Cindy's.  Maryanne

5    had two kids under two and she wanted to be a full-time

6    mother rather than a sales rep.  So she handles a few

7    accounts in Philadelphia.  And sometimes she gets a

8    paycheck and sometimes she doesn't.  They're paid a

9    percentage of the gross profit.

10    Q.  Does she handle accounts for the Paper Company?

11    A.  No.

12    Q.  Have you ever or anyone for either Packaging or

13    Paper Company tried to determine how many hours a week

14    Packaging Company employees are employed in performing

15    Paper Company business?

16    A.  Rose Grabowski, at the present time with an

17    asterisk because of the two major projects we are

18    involved in, 20 percent.  Robbi Smith, 40 percent.  But

19    Robbi Smith is slower than her predecessor.  But she's

20    very accurate.

21    Q.  And what about Joan Meyers?

22    A.  What is your question about Joan Meyers?

23    Q.  How much of her time is spent on the Paper

24    business?

                    James Morgan              68

1    A.  A couple percent.

2    Q.  That includes calling delinquent accounts for the

3    Paper Company?

4      A.   At the most it would be 5.  I didn't think about

5   that.  I was thinking about customer service.  Paper

6   accounts receivable is much easier to handle than the

7   Packaging Company accounts.  They are generally smaller.

8   You can get through to them easier.  And she has somebody

9   else to go to like the general manager who would know

10   somebody at that plant personally.

11      Q.   And what services does Linda Reppenhagen provide

12   for the Paper Company?

13      A.   If for some reason she got an order for the Paper

14   Company, she would inform the general manager.  If the

15   general manager needed to purchase finished boxes, he

16   would contact her and she would place the order with the

17   proper vendor.  She's, basically, in charge of the

18   communication directly to the vendor.  And if a common

19   carrier is used, she would line up the common carrier.

20            And there are occasions on a tractor-trailer

21   load of boxes, some, there might be one or two or three

22   Paper Company orders on the trailer and one or two

23   Packaging Company accounts on the trailer.  And she would

24   do the coordination of taking care of the Packaging part.


                James Morgan                69


1   She would line up the carrier.  She would contact the

2   customer.  And between the general manager and herself,

3   they would determine the sequence of the stops on the

4   trailer, what is first, second, last, et cetera.

5     Q.  But you said she would be the one who actually

6  interacted with the common carrier who was delivering

7  these items; is that correct?

8     A.  If the trailer -- well, if the trailer was a

9  Packaging Company trailer, everything on there she

10  handles it and that's the end of it.  If it's the Paper

11  Company trailer, then she would, yeah, she would contact

12  the carrier and the Packaging customers and line up the

13  sequence of the stops.

14     Q.  Is it true that neither Packaging nor Paper

15  Company does its own shipping, trucking?

16     A.  That's not true.

17     Q.  So sometimes -- so Paper Company does some

18  trucking; is that true?

19     A.  We own two tractors, one of which is just a

20  jockey tractor to move trailers from the yard to the

21  dock, back them in.  We own one tractor.  And I think we

22  are leasing 17 or 18 -- probably own about 14 trailers

23  and renting maybe 4.

24          So there are two Paper Company employees who

                James Morgan              70

1  have licenses to operate tractor-trailer.  That's

2  Goodermuth and Roy James.  In addition, we have two

3  owner/operators.  They don't work for us.  But they

4  pretty much work for us a hundred percent of the time.

5  And they have their own tractor and sometimes trailer.

6    And we utilize common carriers at times.

7      Q.  We have the documents from Mr. Fox's personnel

8    file that show or appear to show that he received a bonus

9    from the Packaging Company while he was an employee of

10   the Paper Company.  Is that true?

11     A.  Yes.

12     Q.   And why was he given a bonus from the Packaging

13   Company?

14     A.  In recognition of the good job that he had done.

15     Q.   Did the Packaging Company give any other person

16   not its an employee a bonus at any time?

17     A.  No.

18     Q.  What did Mr. Fox do for the Packaging Company

19   that warranted a bonus?

20     A.  Not much more than Gary Eberhard except that

21   financially the companies did much better.  But,

22   basically, they did the same job.  Unfortunately, the

23   results are different.

24     Q.   Well, how are the financial successes of the two

                    James Morgan              71

1    companies connected?

2      A.  Well, the Paper Company, it's success is greatly

3    influenced on market conditions.  Like the example I gave

4    you, today we're getting $65 a ton.  Ten years ago it was

5    235.  The Packaging Company, at times, maybe there was a

6    little more volume that was shipped from the Paper

7    Company or let's say the general manager got his hands on

8    some merchandise that had a slight defect but we were

9    able to sell with a huge gross profit margin.

10         Because there are really two companies that

11    are in somewhat the same fields, boxes, wastepaper.  I

12    could get a call that there was such and such somewhere

13    and this is what they want.  Or the Paper Company could

14    end up getting a call and says we got two trailers

15    dropped at Weyerhaeuser for mistakes.  I guess somewhat

16    the luck of the draw unless you're buying brand new

17    boxes.  And that's pretty cut and dry.  There is not much

18    negotiation.

19    Q.  My question is:  How does the success of the

20    Paper Company impact on the financial success of the

21    Packaging Company?

22    A.  Generally speaking, not much except for the

23    services it provides.

24    Q.  That it provides to the Packaging Company.  And

                    James Morgan              72

1    what services are those?

2    A.  Well, warehousing of generic boxes that can be

3    sold by either one of the companies and the manufacture

4    of the pads and liners.

5    Q.  I would just like you to identify this for the

6    record if you can.

7         (Morgan Deposition Exhibit No. 3,

8    Handwritten Notes, was marked for identification.)

9    BY MS. CLICKNER:

10    Q.   Are you able to identify this?

11    A.   I'm racking my brake.

12    Q.   If you look at the second page on the top, you

13    see "Gene Fox" there.  I'm just going to ask you, if you

14    look at the second page, if you look about the 8th line

15    down where there is writing on that chart, it says

16    "bonus, 2000, PKG."   Do you see that?

17    A.   Yes.

18    Q.   And that was following the date of 6/26/90?

19    A.   Uh-huh.

20    Q.   Does that indicate that Mr. Fox was given a bonus

21    from the Packaging Company of $2,000?

22    A.   I would say so, yes.

23    Q.   Do you know if any of the other bonuses that are

24    listed on there came from the Packaging Company?


                James Morgan              73


1    A.   I would say that any bonuses that were given in

2    June of a particular year would have been from the

3    Packaging Company.  The other bonuses which were,

4    generally speaking, much higher are bonuses paid to him

5    by the Paper Company.  We had a profit sharing plan at

6    that time.  We still do.

7    Q.   So in June of 1994, Mr. Fox received a $3,000

8    bonus from Packaging; is that true?

9    A.  I would think so.

10    Q.  When you said we had a profit sharing plan, who

11   did you mean by we?

12    A.  There was a profit sharing plan set up for the

13   general manager, and that he received 10 percent of the

14   net profit.

15    Q.  Of the Packaging Company or the Paper Company?

16    A.  Paper Company.

17    Q.  But he received a profit from the Packaging

18   Company?

19    A.  He got an arbitrary bonus.

20    Q.  In June?

21    A.  From the Packaging.  And those would be small as

22   compared with year-end bonuses for the Paper Company.

23    Q.  If you look on the first page of this document --

24   and I can tell it's not marked with his name.  It was in


James Morgan            74


1   his personnel file that was given to the EEOC.  The Bates

2   numbers are consecutive.  So I don't know if you will

3   concede that this is from his file.  But it indicates in

4   June, 2001, he received a Packaging bonus of $8,000, in

5   June of 2002 that he received a Packaging bonus of

6   $8,500.  Do you have any reason to dispute that that's

7   true?

8    A.  Give me the numbers again.

9    Q.  If you start, the third line down is June of

10   2000.  It has "PTM bonus, $7,500."  Two more lines it has

11   "6/01, PKG bonus, $8,000."  And skip a line, "6/02, PKG

12   bonus, $8,500."

13    A.  Yes.  The one I might question would be the June

14   of '00.  For some reason it has "PTM bonus."  I'm not

15   sure whether my wife got that or he did.  But the other

16   two, chances are that those -- well, one of them is

17   marked Packaging bonus.  Both of them are.  So they came

18   from the Packaging company.  For sure, those two.

19    Q.  Do employees at the Packaging Company have any

20   responsibility for maintaining repairs on the Paper

21   Company equipment?

22    A.  Say that again.

23    Q.  Do any Packaging employees have responsibility

24   for maintaining repairs on Paper Company equipment?

                James Morgan              75

1    A.  I don't believe so, no.

2    Q.  Is there any reason that Mr. Eberhard is

3   responsible for keeping P.T. Morgan Packaging accounting

4   department apprised of repairs?

5    A.  Is he responsible for that; is that your

6   question?

7    Q.  Yes.  Why is he responsible for that?

8    A.  I have learned a long time ago that if you have

9   equipment or inventory located at another site, it's much

10    better to have that particular company that occupies that

11    site to be responsible for the inventories, i.e., if

12    something is missing, it was either given away, stolen or

13    they made a mistake on the bill of lading.  That's why

14    the majority of the inventory over there is charged to

15    the Paper Company.  The equipment that is over there --

16       Q.   Over there meaning?

17       A.   Smyrna.  -- that is used to manufacture pads and

18    scored liners, the equipment is on the books of the Paper

19    Company as an asset.  But if there were repairs, the

20    repairs are charged to the Packaging Company because

21    those machines, for the most part, are being used to

22    generate a product that the Packaging Company is going to

23    buy from them.  Therefore, you can't charge somebody for

24    repairs on the equipment they don't ever use.  So, yes,

James Morgan              76

1     there are invoices for repairs on the equipment that are

2     paid by the Packaging Company.

3        Q.   Is this equipment that's owned by the Packaging

4     Company or owned by the Paper Company?

5        A.   It's owned by the Paper Company.

6            MS. CLICKNER:  Well, that opens another

7     whole can of worms.  I think we need to take a break.

8                (Thereupon, a lunch recess was had.)

9            THE WITNESS:  I have been in depositions

10    before a grand jury.  And I've learned that if you don't

11  know the answer, then, first of all, tell the truth but

12  describe it as best you can.  And if you give an answer

13  that is a little, doesn't satisfy the questioner, to

14  couch it in such words that a month or two from now you

15  get asked the same question, it will be in her notes

16  whatever it applied to.

17  BY MS. CLICKNER:

18      Q.  Before the break, I asked you why one of

19  Mr. Eberhard's duties was to inform Packaging Company

20  about repair costs.

21      A.  Oh, yeah.

22      Q.  So why don't you answer that question again to be

23  clear?

24      A.  We do our best to allocate costs to the proper,

James Morgan                77

1  let's say, line on the financial statement.

2      Q.  When you say we, who do you mean?

3      A.  The company.

4      Q.  Which company?

5      A.  Well, both.  An example, Robbi will bring an

6  invoice to me -- first of all, I see all the invoices on

7  the Packaging Company and most of them on the Paper

8  Company.  But if there comes an invoice for a thousand

9  dollar repair on a fork truck, there is a fork truck over

10  there that is owned --

11      Q.  Meaning at Paper?

12    A.  Uh-huh.  -- that is being used primarily by the

13    Paper Company.  So we don't want to erroneously charge

14    the Paper Company for a repair bill when they were

15    actually doing work for the Packaging Company.

16    Q.  So what work does the Paper Company do for the

17    Packaging Company?

18    A.  Repair work?

19    Q.  What work with a forklift is the Paper Company

20    doing for the Packaging Company?

21    A.  Everything we've discussed so far, i.e., loading

22    and unloading trailers, putting stuff into inventory and

23    moving the in-process materials into -- I don't think I

24    described the equipment that is in Delaware other than

                    James Morgan            78

1    the balers.  But there are two slitters that would cut

2    paper, corrugated board in half.  And there is two band

3    saws that would cut them the second direction.  And they

4    are on the property ledger of the Paper Company.  But

5    they are run primarily for the Packaging Company.  So if

6    there is a repair on equipment that is more used by the

7    Packaging Company than the Paper Company, that repair is

8    paid for by the Packaging Company.  I know it sounds like

9    I talk in circles.

10    Q.  Yeah.  I'm totally confused now.  You have

11    described at length the work that is done at the Paper

12    Company such as creating pads, sorting and baling paper

13    for recycling, warehousing, selling new cardboard boxes.

14    Is that all the work that's being done at the Paper site?

15      A.   Yes, other than say a miscellaneous job where we

16    may sort through some material that we bought very, very

17    cheaply.  The best example is everybody knows who Perdue

18    Poultry is.  We once bought a trailer load of poultry

19    boxes that are wax coated that Perdue would put 65 pounds

20    of poultry and 20 pounds of ice, stack them six high in a

21    trailer and go to Canada.  And they sit in their yard

22    over the long Fourth of July weekend.  Those boxes have

23    to stand up.

24          We once bought 85,000 lids because they were


                    James Morgan              79


1    the wrong red.  For instance, there is a Budweiser red.

2    If you can't match the red, it all comes back.  There is

3    nothing they can do except bale it or sell it, beer trays

4    to nurseries and Easter and around Mother's day.

5          So we got this trailer load of poultry from

6    Perdue -- well, it was run by International Paper but it

7    was for Perdue.  And they were afraid to ship it because

8    the inside of the box there was a little crack.  And we

9    bought it, sold it and made $11,000.

10    Q.   When you say we bought it and sold it, who is we?

11    A.   The Packaging Company.  Because at one time,

12    obviously, that Paper Company didn't exist and we

13    operated out of the building in Baltimore for seven or

14   eight years.

15     Q.  Let me back up.  You were talking to me about

16   this trailer load of box tops.  You bought a trailer load

17   of box tops that were mis-colored.  Packaging bought

18   those and to turn around?

19     A.   The lids, actually, were purchased by the Paper

20   Company and brought into the warehouse.

21     Q.  So how does that relate to the Packaging Company?

22     A.   Packaging Company eventually sold those lids, not

23   the Paper Company.

24     Q.  So how does the Packaging Company sell a product

                    James Morgan                80

1   owned by the Paper Company?

2     A.   Well, as I mentioned, there are times when both

3   companies sell to the same customer different products.

4   Restate that question again.

5     Q.  You said the Paper Company bought these poorly

6   colored box lids.  And they were delivered to the Paper

7   warehouse; is that correct?

8     A.   Right, and they paid for them.

9     Q.  And Paper paid for them.  And did Paper then bale

10   them?

11     A.   They were sold to some guy in Brooklyn.

12     Q.  So they were sold "as is?"

13     A.   "As is."  Sometimes you have to sort piece by

14   piece in those kind of situations.

15    Q.  But you said the Packaging Company is actually

16    the company that sold these lids to the New York company.

17    A.  Right.

18    Q.  So did the Packaging Company purchase them, the

19    product from Paper and then sell it to the New York

20    company?

21    A.  Yes.  Nothing is given away between the two

22    companies.

23    Q.  So there is a price that the Packaging Company

24    paid the Paper Company; is that true?


                    James Morgan                81


1    A.  Right.

2    Q.  Did the Paper Company make any sort of profit on

3    that?

4    A.  No.  If they had sold them, they would have.

5    Q.  So the profit from that transaction all accrued

6    to the Packaging Company?

7    A.  Correct.

8    Q.  Back up.  Are there other transactions similar to

9    that?

10    A.  Yes.

11    Q.  Do you want to explain those?

12    A.  Another transaction could be we sell a lot of new

13    boxes, a lot of seconds which we've never talked about.

14    Q.  You say we meaning who?

15    A.  Meaning both companies.  The profit goes to the

16    company that sells it.  But let's say we handle a lot of

17    boxes about half the size of this desk.  And it's used by

18    people like DuPont, Dow, Monsanto, General Electric,

19    plastic resin or a compound of resin.  And the box will

20    hold 1,500 to 2,000 pounds stacked three high.  You have

21    to be very careful that there are no manufacturing

22    defects.  Otherwise, the stack will collapse in

23    somebody's warehouse and he will get charged back.

24          So we get our hands on a lot of seconds.


              James Morgan              82


1     And those are warehoused there.  There is an aftermarket

2     for this box.  Because new it might cost $15.  So we are

3     also in the used box business for these.  And there are

4     very few people that are in it.  So the boxes, generally,

5     are coming out of one of the fortune 100s.  And they call

6     up and say I've got a truckload of these.  Do you want

7     them?  They are shipped into the Paper Company and

8     warehoused.

9     Q.  And who owns them at that point, Paper or

10    Packaging?

11    A.  The Paper Company.  The reason we do that is, as

12    I mentioned before, there are mistakes made.  Maybe

13    somebody runs into a stack of something with a fork truck

14    and it's 20 feet in the air and it hits the floor and

15    picks up grease and oil and everything from the fork

16    truck's run.  If somebody were stealing from us, like

17  somebody just stole four tires from us, the general

18  manager of that plant is responsible for the inventory.

19  I can't be 70 miles away and notice what's going on.  But

20  he should certainly know if there is damage or inventory

21  missing by putting it on a truck and using the wrong

22  count.

23      Then it gets charged to that Paper Company.

24  That puts the onus on whoever sells it.  You are the

James Morgan              83

1  risk, the one responsible for the inventory.  Because the

2  biggest fluctuation in a particular month could be the

3  inventory.  There is roughly $50,000 worth of stuff in

4  that building.  So you've got to have somebody

5  responsible for it.  And the best way is to make that

6  manager responsible for it.

7      Q.  But you, basically, were describing the same

8  situation where Paper Company will buy a second.

9      A.  Okay.  It's true.

10     Q.  And it will warehouse it at Paper?

11     A.  Right.

12     Q.  But Paper doesn't sell it; it's said sold by

13  Packaging?

14     A.  Either one can sell, especially that product and

15  especially the wax coated boxes for poultry and fish.

16     Q.  But if that product, these seconds are sold by

17  the Paper Company -- excuse me, are sold by the Packaging

18    Company, then the Paper Company makes no profit on them?

19    A.  That's correct, because they didn't sell it.

20    Q.  So the Paper sells it to Packaging at cost and

21    Packaging sells it to a third party and makes the profit?

22    A.  Correct.

23    Q.  What is the benefit to Paper of doing this?

24    A.  They are providing a service.  Plus --


                James Morgan            84


1    Q.  They are providing a service to Packaging?

2    A.  Correct.

3         MR. NEUBERGER:  You didn't finish.  You said

4    "plus."

5         THE WITNESS:  The Paper Company could

6    sell -- who gets the phone call, the Paper Company or the

7    Packaging?  Whoever is responsible for the sale gets the

8    profit.

9    BY MS. CLICKNER:

10    Q.  But if Packaging Company gets the sale, it does

11    not pay Paper --

12    A.  A profit.

13    Q.  Does it pay Paper anything for that transaction?

14    A.  Yes, it does.

15    Q.  What does it pay?

16    A.  The cost of those boxes as they sit and are

17    loaded.

18    Q.  Packaging pays Paper the cost that Paper had paid

19  for the boxes plus what else?

20    A.  The cost of, basically, unloading the trailer

21  when it got there and went into inventory.  And then when

22  it's reloaded, they get paid for the labor involved.

23    Q.  Anything else that Packaging pays Paper for that

24  transaction?


                    James Morgan              85


1    A.  No, not really.  I'm just trying to think if it

2  were -- if it were picked up and/or delivered by the one

3  tractor, one tractor that we have and a company employee,

4  they would bill us for the freight.  But most generally,

5  we're shipping by owner/operators or common carriers.

6  It's next to impossible to get anybody to go from Smyrna

7  to Manhattan in a tractor-trailer for obvious reasons.

8    Q.  Now, what brought all this up is:  I asked you

9  why was one of Gary Eberhard's duties to keep P.T. Morgan

10  Packaging Company apprised of repair costs.  That's what

11  led into this.

12    A.  Right.

13    Q.  So tie them together for me if you will.

14    A.  Okay.  If a particular piece of equipment is

15  used -- let's go to the extreme -- exclusively to do

16  something for the Packaging Company and requires

17  preventive maintenance or there is a breakdown, it would

18  not be fair to charge the Paper Company for a repair on

19  equipment that is pretty much exclusively used by the

20   Packaging Company.  Have you ever seen a band saw?

21      Q.  Yeah, I know what that is.

22      A.  They are special blades that are used to, say

23   let's, cut this material.  And after a while, they are

24   dull and they'll break.  So they will go put a

James Morgan                86

1   replacement blade on.  When all the work is basically

2   done for the Packaging Company, you can't charge the

3   Paper Company for wearing out the material.

4      Q.  So are you saying that instead of paying Paper a

5   profit on this material that it brings in, you pay for

6   the equipment it uses to manage that material?

7      A.  We end up paying the maintenance, the

8   electricity, the propane.  Let's say the heat in the

9   building, anything that is associated with something that

10   is pretty much done exclusively for the Packaging

11   Company, they bill the Packaging Company for theirs

12   costs.  They recoup their costs but they don't make the

13   profit.

14      Q.  How does Paper Company know how much of its

15   maintenance, electricity, propane, heat cost to attribute

16   to the Packaging business?

17      A.  Let's take each one.  The propane comes in

18   propane tanks, liquid propane.  So as many tanks that are

19   used times the cost of the propane gets charged to the

20   Packaging Company at the end of the month.  And if you

21    have the financial statements, you could look that up

22    where they'll say fork truck expense and fork truck

23    repairs.  The expense would be the propane.  The

24    electricity --


                James Morgan              87


1      Q.  Excuse me.  Propane is just to run the fork

2    trucks?

3      A.  Fork trucks of which there are three.

4      Q.  But my question:  How do you know how to

5    apportion the propane usage between Packaging and Paper?

6      A.  There is basically one fork truck that is used

7    primarily for the Packaging Company and two others for

8    the Paper Company.  So they keep track of the number of

9    propane tanks that are utilized.

10          The electricity is, I believe it is one

11    invoice for the entire property.  And we have made

12    studies in the past for the portion of the building that

13    does the pad work for the Packaging Company.  We have

14    calculated what the costs of the lighting is as a percent

15    of the total bill.  And we have costed the amount of

16    electricity that is used by the four machines.

17      Q.  By the what?

18      A.  By the four machines that we use to make pads.  I

19    think we use a figure of 35 percent of the bill which is

20    charged to the Packaging Company.  I believe that there

21    are two different heating bills that come from the Town

22    of Smyrna.  So there is an invoice that goes to one

23    company and a second invoice that would go to the other

24    company.

James Morgan                88

1    Q.  Are those two heating bills from two different

2    sources of heat?

3    A.  No.  They come from the Town of Smyrna, gas

4    heaters.  But they would have meters on them just like

5    you were in an apartment building.  There is a separate

6    meter for each portion of the building.

7         Then the rent is split as a percentage of

8    the number of square feet that -- let's say the Packaging

9    Company is using, if it's 30, 40 percent, then 40 percent

10    of the rent bill is charged to the Packaging Company and

11    the balance to the Paper Company.

12    Q.  Is the rent split by some percentage on a regular

13    basis?

14    A.  It's done by, if each one, let's say, if the

15    total square footage was 26,000 square feet and it was

16    split equally, then it will be 50 percent of the bill.

17    If one of the companies only used 30 percent of the

18    space, then they would pay 30 percent of the rent.

19    Q.  And does this change on a monthly basis?

20    A.  The electricity and the heat do.  But the square

21    footage does not change.  And there was one other item

22    that we talked about.  I covered the propane.  It could

23   be rent, heat, electricity.  Those are split by, I call

24   it, the consumption of those, say, utilities and rent.


                James Morgan                89


1    Q.  So, basically, you are saying that the Packaging

2    Company runs part of its business out of Paper Company's

3    location?

4    A.  Yes.

5    Q.  Does the Packaging Company use only one

6    particular part of the Paper's location?

7    A.  The portion of the building which we call, refer

8    to as the back room.  The back room is where the pads and

9    scored liners or whatnot are run.  Because you've got

10   moving equipment that's say bolted to the floor.  You

11   have crews back there.  So that definitely belongs -- the

12   cost associated with that to include the labor is paid by

13   the Packaging Company.

14         In the front room there is the baling, which

15   is 100 percent Paper Company.  And then you have the real

16   big extensive boxes in an inventory, which can be sold by

17   either company.  And there are poultry and fish boxes,

18   first and seconds that can be sold by either one of the

19   companies because they're generic.  We even have people

20   that will take a used box or a second even though it's

21   got Union Carbide on all four sides, particularly

22   nowadays with the energy costs and the costs of virgin

23   resin and compound.

24          There are a lot of plastic recyclers who


              James Morgan          90


1    operate out of their garage.  Resin, recycled resin like

2    in garbage can liners and real cheap plastics, they don't

3    care what the box says on it.  They bring it in, regrind

4    it, pelletize it and blow it into the cheapest box they

5    can get their hands on.  It might be used.  It could be a

6    second.  But recyclers do not generally buy new boxes.

7      Q.   So let me back up here.  The back room where the

8    pads are made, is that considered to be 100 percent

9    Packaging business?

10     A.   No.  If the Paper Company can sell pads or

11   liners, which they do, but the vast majority of what is

12   sold is sold by the Packaging.  So, yeah, we don't charge

13   them for the material or labor because, generally, their

14   orders are so small.  So, yes, they can get to use the

15   equipment.

16     Q.   So the Paper Company creates the pads.

17     A.   Manufactures.

18     Q.   And then either they or the Packaging Company can

19   sell those pads?

20     A.   Right.  But, generally speaking, the pads are cut

21   to a customer's specifications different than the box

22   that says Dow all over it.  For instance, we sell to the

23   guy who sells to the egg industry a 30 dozen egg carton.

24   That's a specific size.  It's printed 30 dozen eggs.  But

James Morgan               91

1    there is a corrugated piece that is put into the middle

2    of the box vertically so the next box doesn't crush the

3    eggs.  And there are certain size apple box pads.

4    Generally speaking, for pads and liners it's run to a

5    specific size or to a specific order that a customer has

6    given us.  Because you some of these go on the back of

7    picture frames.  And if they are a trapezoid, they are

8    not going to work.

9       Q.   So the pads and liners that are manufactured by

10   the Paper Company but may be sold by the Packaging

11   Company, does the Packaging Company reimburse the Paper

12   Company for labor costs?

13      A.   Yes.  We have -- I'm sure you've heard of the

14   term "a standard costing system," which we pretty much

15   are -- I'm trying not to lose you, but being too

16   technical.  But believe it or not, there are a lot of

17   mistakes made by box plants.  And we take advantage.

18   We'll take anything.  So we have trailers dropped at

19   different locations to get obsolete material or, you

20   know, it was supposed to be white but they ran it out as

21   Kraft, supposed to be this long but it's this long,

22   you're not supposed to be able to tear it apart, but you

23   can.

24            When you get into the real big boxes and the

James Morgan            92

1    wax coated boxes, there aren't many competitors for us.

2    Number one, there aren't very many people that can make

3    them.  And if your box is coated to hold 85 pounds of

4    poultry going to Canada over four or five days and

5    bumping along, it better hold up.  So if there is the

6    least thing wrong with a real big box or these poultry

7    and fish boxes, we know who makes them.  And we will do

8    our best to buy everything that they will generate.

9            And we never know until we crack the doors

10   what's in the trailer.  So sometimes we lose money

11   because there is nothing we can make out of it.  Then it

12   gets baled.  So we have constant in-coming what box

13   plants would call scrap.  And we are sorting or cutting

14   into pads.

15   Q.   But you don't --

16   A.   To answer you, you asked did they get compensated

17   for the labor.  There is a formula in the computer that

18   calculates how much paper is in a 12 by 12 pad.  We all

19   know that's one square foot.  So if you have 100,000 of

20   those, we know what the average cost for the material is.

21   We know what the average cost of the labor should be, how

22   many man-hours times the man-hour rate.  We know how much

23   twine and how much, let's say, plastic strapping or this

24   wrap, stretch wrap that's put around it.  And it's all

James Morgan            93