

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
Philadelphia District Office
LEGAL UNIT

21 South 5th Street, Suite 400
Philadelphia, PA 19106-2515
(215) 440-2828
TTY (215) 440-2610
FAX (215) 440-2848

M. Jean Clickner, SeniorTrial Attorney
Direct Dial: (412) 644-6439
Facsimile: (412) 644-4935
E-mail: jean.clickner@eeoc.gov

February 2, 2006



*Via Federal Express*
Honorable Kent A. Jordan, U.S.D.J.
United States District Court
District of Delaware
844 King Street
Wilmington, DE  19801

Re:   EEOC v. P.T. Morgan Paper Company,
       an affiliate of P.T. Morgan Packaging Company
       **Civil Action No. 04-1304**

Dear Judge Kent:

For your convenience, enclosed please find a hard copy of the Commission's Supplemental Appendix filed, electronically, this day.

Very truly yours,

M. Jean Clickner

/s/ Seth M. Beausang
Seth M. Beausang

cc:   Thomas S. Neuberger, Esquire (via electronic filing)