IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | Civil Action No. 04-1304-KAJ |
| P.T. MORGAN PAPER COMPANY, an affiliate of P.T. MORGAN PACKAGING COMPANY, ) ) ) ) | |
| Defendant. ) | |

### ORDER

At Wilmington, this 6th day of February, 2006,

For the reasons set forth by the Court during the oral argument today,

IT IS ORDERED that defendant's motion for summary judgment (D.I. 43) and plaintiff's cross motion for summary judgment (D.I. 50) are DENIED.

_____
UNITED STATES DISTRICT JUDGE