UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br>         Plaintiff,<br><br>         v.<br><br>P.T. MORGAN PAPER COMPANY, an affiliate of P.T. MORGAN PACKAGING COMPANY,<br>         Defendant. | )<br>)<br>)<br>)<br>) Civil Action No. 04-1304<br>)  Judge Kent A. Jordan<br>)<br>)<br>)<br>)<br>)<br>) |

TO:    Thomas S. Neuberger and
       Steven J. Neuberger
       Two East Seventh St., Suite 302
       Wilmington, DE 19801-3725
       Attorneys for Defendant

**SECOND NOTICE TO TAKE ORAL DEPOSITION**

PLEASE TAKE NOTICE that pursuant to Rules 26 and 30(b)(1) of the Federal Rules of Civil Procedure, Plaintiff, the United States Equal Employment Opportunity Commission, will take the oral deposition of those individuals listed on Attachment A at the date and time described on Attachment A, at the offices of the United States Attorney for the District of Delaware, The Nemours Building 1007 N. Orange Street, Suite 700, Wilmington, Delaware 19801, before an officer authorized by law to administer oaths. The oral examinations will be taken at the times and dates listed, and will continue until completion.

The scope of the depositions will include an inquiry into all issues raised by the Commission's complaint, pleadings, and discovery heretofore filed and taken, in this matter. The deposition will be used for all purposes permitted under the Federal Rules of Civil Procedure.

                                              Respectfully submitted,

                                              JACQUELINE H. McNAIR
                                              Regional Attorney

                                              JUDITH O'BOYLE
                                              Supervisory Trial Attorney

                                              ___/s/ M. Jean Clickner_____
                                              M. JEAN CLICKNER, Senior Trial Attorney
                                              EQUAL EMPLOYMENT OPPORTUNITY
                                              COMMISSION
                                              1001 Liberty Avenue, Suite 300
                                              Pittsburgh, Pennsylvania 15222
                                              (412) 644-6439 (direct dial)
                                              (412) 644 4935 (facsimile)

Local Counsel:
UNITED STATES ATTORNEY
DISTRICT OF DELAWARE

___/s/ Seth M. Beausang_____
Seth M. Beausang
Asst. U.S. Attorney
The Nemours Building
1007 Orange Street, Suite 700
Wilmington, Delaware 19899
Del. Bar ID No. 4071
(302) 573-6277

ATTACHMENT A

| Name | Date | Time |
|---|---|---|
| Rose Grabowski<br>c/o Accounting Department<br>P.T. Morgan Packaging Co.<br>525 Broadwater Road<br>Arnold, MD 21012 | March 21, 2006 | 9:00 a.m. |
| Robbi Smith<br>c/o Accounting Department<br>P.T. Morgan Packaging Co.<br>525 Broadwater Road<br>Arnold, MD 21012 | March 21, 2006 | 1:30 p.m. |
| Gary Eberhart<br>c/o P.T. Morgan Paper Co.<br>33 East South Street<br>Smyrna, DE 19977 | March 22, 2006 | 9:00 a.m. |
| Douglas Goodermuth<br>c/o P.T. Morgan Paper Co.<br>33 East South Street<br>Smyrna, DE 19977 | March 23, 2006 | 9:30 a.m. |