**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,** | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : |
| | :  C.A.No.04-1304-KAJ |
| **P.T. MORGAN PAPER COMPANY, an affiliate of P.T. MORGAN PACKAGING COMPANY,** | : |
| | : |
| Defendant. | : |

**NOTICE OF SERVICE**

I, Thomas S. Neuberger, being a member of the Bar of this Court, do hereby certify that on February 13, 2006, I caused two (2) copies of **DEFENDANT'S RESPONSE TO PLAINTIFF'S FIFTH SET OF INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS** to be served by pre-paid First Class U.S. Mail on the counsel below

        M. Jean Clickner
        Senior Trial Attorney
        Equal Employment Opportunity Commission
        1001 Liberty Avenue, Suite 300
        Pittsburgh, PA 15222
        (412) 644-6439
        jean.clickner@eeoc.gov

        Seth M. Beausang
        Asst. U.S. Attorney
        The Nemours Building
        1007 Orange Street, Suite 700
        Wilmington, DE 19899
        (302) 573-6277
        seth.beausang@usdoj.gov