UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,** : <br> : <br> **Plaintiff,** : <br> : <br> v. : <br> : <br> **P.T. MORGAN PAPER COMPANY, an affiliate of P.T. MORGAN PACKAGING COMPANY,** : <br> : <br> **Defendant.** : | C.A. No.04-1304-KAJ |

## SECOND NOTICE OF DEPOSITIONS

TO:    M. Jean Clickner                    Douglas E. McCann
       Senior Trial Attorney               Asst. U.S. Attorney
       Equal Employment Opportunity        The Nemours Building
       Commission                          1007 Orange Street, Suite 700
       1001 Liberty Avenue, Suite 300      Wilmington, DE 19899
       Pittsburgh, PA 15222                (302) 573-6277
       (412) 644-6439

PLEASE TAKE NOTICE that the undersigned counsel for the defendants will take the oral deposition of the following individuals at the times and dates indicated, continuing from day to day until completed, at the offices of **THE NEUBERGER FIRM, P.A.**, Two East Seventh Street, Suite 302, Wilmington, DE 19801.

| NAME | DATE AND TIME |
|---|---|
| Anthony Moore | April 25, 2006 at 9:30am |
| Patrick Moore | April 25, 2006 at 2:00pm |
| Carysle Moore | April 26, 2006 at 9:30am |
| Bernard Tingle | April 26, 2006 at 2:00pm |
| Mark Maddox | April 27, 2006 at 9:30am |

**THE NEUBERGER FIRM, P.A.**

**/s/ Thomas S. Neuberger**
**THOMAS S. NEUBERGER, ESQ. (#243)**
**STEPHEN J. NEUBERGER, ESQ. (#4440)**
Two East Seventh Street, Suite 302
Wilmington, Delaware 19801
(302) 655-0582
TSN@NeubergerLaw.com
SJN@NeubergerLaw.com

Attorneys for Defendant

DATED: February 22, 2006

cc: client

PT Morgan Paper/Depositions/Second Notice of Deps.final