**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **EQUAL EMPLOYMENT** | : | |
| **OPPORTUNITY COMMISSION,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | |
| | : | **C.A. No.04-1304-KAJ** |
| **P.T. MORGAN PAPER COMPANY, an** | : | |
| **affiliate of P.T. MORGAN PACKAGING** | : | |
| **COMPANY,** | : | |
| | : | |
| **Defendant.** | : | |

**NOTICE OF SERVICE**

I, Thomas S. Neuberger, being a member of the Bar of this Court, do hereby certify that on

February 22, 2006, I caused two (2) copies of **DEFENDANT P.T. MORGAN PAPER**

**COMPANY'S FIRST SET OF INTERROGATORIES DIRECTED TO PLAINTIFF** to be

sent via first class U.S. mail, postage prepaid to the following:

| | |
|---|---|
| M. Jean Clickner | Seth M. Beausang |
| Senior Trial Attorney | Asst. U.S. Attorney |
| Equal Employment Opportunity Commission | The Nemours Building |
| 1001 Liberty Avenue, Suite 300 | 1007 Orange Street, Suite 700 |
| Pittsburgh, PA 15222 | Wilmington, DE 19899 |
| (412) 644-6439 | (302) 573-6277 x149 |
| jean.clickner@eeoc.gov | seth.beausang@usdoj.gov |

/s/ Thomas S. Neuberger
**THOMAS S. NEUBERGER, ESQ.**

cc:    client

Pleadings/PT Morgan Paper/ Notice of Svc - D's 1st Set of Interrogatories