IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | : : : | |
| Plaintiff, | : : | |
| v. | : : | C.A. No.04-1304-KAJ |
| P.T. MORGAN PAPER COMPANY, an affiliate of P.T. MORGAN PACKAGING COMPANY, | : : : : | |
| Defendant. | : : | |

**NOTICE OF SERVICE**

I, Thomas S. Neuberger, being a member of the Bar of this Court, do hereby certify that on February 22, 2006, I caused two (2) copies of **DEFENDANT P.T. MORGAN PAPER COMPANY'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS** to be sent via first class U.S. mail, postage prepaid to the following:

| | |
|---|---|
| M. Jean Clickner<br>Senior Trial Attorney<br>Equal Employment Opportunity Commission<br>1001 Liberty Avenue, Suite 300<br>Pittsburgh, PA 15222<br>(412) 644-6439<br>jean.clickner@eeoc.gov | Seth M. Beausang<br>Asst. U.S. Attorney<br>The Nemours Building<br>1007 Orange Street, Suite 700<br>Wilmington, DE 19899<br>(302) 573-6277 x149<br>seth.beausang@usdoj.gov |

/s/ Thomas S. Neuberger
**THOMAS S. NEUBERGER, ESQ.**

cc:   client

Pleadings/PT Morgan Paper/ Notice of Svc - D's 1st Set of Request for Docs.