# THE NEUBERGER FIRM
ATTORNEYS AND COUNSELLORS AT LAW

TWO EAST SEVENTH STREET
SUITE 302
WILMINGTON, DELAWARE 19801-3707

WWW.NEUBERGERLAW.COM
EMAIL: INFO@NEUBERGERLAW.COM

| | |
|---|---|
| THOMAS S. NEUBERGER, ESQUIRE | PHONE: (302) 655-0582 |
| STEPHEN J. NEUBERGER, ESQUIRE | FAX: (302) 655-9329 |

March 13, 2006                                                                                          **Via CM/ECF Filing**

The Honorable Kent A. Jordan
United States District Court
District of Delaware
844 King Street
Wilmington, DE 19801

    **RE:**    **EEOC v. P.T. Morgan Paper Company**, C.A.No. 04-1304-KAJ
            Motion to Quash Notice of Deposition

Dear Judge Jordan:

      The EEOC previously scheduled a deposition for Wednesday, March 23, 2006 at 9:30am. I currently serve on the Third Circuit Lawyer's Advisory Committee. Chief Judge Anthony J. Scirica has scheduled a meeting on that same morning to discuss the upcoming Third Circuit Judicial Conference, the Model Civil and Criminal Jury Instructions Committees and possible changes to the court rules and internal operating procedures. The EEOC refuses to reschedule the deposition for this date.

      Accordingly, I move to quash the scheduled deposition and to reschedule it at a mutually convenient time due to my court obligations. Four depositions are also being taken on March 21st and 22nd which are going forward as planned.

Respectfully submitted,

/s/ Thomas S. Neuberger

Attorney for Defendant

cc:    Seth M. Beausang, Esq. (Via CM/ECF)
        M. Jean Clickner, Esq. (Via Email)

PT Morgan \ Letters \ Jordan.04