**From:** "Cheryl Sasadeusz" <CherylH@NeubergerLaw.com>
**To:** "JEAN CLICKNER" <JEAN.CLICKNER@EEOC.GOV>
**Date:** 2/9/2006 2:24:19 PM
**Subject:** Re: PT Morgan Paper - deposition dates

Jean - I apologize. Yes I meant March.

----- Original Message -----
From: "JEAN CLICKNER" <JEAN.CLICKNER@EEOC.GOV>
To: <CherylH@neubergerlaw.com>
Sent: Thursday, February 09, 2006 2:20 PM
Subject: Re: PT Morgan Paper - deposition dates


> Cheryl,
> I am a little confused. What do trial dates in April have to do w/
> deposition dates in March?
> Did you mean March?
> Jean
>
> M. Jean Clickner, Trial Attorney
> EEOC Pittsburgh Area Office
> (412) 644-6439
> (412) 644-4935(fax)
> jean.clickner@eeoc.gov
>
>>>> "Cheryl Sasadeusz" <CherylH@NeubergerLaw.com> 2/9/2006 12:42:28 PM
>>>>
> Jean,
>
> We received your notice of depositions. As of now, those deposition
> dates could possibly work. Tom has a trial in New Jersey and the trial
> date is being moved to either the week of April 13th or 20th. If it gets
> moved to the week of the 13th, then the dates will be fine. If it gets
> moved to the 20th, then we'll have to re-schedule. When we get the new
> trial date I'll let you know.
>
> Also, we will be noticing our depositions shortly. We assume that you
> will produce Mr. Maddox under the same limitations as we previously
> agreed to.
>
> Sincerely,
>
> Cheryl
>


**CC:** "Thomas S. Neuberger, Esq." <TSN@NeubergerLaw.com>, "Joseph Robert" <JosephRobert@NeubergerLaw.com>