UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EQUAL EMPLOYMENT<br>OPPORTUNITY COMMISSION,<br>    Plaintiff,<br><br>        v.<br><br>P.T. MORGAN PAPER COMPANY, an<br>affiliate of P.T. MORGAN PACKAGING<br>COMPANY,<br>    Defendant. | )<br>)<br>)<br>)<br>) Civil Action No. 04-1304<br>) Judge Kent A. Jordan<br>)<br>)<br>)<br>)<br>) |

TO:   Thomas S. Neuberger and
      Steven J. Neuberger
      Two East Seventh St., Suite 302
      Wilmington, DE 19801-3725
      Attorneys for Defendant

**THIRD NOTICE TO TAKE ORAL DEPOSITION**

PLEASE TAKE NOTICE that pursuant to Rules 26 and 30(b)(1) of the Federal Rules of Civil Procedure, Plaintiff, the United States Equal Employment Opportunity Commission, will take the oral deposition of those individuals listed on Attachment A. at the date and time described on Attachment A, at the offices of the United States Attorney for the District of Delaware, The Nemours Building 1007 Orange Street, Suite 700, Wilmington, Delaware 19899, before an officer authorized by law to administer oaths. The oral examinations will be taken at the times and dates listed, and will continue until completion.

The scope of the depositions will include an inquiry into all issues raised by the Commission's complaint, pleadings, and discovery heretofore filed and taken, in this matter. The deposition will be used for all purposes permitted under the Federal Rules of Civil Procedure.

Respectfully submitted,

JACQUELINE H. McNAIR
Regional Attorney

JUDITH O'BOYLE
Supervisory Trial Attorney


  /s/ M. Jean Clickner
M. JEAN CLICKNER, Senior Trial Attorney
EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION
1001 Liberty Avenue, Suite 300
Pittsburgh, Pennsylvania 15222
(412) 644-6439 (direct dial)
(412) 644 4935 (facsimile)

  /s/ Seth M. Beausang
UNITED STATES ATTORNEY
DISTRICT OF DELAWARE
Seth M. Beausang
Asst. U.S. Attorney
The Nemours Building
1007 Orange Street, Suite 700
Wilmington, Delaware 19899
Del. Bar ID No. 4071
(302) 573-6277 x149
seth.beausang@usdoj.gov

ATTACHMENT  A

| Name | Date | Time |
|---|---|---|
| Eugene Fox<br>592 Lake Drive<br>Smyrna, DE 19977 | April 10, 2006 | 9:00 a.m. |
| Jerry Broussard<br>c/o P.T. Morgan Paper Co.<br>26 South East Street<br>Smyrna, DE 19977 | April 10, 2006 | 1:30 p.m. |
| Gregory Stevens<br>c/o P.T. Morgan Paper Co.<br>26 South East Street<br>Smyrna, DE 19977 | April 11, 2006 | 9:00 a.m. |