UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **EQUAL EMPLOYMENT** | ) |
| **OPPORTUNITY COMMISSION,** | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 04-1304 |
| | ) Judge Kent A. Jordan |
| **P.T. MORGAN PAPER COMPANY**, an | ) |
| affiliate of **P.T. MORGAN PACKAGING** | ) |
| **COMPANY,** | ) |
| Defendant. | |

### CERTIFICATE OF SERVICE

    I hereby certify that two true and correct copies of Plaintiff EEOC's Third Notice of Depositions was forwarded by facsimile and United States mail and by electronic filing, this 14th day of March, 2006, to the following:

Thomas S. Neuberger, Esquire
The Neuberger Firm
2 E. 7th Street - #302
Wilmington, DE 19801

Dated: March 14, 2006        /s/ Seth M. Beausang
                                             UNITED STATES ATTORNEY
                                             DISTRICT OF DELAWARE
                                             Seth M. Beausang
                                             Asst. U.S. Attorney
                                             The Nemours Building
                                             1007 Orange Street, Suite 700
                                             Wilmington, Delaware 19899
                                             Del. Bar ID No. 4071
                                             (302) 573-6277 x149
                                             seth.beausang@usdoj.gov