# THE NEUBERGER FIRM
## ATTORNEYS AND COUNSELLORS AT LAW

TWO EAST SEVENTH STREET
SUITE 302
WILMINGTON, DELAWARE 19801-3707

WWW.NEUBERGERLAW.COM
EMAIL: INFO@NEUBERGERLAW.COM

THOMAS S. NEUBERGER, ESQUIRE
STEPHEN J. NEUBERGER, ESQUIRE

PHONE: (302) 655-0582
FAX: (302) 655-9329

March 14, 2006

**Via CM/ECF Filing**

The Honorable Kent A. Jordan
United States District Court
District of Delaware
844 King Street
Wilmington, DE 19801

RE:    **EEOC v. P.T. Morgan Paper Company**, C.A.No. 04-1304-KAJ
       Reply in Support of Defendant's Motion to Quash Notice of Deposition

Dear Judge Jordan:

Yesterday, the EEOC submitted a letter in opposition to defendant's motion to quash the March 23, 2006 deposition. This is defendant's reply in support its original motion. Plaintiffs have given a false and skewed version of the parties' communications and failed to address defendant's offer to extend the discovery period.

After the court's summary judgment dismissals the EEOC noticed the depositions of four witnesses. At that time no scheduling conflicts were apparent. However, two major conflicts arose. First, the trial date for my New Jersey trial was moved to March 21st and 22nd. The rescheduling of this trial was beyond my control. That trial has since been postponed. Then on March 2nd, as previously indicated, I received notice of a March 23rd meeting for the Third Circuit Lawyer's Advisory Committee. When both of these conflicts arose, the EEOC was immediatelly quickly notified within days. (Exhibits 1 and 2).

Further, the EEOC fails to mention that they explicitly requested "three days in a row" that I was available for depositions and to accommodate the EEOC's explicit request, my office responded that the only "three days in a row" I was available were April 10, 11 and 12. (Exhibits 3 and 4). When Ms. Clickner indicated she was unavailable April 12th due to the Passover holiday, we offered April 27th as an alternative date since she would already be in Wilmington. Apparently our attempt to accommodate Ms. Clickner's travel needs were taken as a "disingenuous offer."

The Honorable Kent A. Jordan
March 14, 2006
Page 2


Regardless, the EEOC also fails to mention to the Court defendant's offer to further accommodate plaintiffs and extend the discovery period beyond the cut-off date in order for the EEOC to complete their depositions. (Exhibit 4).  Defendant does not see any reason the discovery period cannot be briefly extended in light of  the Court's summary judgment dismissals.  However, the EEOC refused to discuss any such offer. (Exhibit 5).  Instead, the EEOC notified defendant they intend to take even more depositions. (Id.).  Accordingly, we are left with scheduling a deposition at this late date on calendars which are full of prior court obligations.

Lastly, the EEOC's assertion that our office has three attorneys on staff is misleading.  Ms. Clickner is aware that my inexperienced and new associate Cheryl Sasadeusz, Esq. is only licensed in Pennsylvania and New Jersey and therefore is not permitted to defend any deposition in Delaware. (See signature lines on Exhibits 1-4).  Further, in an attempt to prevent further scheduling difficulties, my partner Stephen Neuberger has arranged to cover the April 11th deposition, noticed today.  However, he has a previously scheduled hearing before Judge Farnan on March 23, 2006 at 12:30pm, as well as other obligations.

Defense counsel is operating on an extremely tight calendar for the months of April, May and June due to four upcoming trials before Judge Sleet and Judge Farnan.  Yet in spite of this, the EEOC has now falsely accused defense counsel of trying to hinder discovery.  But as discussed above, due to prior court obligations, the Third Circuit's scheduling decision and the EEOC's refusal to work cooperatively with counsel, defendant is left with no other option but to ask the court to quash the March 23rd deposition.


Respectfully submitted,

/s/ Thomas S. Neuberger

Attorney for Defendant

cc:     Seth M. Beausang, Esq. (Via CM/ECF)
        M. Jean Clickner, Esq. (Via Email)

PT Morgan \ Letters \ Jordan.05

# EXHIBIT

# 1

## Cheryl A. Sasadeusz, Esquire

**From:**     "Cheryl A. Sasadeusz, Esquire" <CherylH@NeubergerLaw.com>
**To:**        "Jean Clickner Esq." <jean.clickner@eeoc.gov>
**Cc:**        "Thomas S. Neuberger Esq." <TSN@NeubergerLaw.com>; "Joseph Robert"
             <JosephRobert@NeubergerLaw.com>
**Sent:**     Friday, March 03, 2006 4:45 PM
**Subject:**  EEOC v. PT Morgan Paper - depositions follow up

Jean -

We have just become aware that Tom has been called to an all day meeting in the Third Circuit on March 23rd.
We previously indicated today in an email that he would be unavailable on March 21st and 22nd.  In light of
this, we will have to reschedule your all of your deposition dates for March 21st through March 23rd.

Sincerely,
Cheryl

~~~~~~~~~~~~~~~
Cheryl A. Sasadeusz, Esq.
(Licensed in PA and NJ only)

The Neuberger Firm, P.A.
Attorneys and Counsellors at Law
Two East Seventh Street, Suite 302
Wilmington, DE  19801-3707
Phone 302.655.0582
Fax 302.655.9329
Cell 484.686.8428
Email: CherylH@NeubergerLaw.com

# EXHIBIT

# 2

## Cheryl A. Sasadeusz, Esquire

| | |
|---|---|
| **From:** | "Cheryl A. Sasadeusz, Esquire" <CherylH@NeubergerLaw.com> |
| **To:** | "Jean Clickner Esq." <jean.clickner@eeoc.gov> |
| **Cc:** | "Thomas S. Neuberger Esq." <TSN@NeubergerLaw.com>; "Joseph Robert" <JosephRobert@NeubergerLaw.com> |
| **Sent:** | Friday, March 03, 2006 2:11 PM |
| **Subject:** | EEOC v. PT Morgan Paper - depositions |

Jean,

We have received the dates for Tom's New Jersey trial - March 20th, 21st, and 22nd. Previously we indicated that this was a distinct possibilty. Accordingly, since these dates now conflict with your noticed depsotions dates, we will need to reschedule.

If you have any questions or would like to discuss any convenient dates please do not hesitate to call.

Sincerely,
Cheryl

~~~~~~~~~~~~~~~
Cheryl A. Sasadeusz, Esq.
(Licensed in PA and NJ only)

The Neuberger Firm, P.A.
Attorneys and Counsellors at Law
Two East Seventh Street, Suite 302
Wilmington, DE 19801-3707
Phone 302.655.0582
Fax 302.655.9329
Cell 484.686.8428
Email: CherylH@NeubergerLaw.com

EXHIBIT

3

## Cheryl A. Sasadeusz, Esquire

**From:**     "JEAN CLICKNER" <JEAN.CLICKNER@EEOC.GOV>
**To:**       <CherylH@neubergerlaw.com>
**Sent:**     Monday, March 06, 2006 8:19 AM
**Subject:**  Re: EEOC v. PT Morgan Paper - depositions follow up

Cheryl,
So as to avoid continued rescheduling, please give me three days in a
row that Tom is available.
Thanks.
Jean

M. Jean Clickner, Trial Attorney
EEOC Pittsburgh Area Office
(412) 644-6439
(412) 644-4935(fax)
jean.clickner@eeoc.gov

>>> "Cheryl A. Sasadeusz, Esquire" <CherylH@NeubergerLaw.com> 3/3/2006
4:45:43 PM >>>
Jean -

We have just become aware that Tom has been called to an all day
meeting in the Third Circuit on March 23rd. We previously indicated
today in an email that he would be unavailable on March 21st and 22nd.
In light of this, we will have to reschedule your all of your deposition
dates for March 21st through March 23rd.

Sincerely,
Cheryl

~~~~~~~~~~~~~~
Cheryl A. Sasadeusz, Esq.
(Licensed in PA and NJ only)

The Neuberger Firm, P.A.
Attorneys and Counsellors at Law
Two East Seventh Street, Suite 302
Wilmington, DE  19801-3707
Phone 302.655.0582
Fax 302.655.9329
Cell 484.686.8428
Email: CherylH@NeubergerLaw.com

# EXHIBIT

# 4

## Cheryl A. Sasadeusz, Esquire

**From:**      "Cheryl A. Sasadeusz, Esquire" <CherylH@NeubergerLaw.com>
**To:**        "JEAN CLICKNER" <JEAN.CLICKNER@EEOC.GOV>
**Cc:**        "Thomas S. Neuberger Esq." <TSN@NeubergerLaw.com>; "Joseph Robert"
               <JosephRobert@NeubergerLaw.com>; "Stephen J. Neuberger Esq."
               <SJN@NeubergerLaw.com>
**Sent:**      Tuesday, March 07, 2006 9:39 AM
**Subject:**   Re: EEOC v. PT Morgan Paper - depositions follow up

Jean,

Yes, we received your response to our settlement letter.  I will be
discussing our options with the client this week.

With regard to the depositions, since there doesn't appear to be any reason
for either of us to be filing further summary judgment motions, if we both
consent we could arrange for depositions to be taken after the discovery
cut-off on April 28th. Please let me know if this is a viable option for
you. However, in the event you do not consent, the only three days Tom has
available are April 10, 11 and 12. His calendar is full with trials and
pre-trials throughout March and April.

Let me know what your decision is.
If you have any questions, please either email or call.

Sincerely,
Cheryl


----- Original Message -----
From: "JEAN CLICKNER" <JEAN.CLICKNER@EEOC.GOV>
To: <CherylH@neubergerlaw.com>
Sent: Tuesday, March 07, 2006 8:57 AM
Subject: Re: EEOC v. PT Morgan Paper - depositions follow up


> Cheryl,
>
> Is Tom unreachable?  Can't you get dates from him this week.
> We will discuss lifting the subpoena when you give me dates/certain
> for the Commission's depositions.
>
> In the meantime, I faxed Tom a response to his/your letter re:
> settlement.
> Will he be looking at that this week?
> Thanks.
> Jean
>
> M. Jean Clickner, Trial Attorney
> EEOC Pittsburgh Area Office

> (412) 644-6439
> (412) 644-4935(fax)
> jean.clickner@eeoc.gov
>
>>>> "Cheryl A. Sasadeusz, Esquire" <CherylH@NeubergerLaw.com> 3/6/2006
> 3:29:03 PM >>>
> Jean,
>
> Tom is out of the office this week. When he returns we will get back to
> you
> with dates. In the interim, will you agree to lift the subpoena for
> Douglas
> Goodermuth? If so, could you put something in writing indicating your
> intention to lift the subpoena and send it to us?
> Please let me know of your decision.
>
> Sincerely,
> Cheryl
>
>
> ----- Original Message -----
> From: "JEAN CLICKNER" <JEAN.CLICKNER@EEOC.GOV>
> To: <CherylH@neubergerlaw.com>
> Sent: Monday, March 06, 2006 8:19 AM
> Subject: Re: EEOC v. PT Morgan Paper - depositions follow up
>
>
>> Cheryl,
>> So as to avoid continued rescheduling, please give me three days in
> a
>> row that Tom is available.
>> Thanks.
>> Jean
>>
>> M. Jean Clickner, Trial Attorney
>> EEOC Pittsburgh Area Office
>> (412) 644-6439
>> (412) 644-4935(fax)
>> jean.clickner@eeoc.gov
>>
>>>>> "Cheryl A. Sasadeusz, Esquire" <CherylH@NeubergerLaw.com>
> 3/3/2006
>> 4:45:43 PM >>>
>> Jean -
>>
>> We have just become aware that Tom has been called to an all day
>> meeting in the Third Circuit on March 23rd. We previously indicated
>> today in an email that he would be unavailable on March 21st and
> 22nd.
>> In light of this, we will have to reschedule your all of your
> deposition

>> dates for March 21st through March 23rd.
>>
>> Sincerely,
>> Cheryl
>>
>> ~~~~~~~~~~~~~~~
>> Cheryl A. Sasadeusz, Esq.
>> (Licensed in PA and NJ only)
>>
>> The Neuberger Firm, P.A.
>> Attorneys and Counsellors at Law
>> Two East Seventh Street, Suite 302
>> Wilmington, DE  19801-3707
>> Phone 302.655.0582
>> Fax 302.655.9329
>> Cell 484.686.8428
>> Email: CherylH@NeubergerLaw.com
>>
>

# EXHIBIT

# 5

## Cheryl A. Sasadeusz, Esquire

**From:**      "JEAN CLICKNER" <JEAN.CLICKNER@EEOC.GOV>
**To:**        <CherylH@neubergerlaw.com>
**Sent:**      Tuesday, March 07, 2006 9:50 AM
**Subject:**   Re: EEOC v. PT Morgan Paper - depositions follow up

Cheryl,

With all due respect to you and Tom, the Commission is not willing to
put off completing discovery
after the close of discovery.  The Court has chastised the Commission
on more than one occasion
for not proceeding with discovery in a timely manner.

Please block off Tom's calendar for April 10, 11, and 12.  I will
reschedule my dep's for those days.
In fact, I may still need to take a couple more deps after the close of
discovery.  But I must complete
these essential deps before then.

Thank you.
Jean Clickner

M. Jean Clickner, Trial Attorney
EEOC Pittsburgh Area Office
(412) 644-6439
(412) 644-4935(fax)
jean.clickner@eeoc.gov

>>> "Cheryl A. Sasadeusz, Esquire" <CherylH@NeubergerLaw.com> 3/7/2006
9:39:18 AM >>>
Jean,

Yes, we received your response to our settlement letter.  I will be
discussing our options with the client this week.

With regard to the depositions, since there doesn't appear to be any
reason
for either of us to be filing further summary judgment motions, if we
both
consent we could arrange for depositions to be taken after the
discovery
cut-off on April 28th. Please let me know if this is a viable option
for
you. However, in the event you do not consent, the only three days Tom
has
available are April 10, 11 and 12. His calendar is full with trials and

pre-trials throughout March and April.

Page 2 of 3

Let me know what your decision is.
If you have any questions, please either email or call.

Sincerely,
Cheryl


----- Original Message -----
From: "JEAN CLICKNER" <JEAN.CLICKNER@EEOC.GOV>
To: <CherylH@neubergerlaw.com>
Sent: Tuesday, March 07, 2006 8:57 AM
Subject: Re: EEOC v. PT Morgan Paper - depositions follow up


> Cheryl,
>
> Is Tom unreachable?  Can't you get dates from him this week.
> We will discuss lifting the subpoena when you give me dates/certain
> for the Commission's depositions.
>
> In the meantime, I faxed Tom a response to his/your letter re:
> settlement.
> Will he be looking at that this week?
> Thanks.
> Jean
>
> M. Jean Clickner, Trial Attorney
> EEOC Pittsburgh Area Office
> (412) 644-6439
> (412) 644-4935(fax)
> jean.clickner@eeoc.gov
>
>>>> "Cheryl A. Sasadeusz, Esquire" <CherylH@NeubergerLaw.com>
3/6/2006
> 3:29:03 PM >>>
> Jean,
>
> Tom is out of the office this week. When he returns we will get back
to
> you
> with dates. In the interim, will you agree to lift the subpoena for
> Douglas
> Goodermuth? If so, could you put something in writing indicating
your
> intention to lift the subpoena and send it to us?
> Please let me know of your decision.
>
> Sincerely,
> Cheryl
>
>

> ----- Original Message -----
> From: "JEAN CLICKNER" <JEAN.CLICKNER@EEOC.GOV>
> To: <CherylH@neubergerlaw.com>
> Sent: Monday, March 06, 2006 8:19 AM
> Subject: Re: EEOC v. PT Morgan Paper - depositions follow up
>
>
>> Cheryl,
>> So as to avoid continued rescheduling, please give me three days in
> a
>> row that Tom is available.
>> Thanks.
>> Jean
>>
>> M. Jean Clickner, Trial Attorney
>> EEOC Pittsburgh Area Office
>> (412) 644-6439
>> (412) 644-4935(fax)
>> jean.clickner@eeoc.gov
>>
>>>>> "Cheryl A. Sasadeusz, Esquire" <CherylH@NeubergerLaw.com>
> 3/3/2006
>> 4:45:43 PM >>>
>> Jean -
>>
>> We have just become aware that Tom has been called to an all day
>> meeting in the Third Circuit on March 23rd. We previously indicated
>> today in an email that he would be unavailable on March 21st and
> 22nd.
>> In light of this, we will have to reschedule your all of your
> deposition
>> dates for March 21st through March 23rd.
>>
>> Sincerely,
>> Cheryl
>>
>> ~~~~~~~~~~~~~~~
>> Cheryl A. Sasadeusz, Esq.
>> (Licensed in PA and NJ only)
>>
>> The Neuberger Firm, P.A.
>> Attorneys and Counsellors at Law
>> Two East Seventh Street, Suite 302
>> Wilmington, DE  19801-3707
>> Phone 302.655.0582
>> Fax 302.655.9329
>> Cell 484.686.8428
>> Email: CherylH@NeubergerLaw.com
>>
>