**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Philadelphia District Office**
LEGAL UNIT

21 South 5th Street, Suite 400
Philadelphia, PA 19106-2515
(215) 440-2828
TTY (215) 440-2610
FAX (215) 440-2848

**M. Jean Clickner, SeniorTrial Attorney**
**Direct Dial: (412) 644-6439**
**Facsimile: (412) 644-4935**
**E-mail:** jean.clickner@eeoc.gov

March 15, 2006

Honorable Kent A. Jordan, U.S.D.J.
United States District Court
District of Delaware
844 King Street
Wilmington, DE   19801

**Re:    EEOC v.  P.T. Morgan Paper Company, an affiliate of P.T. Morgan Packaging Co.**
**Civil Action No. 04-1304**

Dear Judge Jordan:

    While the Commission is sympathetic to Defendant's protestations of an extremely busy schedule, I remind the Court that the deposition at issue here was previously scheduled for a mutually convenient time, only to be postponed by Defendant's motion.  However, in an effort to be accommodating, the Commission will agree to permit its Trial Attorney to travel on non-work time, a Sunday, so as to take Mr. Goodermuth's deposition on Monday, April 24, 2006.  If the Neuberger Law Firm will make an attorney available at that time, then the issue before the Court will be resolved, for now.

    The Commission, however, is adamantly opposed to being forced to complete its depositions beyond the close of discovery.  The Commission has consistently tried to move forward with its discovery.  Mr. Neuberger has blocked off two-and-a-half days for his depositions of the Claimants and the EEOC investigator at the end of discovery.  This is not the second, but the third time that he has scheduled the Claimants' depositions.  Again, the Commission asks that this Honorable Court rule in favor of the Commission's position in this matter.

    Very truly yours,
    /s/ M. Jean Clickner
    M. Jean Clickner
    /s/ Seth M. Beausang
    Seth M. Beausang

cc:    Thomas S. Neuberger, Esquire (via electronic filing and email)