IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. |
| | ) | 04-1304-KAJ |
| P.T. MORGAN PAPER COMPANY, | ) | |
| an affiliate of P.T. MORGAN PACKAGING COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE THAT DEPOSITIONS ARE VACATED

TO:  **THE NEUBERGER FIRM, P.C.**
Thomas S. Neuberger, Esquire (#243)
Steven J. Neuberger, Esquire (#4440)
Two East Seventh St., Suite 302
Wilmington, DE 19801-3725
*Attorneys for Defendant*

PLEASE TAKE NOTICE that, based on the pendency of settlement of this matter, the undersigned counsel for the Plaintiff hereby VACATES the seven (7) depositions as listed below:

| NAME | DATE and TIME |
|---|---|
| Rose Grabowski | March 21, 2006, at 9:00 a.m. |
| Robbi Smith | March 21, 2006, at 1:30 p.m. |
| Gary Eberhart | March 22, 2006, at 9:00 a.m. |
| Douglas Goodermuth | March 23, 2006, at 9:30 a.m. |
| Eugene Fox | April 10, 2006, at 9:00 a.m. |
| Jerry Broussard | April 10, 2006, 1:30 p.m. |

Gregory Stevens              April 11, 2006, at 9:00 a.m.

                                                Respectfully submitted,

                                                Jacqueline H. McNair
                                                Regional Attorney

                                                Judith O'Boyle
                                                Supervisory Trial Attorney

                                                    /s/ M. Jean Clickner
                                                M. Jean Clickner
                                                Senior Trial Attorney
                                                Equal Employment Opportunity
                                                Commission
                                                Liberty Center, Suite 300
                                                1001 Liberty Avenue
                                                Pittsburgh, PA 15222
                                                (412) 644-6439

Local Counsel:
UNITED STATES ATTORNEY
DISTRICT OF DELAWARE

    /s/ Seth M. Beausang
Seth M. Beausang
Asst. U.S. Attorney
The Nemours Building
1007 Orange Street, Suite 700
Wilmington, Delaware 19899
Del. Bar ID No. 4071
(302) 573-6277

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EQUAL EMPLOYMENT </br> OPPORTUNITY COMMISSION, </br>    Plaintiff, </br> </br>    v. </br> </br> P.T. MORGAN PAPER COMPANY, an </br> affiliate of P.T. MORGAN PACKAGING </br> COMPANY, </br>    Defendant. | ) </br> ) </br> ) </br> ) </br> ) CIVIL ACTION NO. 04-1304 (KAJ) </br> ) </br> ) </br> ) </br> ) </br> ) |

## CERTIFICATE OF SERVICE

   I, Seth M. Beuasang, local counsel for Plaintiff, hereby certify that on this 20th day of March, 2006, a correct copy of the foregoing Commission's Notice that Depositions Are Vacated was served by electronic filing on:

   Thomas S. Neuberger
   Steven J. Neuberger
   Two East Seventh St., Suite 302
   Wilmington, DE 19801-3725
   Attorneys for Defendant


           /s/ Seth M. Beausang
           Seth M. Beausang
           Asst. U.S. Attorney
           The Nemours Building
           1007 Orange Street, Suite 700
           Wilmington, Delaware 19899
           Del. Bar ID No. 4071
           (302) 573-6277