## NOTICE TO ALL P.T. MORGAN EMPLOYEES

This Notice is posted pursuant to a Settlement Agreement entered by the federal court for the District of Delaware in *EEOC v. P.T. Morgan Paper Company, an affiliate of P.T. Morgan Packaging Company*, Civil Action Number 04-1304, resolving a lawsuit filed by the Equal Employment Opportunity Commission ("EEOC") against P.T. Morgan Paper Company ("P.T. Morgan").

Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e *et seq.*, as amended ("Title VII"), prohibits discrimination against employees and applicants for employment based upon sex, national origin, race, color or religion. Title VII further prohibits retaliation against employees or applicants who avail themselves of the rights under Title VII by engaging in protected activities, such as filing a charge of discrimination and/or testifying or participating in a Commission investigation. The EEOC is the federal agency which investigates charges of unlawful employment discrimination. The EEOC has the authority to bring lawsuits in federal court to enforce Title VII.

In its lawsuit, the EEOC alleged that P.T. Morgan subjected a class of employees to racial harassment in violation of Title VII. P.T. Morgan denied these allegations.

To resolve the case, P.T. Morgan and the EEOC have entered into a Settlement Agreement which provided, among other things, that: (1) P.T. Morgan pay monetary relief; (2) P.T. Morgan shall implement a policy against discrimination, harassment, and discrimination; and (3) P.T. Morgan will train all managers and supervisors regarding Title VII's prohibitions against discrimination, harassment and retaliation.

### THIS IS AN OFFICIAL NOTICE AND MUST NOT BE DEFACED BY ANYONE

This Notice must remain posted for two (2) years from the date below and must not be altered, defaced or covered by any other material. Any questions about this Notice or compliance with its terms may be directed to the: Regional Attorney, EEOC Philadelphia District Office, 21 South 5th Street, Philadelphia, PA 19106.

_____
U.S. Equal Employment Opportunity Commission

_____
P.T. Morgan Paper Company

DATED: 3/27/06

DATED: 3/21/06

**EXHIBIT A**