IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. |
| | ) | 04-1304-KAJ |
| P.T. MORGAN PAPER COMPANY, | ) | |
| an affiliate of P.T. MORGAN PACKAGING COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

### RELEASE

For and in consideration of the terms of the Settlement Agreement entered into by the Equal Employment Opportunity Commission (the "EEOC"), and Defendant, P.T. Morgan Paper Company, in Civil Action Number 04-CV-1304, I, , _____, do hereby waive, remit, release and forever discharge Defendant P.T. Morgan Paper Company, its directors, officers, agents, employees, representatives, successors, assigns, and all of its officers, directors, agents, and employees, and all persons, partnerships, corporations or other entities who might be claimed to be jointly or severally liable with it, from the claims, demands, and causes of action which were asserted *EEOC v. P.T. Morgan Corporation,* Civil Action No. 04-CV-1304.

I further warrant that this Release is freely executed in return for the good and valuable consideration set forth in the above-referenced Settlement Agreement, including the amount of $\_, and I am legally competent to execute this Release and accept full responsibility therefor. I understand that this release is given in compromise of a disputed claim, and is therefor not to be construed as an admission of liability on the part of P.T. Morgan Paper Company.

DATE: _____  SIGNATURE: _____

Sworn to and Subscribed
Before me this     day
of          , 2006

NOTARY PUBLIC
My Commission Expires:

EXHIBIT
B