# SETTLEMENT FUND ALLOCATIONS

The following individuals will each receive the amount indicated next to their respective names as referenced in Paragraph No. 5 of the Settlement Agreement:

| | | |
|---|---|---|
| Anthony Moore | - | $10,000.00 |
| Carlyle Moore | - | $3,333.33 |
| Patrick Moore | - | $3,333.33 |
| Bernard Tindle | - | $3,333.33 |

EXHIBIT

C