| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION )<br>)<br>Plaintiff,                                )<br>)<br>v.                                          )<br>)<br>P.T. MORGAN PAPER COMPANY,                  )<br>an affiliate of P.T. MORGAN PACKAGING COMPANY, )<br>)<br>Defendant.                              ) | Civil Action No.<br>04-1304-KAJ |

### STIPULATION AND ORDER OF DISMISSAL

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure and pursuant to provisions of the Settlement Agreement, the Plaintiff, Equal Employment Opportunity Commission ("EEOC"), and Defendant, P.T. Morgan Paper Company, hereby agree to dismiss Civil Action 04-1304 with prejudice, each party to bear its own costs and attorneys' fees. Jurisdiction over this matter will be retained by the Court for a period of two years.

ATTORNEY FOR DEFENDANT

/s/ Thomas S. Neuberger
Thomas S. Neuberger, Esquire
The Neuberger Firm
Two East Seventh Street, Suite 302

ATTORNEYS FOR PLAINTIFF
EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION

/s/ Jacqueline H. McNair
JACQUELINE H. McNAIR
Regional Attorney

Wilmington, Delaware 19801
(302) 655-0582

JUDITH A. O'BOYLE
Supervisory Trial Attorney

M. Jean Clickner
Senior Trial Attorney
Equal Employment Opportunity Commission
1001 Liberty Avenue, Suite 300
Pittsburgh, PA 15222
(412) 644-6439
(412) 644-4935 (fax)
jean.clickner@eeoc.gov

Local Counsel:

Seth M. Beausang
Assistant U.S. Attorney
De. Bar I.D. No. 4071
The Nemours Building
1007 Orange Street
P.O. Box 2046
Wilmington, DE 19899-2046
(302) 573-6277 x 149
seth.beausang@usdoj.gov